```
           Jackson Flowood Station
              Jackson, Mississippi
                  392323047
                2737860021-0098
)6/29/2006       (601)939-2330       04:16:44 PM
            ─── Sales Receipt ───
'roduct        Sale    Unit          Final
lescription    Qty     Price         Price

TLANTA GA 30303 EM              $14.40
0-Add Flat Rate
5.90 oz.
  Label #:        ED973870682US
  Next Day Noon  / Normal
  Delivery
  Return Rcpt (Green Card)       $1.85
                              ========
            Issue PVI:          $16.25

ASHINGTON DC 20530 EM           $14.40
)-Add Flat Rate
5.80 oz.
  Label #:        ED973870696US
  Next Day Noon  / Normal
  Delivery
  Return Rcpt (Green Card)       $1.85
                              ========
            Issue PVI:          $16.25

SHINGTON DC 20530 EM            $14.40
-Add Flat Rate
.80 oz.
  Label #:        ED973870705US
  Next Day Noon  / Normal
  Delivery
  Return Rcpt (Green Card)       $1.85
                              ========
            Issue PVI:          $16.25

SHINGTON DC 20530 EM            $14.40
-Add Flat Rate
.40 oz.
  .abel #:        EQ242464067US
  Jext Day Noon  / Normal
  Jelivery
  Return Rcpt (Green Card)       $1.85
                              ========
            Issue PVI:          $16.25

HINGTON DC 20530 EM             $14.40
 Add Flat Rate
 40 oz.
  abel #:         EQ242464084US
  ext Day Noon   / Normal
  elivery
  eturn Rcpt (Green Card)        $1.85
                              ========
            Issue PVI:          $16.25

HINGTON DC 20001 EM             $14.40
 Add Flat Rate
 40 oz.
  abel #:         EQ242464075US
  ext Day Noon   / Normal
  elivery
  eturn Rcpt (Green Card)        $1.85
                              ========
            Issue PVI:          $16.25
                              ────────
 l:                              $97.50
 I by:
                                 $97.50
 ccount #           XXXXXXXXXXXX2002
 pproval #:            527490
 ransaction #:            801
3 903264679 4234703015

#:  1000200976578
k:  09

ll sales final on stamps and postage. ─
Refunds for guaranteed services only.
       Thank you for your business.
```



(3)



Home | Help

Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: **ED97 3870 705U S**
Detailed Results:

- Delivered, June 30, 2006, 12:04 pm, WASHINGTON, DC 20530
- Notice Left, June 30, 2006, 10:37 am, WASHINGTON, DC 20530
- Notice Left, June 30, 2006, 10:24 am, WASHINGTON, DC 20530
- Arrival at Unit, June 30, 2006, 10:18 am, WASHINGTON, DC 20022
- Enroute, June 30, 2006, 7:09 am, WASHINGTON, DC 20074
- Enroute, June 29, 2006, 6:54 pm, JACKSON, MS 39201
- Acceptance, June 29, 2006, 4:13 pm, FLOWOOD, MS 39232

( < Back )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. ( Go > )

POSTAL INSPECTORS        site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust     Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy





Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **ED97 3870 705U S**
Status: **Delivered**

Your item was delivered at 12:04 pm on June 30, 2006 in WASHINGTON, DC 20530 to JUSTICE 20530 PU . The item was signed for by M ADAMS.

( **Additional Details >** ) ( **Return to USPS.com Home >** )

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( **Go >** )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. ( **Go >** )

---

POSTAL INSPECTORS        site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust                  Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

CIVIL ACTION NO: **1:06CV00305(RCL)**

V

Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

**AFFIDAVIT OF SERVICE**

I, **SAM CLEMMONS**, hereby declare that on the **29TH of JUNE 2006**, I mailed a copy of the summons and complaint, certified express mail return receipt requested to: (TRACKING # EQ 973870705 US) **The Department of Justice, Drug Enforcement Administration, 950 PENNSYLVANIA AVE, NW. WASHINGTON, DC 20530** (the defendant & defendant's attorney). Attached hereto is the green card acknowledging service.

Staple the green card here. Make sure it
Bears the original signature of the person
Who signed for the summon and complaint
**STAPLE GREEN CARD IN THIS AREA**

*[signature]*

SAM L. CLEMMONS

**548 SAINT CHARLES PL**

**BROOKHAVEN, MISSISSIPPI 39601**

**PHONE: 866-409-7758**

Sam L. Clemmons vs. Department of Justice (DEA) 950 Pennsylvania Ave. NW #