```
         Jackson Flowood Station
            Jackson, Mississippi
                 392323047
              2737860021-0098
6/29/2006     (601)939-2330    04:16:44 PM
            ——— Sales Receipt ———
roduct        Sale    Unit         Final
escription    Qty     Price        Price

TLANTA GA 30303 EM                 $14.40
)-Add Flat Rate
5.90 oz.
  Label #:        ED973870682US
  Next Day Noon  / Normal
  Delivery
  Return Rcpt (Green Card)          $1.85
                                 ========
          Issue PVI:               $16.25

SHINGTON DC 20530 EM               $14.40
-Add Flat Rate
.80 oz.
  Label #:        ED973870696US
  Next Day Noon  / Normal
  Delivery
  Return Rcpt (Green Card)          $1.85
                                 ========
          Issue PVI:               $16.25

SHINGTON DC 20530 EM               $14.40
-Add Flat Rate
.80 oz.
  Label #:        ED973870705US
  Next Day Noon  / Normal
  Delivery
  Return Rcpt (Green Card)          $1.85
                                 ========
          Issue PVI:               $16.25

SHINGTON DC 20530 EM               $14.40
-Add Flat Rate
.40 oz.
  Label #:        EQ242464067US
  Next Day Noon  / Normal
  Delivery
  Return Rcpt (Green Card)          $1.85
                                 ========
          Issue PVI:               $16.25

SHINGTON DC 20530 EM               $14.40
 Add Flat Rate
 40 oz.
  Label #:        EQ242464084US
  Next Day Noon  / Normal
  Delivery
  Return Rcpt (Green Card)          $1.85
                                 ========
          Issue PVI:               $16.25

HINGTON DC 20001 EM                $14.40
 Add Flat Rate
 40 oz.
  Label #:        EQ242464075US
  Next Day Noon  / Normal
  Delivery
  Return Rcpt (Green Card)          $1.85
                                 ========
          Issue PVI:               $16.25

                                  ————————
al:                                $97.50

d by:
(                                  $97.50
 Account #            XXXXXXXXXXXX2002
 Approval #:             527490
 Transaction #:            801
 3 903264679 4234703015

 #:  1000200976578
 k:  09

ll sales final on stamps and postage.
Refunds for guaranteed services only.
     Thank you for your business.
```



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

CIVIL ACTION NO: **1:06CV00305(RCL)**

V

Department of Justice
Drug Enforcement Administration
**Attn: SA Gary W. Hart**
950 Pennsylvania Avenue, NW
Washington, DC 20530

## AFFIDAVIT OF SERVICE

I, **SAM L. CLEMMONS**, hereby declare that on the **29TH of JUNE 2006**, I mailed a copy of the summons and complaint, certified express mail return receipt requested to: (TRACKING # ED 973870696 US) **The Department of Justice, Drug Enforcement Administration, ATTN: SA GARY W. HART, 950 PENNSYLVANIA AVE, NW. WASHINGTON, DC 20530** (the ~~defendant~~ & defendant's attorney). Attached hereto is the green card acknowledging service.

---

Staple the green card here. Make sure it
Bears the original signature of the person
Who signed for the summon and complaint
**STAPLE GREEN CARD IN THIS AREA**

*[signature]*

SAM L. CLEMMONS

**548 SAINT CHARLES PL**

**BROOKHAVEN, MISSISSIPPI 39601**

**PHONE: 866-409-7758**

Sam L. Clemmons vs. Department of Justice (DEA) 950 Pennsylvania Ave. NW #



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **ED97 3870 696U S**
Detailed Results:

- Delivered, June 30, 2006, 12:04 pm, WASHINGTON, DC 20530
- Notice Left, June 30, 2006, 10:37 am, WASHINGTON, DC 20530
- Notice Left, June 30, 2006, 10:24 am, WASHINGTON, DC 20530
- Arrival at Unit, June 30, 2006, 10:18 am, WASHINGTON, DC 20022
- Enroute, June 30, 2006, 7:09 am, WASHINGTON, DC 20074
- Enroute, June 29, 2006, 6:54 pm, JACKSON, MS 39201
- Acceptance, June 29, 2006, 4:13 pm, FLOWOOD, MS 39232

( < Back )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. ( Go > )

POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **ED97 3870 696U S**
Status: **Delivered**

Your item was delivered at 12:04 pm on June 30, 2006 in WASHINGTON, DC 20530 to JUSTICE 20530 PU. The item was signed for by M ADAMS.

**Track & Confirm**

Enter Label/Receipt Number.

( Additional Details > )   ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail. ( Go > )

---

**POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved.  Terms of Use   Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

7/27/2006