


Jackson Flowood Station
Jackson, Mississippi
392323047
2737860021-0098
06/29/2006 (601)939-2330 04:16:44 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| ATLANTA GA 30303 EM | | | $14.40 |
| PO-Add Flat Rate | | | |
| 5.90 oz. | | | |
| Label #: ED973870682US | | | |
| Next Day Noon / Normal Delivery | | | |
| Return Rcpt (Green Card) | | | $1.85 |
| Issue PVI: | | | $16.25 |
| WASHINGTON DC 20530 EM | | | $14.40 |
| PO-Add Flat Rate | | | |
| 5.80 oz. | | | |
| Label #: ED973870696US | | | |
| Next Day Noon / Normal Delivery | | | |
| Return Rcpt (Green Card) | | | $1.85 |
| Issue PVI: | | | $16.25 |
| WASHINGTON DC 20530 EM | | | $14.40 |
| PO-Add Flat Rate | | | |
| 5.80 oz. | | | |
| Label #: ED973870705US | | | |
| Next Day Noon / Normal Delivery | | | |
| Return Rcpt (Green Card) | | | $1.85 |
| Issue PVI: | | | $16.25 |
| WASHINGTON DC 20530 EM | | | $14.40 |
| PO-Add Flat Rate | | | |
| 6.40 oz. | | | |
| Label #: EQ242464067US | | | |
| Next Day Noon / Normal Delivery | | | |
| Return Rcpt (Green Card) | | | $1.85 |
| Issue PVI: | | | $16.25 |
| WASHINGTON DC 20530 EM | | | $14.40 |
| PO-Add Flat Rate | | | |
| 6.40 oz. | | | |
| Label #: EQ242464084US | | | |
| Next Day Noon / Normal Delivery | | | |
| Return Rcpt (Green Card) | | | $1.85 |
| Issue PVI: | | | $16.25 |
| WASHINGTON DC 20001 EM | | | $14.40 |
| PO-Add Flat Rate | | | |
| 6.40 oz. | | | |
| Label #: EQ242464075US | | | |
| Next Day Noon / Normal Delivery | | | |
| Return Rcpt (Green Card) | | | $1.85 |
| Issue PVI: | | | $16.25 |

Total: $97.50

Paid by:
AMEX $97.50
Account # XXXXXXXXXXXX2002
Approval #: 527490
Transaction #: 801
23 903264679 4234703015

Bill#: 1000200976578
Clerk: 09

— All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

CIVIL ACTION NO: **1:06CV00305(RCL)**

V

Department of Justice
**Attn: U.S. ATTORNEY GENERAL**
950 Pennsylvania Avenue, NW
Washington, DC 20530

**AFFIDAVIT OF SERVICE**

**I, SAM L. CLEMMONS, hereby declare that on the 29TH of JUNE 2006, I mailed a copy of the summons and complaint, certified express mail return receipt requested to: (TRACKING # EQ 242464084 US) The Department of Justice, ATTN: U.S. ATTORNEY GENERAL, 950 PENNSYLVANIA AVE, NW. WASHINGTON, DC 20530 (the defendant & defendant's attorney). Attached hereto is the green card acknowledging service.**

**Staple the green card here. Make sure it**
**Bears the original signature of the person**
**Who signed for the summon and complaint**
**STAPLE GREEN CARD IN THIS AREA**

**SAM L. CLEMMONS**

**548 SAINT CHARLES PL**

**BROOKHAVEN, MISSISSIPPI 39601**

**PHONE: 866-409-7758**







UNITED STATES POSTAL SERVICE

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **EQ24 2464 084U S**
Detailed Results:

- **Delivered, June 30, 2006, 12:04 pm, WASHINGTON, DC 20530**
- **Notice Left, June 30, 2006, 10:37 am, WASHINGTON, DC 20530**
- **Notice Left, June 30, 2006, 10:24 am, WASHINGTON, DC 20530**
- **Arrival at Unit, June 30, 2006, 10:18 am, WASHINGTON, DC 20022**
- **Enroute, June 30, 2006, 7:09 am, WASHINGTON, DC 20074**
- **Enroute, June 29, 2006, 6:54 pm, JACKSON, MS 39201**
- **Acceptance, June 29, 2006, 4:15 pm, FLOWOOD, MS 39232**

< Back Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail. Go >

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services jobs National & Premier Accounts

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **EQ24 2464 084U S**
Status: **Delivered**

Your item was delivered at 12:04 pm on June 30, 2006 in WASHINGTON, DC 20530 to JUSTICE 20530 PU . The item was signed for by M ADAMS.

*Additional Details >* *Return to USPS.com Home >*

Track & Confirm

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. *Go >*

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail. *Go >*

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services jobs National & Premier Accounts

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy