UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS, <br> 548 Saint Charles Place <br> Brookhaven, MS 39601 <br> <br> Plaintiff, <br> <br> v. <br> <br> U.S. DEPARTMENT OF JUSTICE, <br> DRUG ENFORCEMENT ADMINISTRATION, <br> SPECIAL AGENT ELDRED EARLS, <br> SPECIAL AGENT GARY HART, <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   06cv305 (RCL) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Darrell C. Valdez, Assistant United States Attorney, as counsel for Federal Defendants, in the above-captioned case.

Respectfully submitted,

 /s/ Darrell C. Valdez
DARRELL C. VALDEZ, DC Bar #420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of August, 2006, a copy of the foregoing Entry of Appearance was mailed, postage prepaid, to Plaintiff, Sam L. Clemmons, 548 Saint Charles Place, Brookhaven, MS 39601.

      /s/ Darrell C. Valdez
DARRELL C. VALDEZ
Assistant United States Attorney