UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM CLEMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 06cv305 (RCL) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT'S PROTECTIVE MOTION FOR ENLARGEMENT OF
TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants United States Department of Justice, the Drug Enforcement Administration, Special Agent Eldred Earls, and Special Agent Gary Hart ("Federal Defendants"), by and through undersigned counsel, hereby move, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an extension of time to September 1, 2006 to respond to Plaintiff's Complaint.[1]

1.  This motion is filed for protective purposes, as the United States, through the United States Attorney's Office, was served with the Complaint on July 3, 2006. Plaintiff's Complaint raises claims under the Freedom of Information Act ("FOIA"), and, thus, a summons was issued providing the Federal Defendants 30 days to respond. However, the Plaintiff also appears to raise tort claims against the Federal Defendants, see Compl. at ¶¶ VII, VIII, XVIII, XIX, and XX, as well as a Privacy Act claim against the government. See Compl. at ¶¶ V, X, XII, XIII, and XVI. Thus, under the Federal Rules of Civil Procedure, the United States, its

---

[1] By way of this motion for an extension of time, Federal Defendants submit that they have not waived any defense or defenses available under Fed. R. Civ. P. 12 or otherwise, including lack of service of process, lack of jurisdiction, or immunity from suit.

agencies, or its employees actually have 60 days (to September 1, 2006) in which to respond to the Complaint.  See Fed. R. Civ. P. 12(a)(3)(A).

    2.    In addition, because Plaintiff alleges tortious conduct by the individual Federal defendants, counsel is seeking certifications that the individual federal employees were acting within the scope of their employment.  Accordingly, time is needed to secure the certifications.

    3.    Pursuant to local Rule 7(m), counsel for the Defendant attempted to call Plaintiff to discuss the above motions.  Defendant used a telephone number from earlier correspondence from Plaintiff; however, that telephone number was no longer in service.  Directory Assistance was also unable to provide Defendant with a current telephone number listing for Plaintiff.  Consequently, Defendant is unable to contact Plaintiff regarding the above motions.

For the foregoing reasons, Defendant respectfully requests that this protective motion for an enlargement of time to September 1, 2006 be granted.

A proposed order consistent with this motion is attached herewith.

August 2, 2006                                      Respectfully submitted,

   /s/ Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

   /s/ Rudolph Contreras
RUDOLPH  CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

   /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August, 2006, a copy of the foregoing Protective Motion for Enlargement of Time was mailed, postage prepaid, to Plaintiff, Sam L. Clemmons, 548 Saint Charles Place, Brookhaven, MS 39601.

    /s/ Darrell C. Valdez
DARRELL C. VALDEZ
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM CLEMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 06cv305 (RCL) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of Defendants' Protective Motion for Enlargement of Time, it is this

_____ day of August, 2005

ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendant shall respond to Plaintiff's Complaint on or before September 1, 2006.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE