```
         Jackson Flowood Station
            Jackson, Mississippi
                 392323047
               2737860021-0098
6/29/2006      (601)939-2330      04:16:44 PM

         ———— Sales Receipt ————
roduct          Sale    Unit       Final
escription      Qty     Price      Price

TLANTA GA 30303 EM                $14.40
0-Add Flat Rate
5.90 oz.
 Label #:       ED973870682US
 Next Day Noon  / Normal
 Delivery
 Return Rcpt (Green Card)          $1.85
                                 ========
           Issue PVI:             $16.25

SHINGTON DC 20530 EM              $14.40
)-Add Flat Rate
).80 oz.
 Label #:       ED973870696US
 Next Day Noon  / Normal
 Delivery
 Return Rcpt (Green Card)          $1.85
                                 ========
           Issue PVI:             $16.25

SHINGTON DC 20530 EM              $14.40
-Add Flat Rate
.80 oz.
 Label #:       ED973870705US
 Next Day Noon  / Normal
 Delivery
 Return Rcpt (Green Card)          $1.85
                                 ========
           Issue PVI:             $16.25

HINGTON DC 20530 EM               $14.40
-Add Flat Rate
.40 oz.
 Label #:       EQ242464067US
 ext Day Noon  / Normal
 elivery
 eturn Rcpt (Green Card)           $1.85
                                 ========
           Issue PVI:             $16.25

HINGTON DC 20530 EM               $14.40
Add Flat Rate
.40 oz.
 abel #:        EQ242464084US
 ext Day Noon  / Normal
 elivery
 eturn Rcpt (Green Card)           $1.85
                                 ========
           Issue PVI:             $16.25

HINGTON DC 20001 EM               $14.40
Add Flat Rate
40 oz.
 abel #:        EQ242464075US
 ext Day Noon  / Normal
 elivery
 eturn Rcpt (Green Card)           $1.85
                                 ========
           Issue PVI:             $16.25

al:                               $97.50
d by:
(
                                  $97.50
ccount #:       XXXXXXXXXXXX2002
pproval #:      527490
ransaction #:   801
3 903264679 4234703015

#: 1000200976578
k: 09

ll sales final on stamps and postage.
Refunds for guaranteed services only.
         Thank you for your business.
```



⑪

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

CIVIL ACTION NO: 1:06CV00305(RCL)

V

Department of Justice
Attn: Drug Enforcement Administration
**ATTN: SA ELDRED EARLS**
75 Spring Street SW, Suite 800
Atlanta, GA 30303

## AFFIDAVIT OF SERVICE

I, **SAM CLEMMONS**, hereby declare that on the 30TH of JUNE 2006, I mailed a copy of the summons and complaint, certified express mail return receipt requested to:

The Department of Justice, Drug Enforcement Administration, Attn: SA Eldred Earls located at 75 Spring Street SW, Suite 800, Atlanta, GA 30303 (the defendant & defendant's attorney). Attached hereto is the green card acknowledging service.

[Green card / Domestic Return Receipt attached — PS Form 3811, February 2004]

1. Article Addressed to:
DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADM.
ATTN: SA ELDRED EARLS
75 SPRING STREET SW
SUITE 800
ATLANTA, GA 30303

3. Service Type: ☒ Express Mail
4. Restricted Delivery? ☒ Yes

39601

Sam L. Clemmons vs. Department of Justice (DEA) 950 Pennsylvania Ave. NW #



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **ED97 3870 682U S**
Detailed Results:

- Notice Left, June 30, 2006, 11:30 am, ATLANTA, GA 30303
- Arrival at Unit, June 30, 2006, 10:13 am, ATLANTA, GA 30303
- Enroute, June 29, 2006, 6:54 pm, JACKSON, MS 39201
- Acceptance, June 29, 2006, 4:11 pm, FLOWOOD, MS 39232

( < Back )       ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. ( Go > )


POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do       7/27/2006

