AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

SAM CLEMMONS
V.
DEPARTMENT OF JUSTICE,
ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV00305

JUDGE: Royce C. Lamberth

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 02/21/2006

TO: (Name and address of Defendant)
DEPARTMENT OF JUSTICE
950 PENN. AVE. N.W.
W.D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' PRO SE ▓▓▓▓▓▓ (name and address)

SAM CLEMMONS
548 SAINT CHARLES PL.
BROOKHAVEN, MS. 39601

an answer to the complaint which is served on you with this summons, within  30  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**RECEIVED**

AUG 1  2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY M. MAYER-WHITTINGTON
CLERK

FEB 21 2006
DATE

_M. Negenis_
(By) DEPUTY CLERK

(21)

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6/29/2006 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| SAM L CLEMMONS | PLAINTIFF, PRO SE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 950 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20580

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| U.S. POSTAL SERVICE | U.S. POSTAL SERVICE EXPRESS MAIL | $16.25 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/29/2006
              Date

Signature of Server

548 SKEAT CHARLES N
BROOKHAVEN, MS 39601
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.