```
         Jackson Flowood Station
           Jackson, Mississippi
                392323047
              2737860021-0098
06/29/2006    (601)939-2330   04:16:44 PM
─────────── Sales Receipt ───────────
Product       Sale    Unit       Final
Description   Qty     Price      Price

TLANTA GA 30303 EM              $14.40
0-Add Flat Rate
 5.90 oz.
 Label #:       ED973870682US
 Next Day Noon / Normal
 Delivery
 Return Rcpt (Green Card)        $1.85
                                ========
         Issue PVI:              $16.25

ASHINGTON DC 20530 EM           $14.40
)-Add Flat Rate
 5.80 oz.
 Label #:       ED973870696US
 Next Day Noon / Normal
 Delivery
 Return Rcpt (Green Card)        $1.85
                                ========
         Issue PVI:              $16.25

SHINGTON DC 20530 EM            $14.40
-Add Flat Rate
 .80 oz.
 Label #:       ED973870705US
 Next Day Noon / Normal
 Delivery
 Return Rcpt (Green Card)        $1.85
                                ========
         Issue PVI:              $16.25

SHINGTON DC 20530 EM            $14.40
-Add Flat Rate
 .40 oz.
 Label #:       EQ242464067US
 Next Day Noon / Normal
 Delivery
 Return Rcpt (Green Card)        $1.85
                                ========
         Issue PVI:              $16.25

HINGTON DC 20530 EM             $14.40
 Add Flat Rate
 40 oz.
 abel #:        EQ242464084US
 ext Day Noon / Normal
 elivery
 eturn Rcpt (Green Card)         $1.85
                                ========
         Issue PVI:              $16.25

HINGTON DC 20001 EM             $14.40
 Add Flat Rate
 40 oz.
 abel #:        EQ242464075US
 ext Day Noon / Normal
 elivery
 eturn Rcpt (Green Card)         $1.85
                                ========
         Issue PVI:              $16.25
                              ───────────
al:                             $97.50

d by:
(                               $97.50
Account #          XXXXXXXXXXXXX2002
Approval #:              527490
Transaction #:              801
3 903264679 4234703015


#:  1000200976578
k:  09

ll sales final on stamps and postage.
Refunds for guaranteed services only.
         Thank you for your business
```

[Express Mail Customer Copy label, EQ 242464067 US, addressed to: Department of Justice (OCR), 950 Pennsylvania Ave NW, Washington, DC 20530, ATTN: Director in Charge. From: Kathy L. Lee, P.O. Box 25555, Atlanta, GA 30355]





Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **EQ24 2464 067U S**
Detailed Results:

- Delivered, June 30, 2006, 12:04 pm, WASHINGTON, DC 20530
- Notice Left, June 30, 2006, 10:37 am, WASHINGTON, DC 20530
- Notice Left, June 30, 2006, 10:24 am, WASHINGTON, DC 20530
- Arrival at Unit, June 30, 2006, 10:18 am, WASHINGTON, DC 20022
- Enroute, June 30, 2006, 7:09 am, WASHINGTON, DC 20074
- Enroute, June 29, 2006, 6:54 pm, JACKSON, MS 39201
- Acceptance, June 29, 2006, 4:14 pm, FLOWOOD, MS 39232

( < Back )                ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. ( Go > )

---

POSTAL INSPECTORS      site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



Home | Help

### Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: **EQ24 2464 067U S**
Status: **Delivered**

Your item was delivered at 12:04 pm on June 30, 2006 in WASHINGTON, DC 20530 to JUSTICE 20530 PU . The item was signed for by M ADAMS.

**Track & Confirm**

Enter Label/Receipt Number.

( Additional Details > )  ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.  ( Go > )

---

POSTAL INSPECTORS       site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust                Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                                    7/27/2006



**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

CIVIL ACTION NO: <u>**1:06CV00305(RCL)**</u>

V

Department of Justice
**Attn: Drug Enforcement Administration**
950 Pennsylvania Avenue, NW
Washington, DC 20530

**AFFIDAVIT OF SERVICE**

I, <u>**SAM CLEMMONS**</u>, hereby declare that on the <u>**29TH of JUNE 2006**</u>, I mailed a copy of the summons and complaint, certified express mail return receipt requested to: (TRACKING # EQ 242464067 US) <u>The Department of Justice, Drug Enforcement Administration, Attn: DIRECTOR IN CHARGE, 950 PENNSYLVANIA AVE, NW. WASHINGTON, DC 20530</u> (the defendant & defendant's attorney). Attached hereto is the green card acknowledging service.

Staple the green card here. Make sure it
Bears the original signature of the person
Who signed for the summon and complaint
**STAPLE GREEN CARD IN THIS AREA**

*[signature]*

**SAM L. CLEMMONS**

**548 SAINT CHARLES PL**

**BROOKHAVEN, MISSISSIPPI 39601**

**PHONE: 866-409-7758**

Sam L. Clemmons vs. Department of Justice (DEA) 950 Pennsylvania Ave. NW #