Jackson Flowood Station
Jackson, Mississippi
392323047
2737860021-0098
06/29/2006 (601)939-2330 04:16:44 P

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| ATLANTA GA 30303 EM | | | $14.40 |
| PO-Add Flat Rate | | | |
| 5.90 oz. | | | |
| Label #: ED973870682US | | | |
| Next Day Noon / Normal Delivery | | | |
| Return Rcpt (Green Card) | | | $1.85 |
| Issue PVI: | | | $16.25 |
| WASHINGTON DC 20530 EM | | | $14.40 |
| PO-Add Flat Rate | | | |
| 5.80 oz. | | | |
| Label #: ED973870696US | | | |
| Next Day Noon / Normal Delivery | | | |
| Return Rcpt (Green Card) | | | $1.85 |
| Issue PVI: | | | $16.25 |
| WASHINGTON DC 20530 EM | | | $14.40 |
| PO-Add Flat Rate | | | |
| 5.80 oz. | | | |
| Label #: ED973870705US | | | |
| Next Day Noon / Normal Delivery | | | |
| Return Rcpt (Green Card) | | | $1.85 |
| Issue PVI: | | | $16.25 |
| WASHINGTON DC 20530 EM | | | $14.40 |
| PO-Add Flat Rate | | | |
| 6.40 oz. | | | |
| Label #: EQ242464067US | | | |
| Next Day Noon / Normal Delivery | | | |
| Return Rcpt (Green Card) | | | $1.85 |
| Issue PVI: | | | $16.25 |
| WASHINGTON DC 20530 EM | | | $14.40 |
| PO-Add Flat Rate | | | |
| 6.40 oz. | | | |
| Label #: EQ242464084US | | | |
| Next Day Noon / Normal Delivery | | | |
| Return Rcpt (Green Card) | | | $1.85 |
| Issue PVI: | | | $16.25 |
| WASHINGTON DC 20001 EM | | | $14.40 |
| PO-Add Flat Rate | | | |
| 6.40 oz. | | | |
| Label #: EQ242464075US | | | |
| Next Day Noon / Normal Delivery | | | |
| Return Rcpt (Green Card) | | | $1.85 |
| Issue PVI: | | | $16.25 |

Total: $97.50

Paid by:
AMEX $97.50
Account # XXXXXXXXXXXX2002
Approval #: 527490
Transaction #: 801
23 903264679 4234703015

Bill#: 1000200976578
Clerk: 09

— All sales final on stamps and postage. —
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy

EXPRESS MAIL
UNITED STATES POSTAL SERVICE
Customer Copy
Post Office To Address

EQ 242464075 US

ORIGIN (POSTAL SERVICE USE ONLY)
PO ZIP Code: 39232
Day of Delivery: Next
Date Accepted: Mo. 6 Day 29 Year 06
Scheduled Date of Delivery: Month 6 Day 30
Time Accepted: PM
Scheduled Time of Delivery: Noon
Postage: $ 14.40
Return Receipt Fee
COD Fee
Insurance Fee
Total Postage & Fees
Acceptance Emp. Initials

DELIVERY (POSTAL USE ONLY)
CUSTOMER USE ONLY
WAIVER OF SIGNATURE

FROM: MARY L. LEE
P.O. BOX 28559
ATLANTA, GA 30355

TO: U.S. ATTORNEY
501 3RD STREET, N.W.
WASHINGTON, DC 20001

ZIP + 4: 20001 +

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

(10)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

CIVIL ACTION NO: **1:06CV00305(RCL)**

V

Department of Justice
Attn: Drug Enforcement Administration
**ATTN: U.S. ATTORNEY**
501 3RD STREET, NW
WASHINGTON, DC 20001

## AFFIDAVIT OF SERVICE

I, **SAM CLEMMONS**, hereby declare that on the **29TH of JUNE 2006**, I mailed a copy of the summons and complaint, certified express mail return receipt requested to:

**The Department of Justice, Drug Enforcement Administration, Attn: U.S. ATTORNEY, 501 3RD STREET, NW. WASHINGTON, DC 20001** (the defendant & defendant's attorney). Attached hereto is the green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. ATTORNEY
   501 3RD STREET, N.W.
   WASHINGTON, DC 20001

2. Article Number (Transfer from service label): EQ242464075US US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name) [A Lewi]   C. Date of Delivery 6/30/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☑ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes   9601

---

Sam L. Clemmons vs. Department of Justice (DEA) 950 Pennsylvania Ave. NW #



Home | Help

## Track & Confirm

### Track & Confirm

**Search Results**

Label/Receipt Number: **EQ24 2464 075U S**
Detailed Results:

- Delivered, June 30, 2006, 11:01 am, WASHINGTON, DC 20001
- Arrival at Unit, June 30, 2006, 9:56 am, WASHINGTON, DC 20001
- Enroute, June 30, 2006, 7:09 am, WASHINGTON, DC 20074
- Enroute, June 29, 2006, 6:54 pm, JACKSON, MS 39201
- Acceptance, June 29, 2006, 4:15 pm, FLOWOOD, MS 39232

**Track & Confirm**
Enter Label/Receipt Number.

( < Back )          ( Return to USPS.com Home > )

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. ( Go > )

---



POSTAL INSPECTORS       site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust             Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do                                    7/27/2006



Home | Help

**Track & Confirm**

# Track & Confirm

### Search Results

Label/Receipt Number: **EQ24 2464 075U S**
Status: **Delivered**

Your item was delivered at 11:01 am on June 30, 2006 in WASHINGTON, DC 20001 to US ATTORNEY. The item was signed for by W HAIGHT.

**Track & Confirm**

Enter Label/Receipt Number.

( Additional Details > ) ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail. ( Go > )



POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do          7/27/2006