UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS <br> PLAINTIFF <br> <br> vs. <br> <br> DEPARTMENT OF JUSTICE (DEA) <br> DEFENDANT | ) CIVIL ACTION NO: <br> ) <br> ) **1:06CV00305 (RCL)** <br> ) <br> ) <br> ) **August 1, 2006** <br> ) |

## **PLAINTIFF'S MOTION REQUESTS TO ENTER DEFAULT BY THE OFFICE OF THE CLERK OF THE COURT**

Comes Sam L. Clemmons, Plaintiff *Pro Se* files this **MOTION REQUEST** to Enter Default against the Department of Justice (DEA) for failing to comply with the court's instructions in providing an answer to the complaint which was served on such agency by summons.

The Defendant had 30 days according to the court's instruction to response. As of this date, the Plaintiff has not received any appropriate filing into the court from the U.S. Attorney's Office expressing representation neither has the Plaintiff received anything by via United States Postal Service from any of Defendants listed in the complaint.

The Plaintiff has provided the court with proof of service within 32 days after being served. The Plaintiff has attached copy along with certified true copies of receipts showing all summon were delivery to the Department of Justice and its

**RECEIVED**
**AUG 1 – 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1 employees within the time frame. The Plaintiff request to enter
2 and place such agency in default against the presented summons
3 to response to the court with an answer to the complaint served
4 on them by the United States Postal Service Express Mail.
5     All green cards will be provided to the court upon arrival
6 and receipt of all cards from the United States Postal Service.
7     Plaintiff's Motion Request to Enter Discovery will follow
8 after Default has been entered.

                        Respectfully submitted,

                        Sam L. Clemmons
                        Plaintiff, *Pro Se*

**Attachment:** Affidavit of Services
              Summons in Civil Action
              Copies of receipts showing cost and proof service

CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS ) | CIVIL CASE NUMBER: |
| Vs. ) | **1:06CV00305 (RCL)** |
| DEPT. OF JUSTICE (DEA) ) | |

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this _31ST_ day of _JULY_, _2006_, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) _SA GARY W. HART @ D.O.J. 950 PENNSYLVANIA AVE, NW. WASHINGTON, DC 20530_

was [were]:   [personally served with process on _____].
OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
_JUNE 30TH, 2006_ _____].
OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
_____].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:

_____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_[signature]_
Attorney for Plaintiff(s) [signature]
_548 SAINT CHARLES PLACE_
_BROOKHAVEN, MS 39601_
_866. 409. 7758_

_____
Bar Id. Number                                         Address and Telephone Number

# RECEIVED
AUG 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SAM L. CLEMMONS** | ) | CIVIL CASE NUMBER: |
| Vs. | ) | |
| DEPT. OF JUSTICE (DEA) | ) | **1:06CV00305 (RCL)** |

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this _31ST_ day of _JULY_, _2006_, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) _U.S. ATTORNEY GENERAL (D.O.J) @ 950 PENNSYLVANIA AVE NW, WASHINGTON DC 20530_

was [were]: [personally served with process on _____].

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _JUNE 30TH, 2006_ _____].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: _____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]
_548 SAINT CHARLES PL_
_BROOKHAVEN, MS 39601_
_866 409-7758_

Bar Id. Number                     Address and Telephone Number

**RECEIVED**
AUG 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS )<br>Vs. )<br>DEPT. OF JUSTICE (DEA) ) | CIVIL CASE NUMBER:<br><br>**1:06CV00305 (RCL)** |

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this _31st_ day of _JULY_, _2006_, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) _THE U.S. ATTORNEY OFFICE @ 501 3RD STREET N.W. WASHINGTON, DC 20001_
was [were]:   [personally served with process on _____].
OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
_JUNE 30TH, 2006_____].
OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
_____].
[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:

_____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_[signature]_
Attorney for Plaintiff(s) [signature]
_548 SAINT CHARLES PL_
_BROOKHAVEN, MS 39601_
_866-409-7756_

Bar Id. Number                         Address and Telephone Number

**RECEIVED**
AUG 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(7)

CO-538
Rev. 3/87

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS ) <br> Vs. ) <br> DEPT. OF JUSTICE (DEA) ) | CIVIL CASE NUMBER: <br> **1:06CV00305 (RCL)** |

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __31__ day of __JULY__, __2006__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __THE DEPARTMENT OF JUSTICE (DEA) @ 950 PENNSYLVANIA AVE, NW WASHINGTON DC 20530__ was (were):

[personally served with process on _____].

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
__JUNE 30TH, 2006_____].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
_____].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:
_____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_Sam L. C_____
Attorney for Plaintiff(s) [signature]
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601
811-409-7750

Bar Id. Number                     Address and Telephone Number

**RECEIVED**
AUG 1  2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAM L. CLEMMONS ) | CIVIL CASE NUMBER: |
| Vs.            ) | **1:06CV00305 (RCL)** |
| DEPT. OF JUSTICE (DEA) ) |  |

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __31ST__ day of __JULY__, __2006__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __SA ELDRED EARLS (DEA) @ 75 SPRING STREET SW, SUITE 800, ATLANTA, GA 30303__

was [were]:  [personally served with process on _____].
OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
~~JUNE~~ __JULY 3RD, 2006_____].
OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
_____].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:
_____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]
__548 SAINT CHARLES PL__
__BROOKHAVEN, MS 39601__
__866-409-7758__

Bar Id. Number                        Address and Telephone Number

# RECEIVED
AUG 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



CO-538
Rev. 3/87

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS )
)
Vs. )   CIVIL CASE NUMBER:
)
DEPT. OF JUSTICE (DEA) )   **1:06CV00305 (RCL)**
)

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this _31ST_ day of _JULY_, _2006_, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) _DEPARTMENT OF JUSTICE @ 950 PENN. AVE N.W. WASHINGTON, DC 20530_

was [were]:  [personally served with process on _____].
OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _JUNE 30TH, 2006_ ].
OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: _____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_[signature]_
Attorney for Plaintiff(s) [signature]
_548 SAINT CHARLES PL_
_BROOKHAVEN, MS 39601_
_866-419-7758_

Bar Id. Number                    Address and Telephone Number

**RECEIVED**
AUG 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT