UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM CLEMMONS, | ) |
| Plaintiff, | ) |
| v. | ) 06cv305 (RCL) |
| U.S. DEPARTMENT OF JUSTICE, et al., | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of Plaintiff's Motion for Entry of Default, and the Federal Defendants' opposition thereto, and the Court having found that Plaintiff's Motion for Entry of Default is without legal or factual basis, it is this _____ day of August, 2005

ORDERED that the Motion for Entry of Default is DENIED.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE