## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAM L. CLEMMONS , | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-0305 (RCL) |
| | ) | |
| DEPARTMENT OF JUSTICE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' MOTION TO SUBSTITUTE
## THE UNITED STATES AS THE PROPER FEDERAL DEFENDANT

Defendants, Special Agent Eldred Earls, Special Agent Gary W. Hart[1] ("Gary W.

Hartman"), the U.S. Department of Justice, and the Drug Enforcement Agency, respectfully

move this Court to substitute the United States for the individually-named defendants in this

action.[2] A Memorandum of Points and Authorities in support of this Motion and a Westfall

Certification is attached to hereto.

Pursuant to Local Civil Rule 7(m), counsel for Federal Defendants attempted to confer

with Plaintiff concerning this motion, but was unable to reach him.

---

[1]    The DEA does not have a Special Agent Gary Hart, rather Plaintiff may have
incorrectly identified Special Agent Gary W. Hartman, now retired where he indicates "Gary W.
Hart."

[2]    By way of this motion, neither the Federal Defendants nor the individual
defendants waive any defense or defenses available to them under Fed. R. Civ. P. 12 or
otherwise, including lack of personal jurisdiction, lack of service of process, lack of jurisdiction,
or immunity from suit.

Dated: August 17, 2006                    Respectfully submitted,


_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


_____
RUDOLPH  CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843


2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAM L. CLEMMONS , | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-0305 (RCL) |
| | ) |
| DEPARTMENT OF JUSTICE, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**DEFENDANTS' MOTION TO SUBSTITUTE THE UNITED STATES**

Plaintiff Sam L. Clemmons brings the above-captioned action, *pro se*, against the United

States Department of Justice and the Drug Enforcement Administration ("DEA") (collectively

"Federal Defendants"), and DEA Agent Eldred Earls and DEA Special Agent Gary W. Hartman,

pursuant to FOIA and seeks damages in the amount of thirty million dollars ($30,000,000.00).

See generally Complaint.  Based on Plaintiff's complaint and viewing the facts alleged therein in

the light most favorable to Plaintiff, it appears Plaintiff alleges violations of the Freedom of

Information Act on the part of the Federal Defendants for failure to provide all documents

requested by Plaintiff, id. at ¶ II, V-VII, X-XIII; and intentional torts on the part of the individual

defendants for relying upon "false" information during a background investigation.  Id. at ¶ XIX.

The Federal Tort Claims Act ("FTCA"), 28 U.S.C. §2671, et seq., provides for

substitution of the United States as the exclusive defendant whenever federal employees are sued

for common law tort claims arising out of actions taken within the scope of their federal

employment.  Specifically, 28 U.S.C. § 2679(b)(1) states:

> The remedy against the United States provided by sections 1346(b) and 2672 of
> this title for injury or loss of property or personal injury or death arising or
> resulting from the negligent or wrongful act or omission of any employee of the
> Government while acting within the scope of his office or employment is
> exclusive of any other civil action or proceeding for money damages by reason of
> the same subject matter against the employee whose act or omission gave rise to
> the claim or against the estate of such employee.

Similarly, 28 U.S.C. § 2679(d)(1) provides:

> Upon certification by the Attorney General that the defendant employee was
> acting within the scope of his office or employment at the time of the incident out
> of which the claim arose, any civil action or proceeding commenced upon such
> claim in a United States district court shall be deemed an action against the United
> States under the provisions of this title and all references thereto, and the United
> States shall be substituted as the party defendant.

The effect of the statute is clear. Once the Attorney General or his designee certifies that an

individually sued federal defendant was acting within the scope of his employment, the United

States must be substituted as the exclusive defendant for all common law tort claims. Moreover,

once substituted, all provisions and exclusions of the FTCA apply as if the United States were

sued in the first instance. 28 U.S.C. § 2679(d)(4).

In this case, the United States should be substituted for the individual defendants for any

common law tort claim Plaintiff may be seeking to assert. The Attorney General has delegated

his authority to issue certifications to the various United States Attorneys. 28 C.F.R. § 15.4. On

March 20, 2006, the United States Attorney first redelegated that authority to Rudolph Contreras,

Chief of the Civil Division of the United States Attorney's Office. Attached hereto is a

certification by Mr. Contreras that the individual defendants were acting within the scope of their

employment with the United States at the time of the incidents alleged in Plaintiff's amended

complaint. Accordingly, the United States "shall" be substituted as the exclusive defendant. 28

4

U.S.C. § 2679.


Dated: August 17, 2006                    Respectfully submitted,


_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843

## CERTIFICATE OF SERVICE

I certify that the foregoing *Motion to Substitute the United States as the proper Federal Defendant* was served upon plaintiff via first class mail, postage pre-paid addressed to:

Sam L. Clemmons
548 Saint Charles Place
Brookhaven MS 39601
*Pro se Plaintiff*

on this 17th day of August, 2006.

DARRELL C. VALDEZ
Assistant United States Attorney

6