UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No.: 06-0305 (RCL) |
| ) | |
| DEPARTMENT OF JUSTICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## WESTFALL CERTIFICATION

I, Rudolph Contreras, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and first redelegated to me on March 20, 2006, hereby certify that I have read the amended complaint in Sam L. Clemmons v. Department of Justice, et al., pending in the United States Court for the District of Columbia, Civil Action No. 06-0305 (RCL) (filed February 21, 2006), and that on the basis of the information now available to me with respect to the incidents alleged therein, I find that federal defendants Special Agent Eldred Earls and Special Agent Gary W. Hart [1] were acting within the scope of their employment as employees of the United States at the time of the alleged incidents.

August 18, 2006

_____
RUDOPLH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney
Chief, Civil Division

---

[1]  Plaintiff may have incorrectly identified Special Agent Gary W. Hartman, now retired where he indicates "Gary W. Hart".

## Certificate of Service

I certify I caused copies of the foregoing Certification to be served via first class mail, postage pre-paid, addressed to:

    Sam L. Clemmons
    548 Saint Charles Place
    Brookhaven MS 39601
    *Pro se Plaintiff*

on this 17th day of August, 2006.

                              DARRELL C. VALDEZ
                              Assistant United States Attorney