UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS , )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DEPARTMENT OF JUSTICE, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-0305 (RCL) |

**ORDER**

Upon consideration of Defendants' Motion to Substitute the United States as the Proper Federal Defendant, the record before the Court, it is this _____ day of August, 2006

ORDERED that the Motion to Substitute is GRANTED, and it is further

ORDERED that United States is substituted as the proper defendant for the individual defendants.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE