# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **Sam L.Clemmons** | |
| Plaintiff(s), | |
| vs. | Civil Case No: **06-305 RCL** |
| **Department of Justice, et al.,** | |
| Defendant(s). | |

## NOTICE REGARDING BULKY EXHIBIT

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice serves as notification that an exhibits to Plaintiff's Motion to Enter Discovery . . . have been filed in paper form in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

**NANCY MAYER-WHITTINGTON**

Clerk

**Date:** 8/25/06