**U.S. Department of Justice**

**Drug Enforcement Administration**

Washington, D.C. 20537

October 23, 2003

Samuel L. Clemmons
548 Saint Charles Place
Brookhaven, MS  39601

Subject of Request: <u>CLEMMONS, SAMUEL L. (S/A APPLICANT)</u>

Dear SAMUEL CLEMMONS:

This letter is in response to your recent correspondence seeking information from the Drug Enforcement Administration (DEA). The paragraphs checked below apply:

[ X ] To ensure an accurate search of DEA records, an individual's complete name and date and place of birth must be furnished. If you cannot provide DEA the requested information, please furnish any additional information that will assist us in our search.

[ X ] Before DEA can begin processing your request, it will be necessary for you to submit your original notarized signature. This procedure is designed to ensure that information pertaining to an individual is released only to that person. A form is enclosed to assist you in complying with this requirement.

[ ] Before DEA can begin processing your request, it will be necessary for you to provide a signed original notarized statement authorizing the release of information pertaining to the subject of your request. A form is enclosed to assist you in complying with this requirement.

[ ] Your recent correspondence does not reasonably describe any records within the meaning and intent of the Freedom of Information Act, 5 U.S.C. 552. Specifically, your request failed to identify a particular type and/or location of the records you seek (i.e., what records would you like us to retrieve: investigative, personnel, forfeiture records, etc.). A better description is needed to enable retrieval of the records with a reasonable amount of effort. The Act does not require an agency to either create new records, answer questions posed by requesters, or attempt to interpret a request that does not identify specific records. Please reformulate your request in accordance with 28 C.F.R. 16.3( ).

Mail your response to this letter to the following address:

Drug Enforcement Administration
Freedom of Information Section
Washington, D.C.  20537

Sincerely,

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section
Drug Enforcement Administration
Washington, D.C. 20537



GOVERNMENT EXHIBIT 2

