**S. L. CLEMMONS**  
**548 SAINT CHARLES PLACE**  
**BROOKHAVEN, MS 39601**

PHONE: 1-866-409-7758  
FAX #: NA  
EMAIL: SLCLEM@BELLSOUTH.NET

June 10, 2004

U.S. Department of Justice  
Drug Enforcement Administration  
**Attn: Katherine L. Myrick**  
Washington, DC 20537

                         **Re: Request Number: 04-0355-P**

Dear Ms Katherine L. Myrick:

I am submitting my reply back to you or your staff concerning the notice I received from your office dated December 17, 2003, please see the attached letter.

I am submitting this request or appeal to the Department of Justice / Drug Enforcement Administration practices in not bring me on board when was given a conditional offer of employment pending background investigation. I was offered a position and was advised that I will be called over a certain period of time if everything check out ok.

I was not brought on board due to something I was not informed about. My record was clean. I had no derogatory marks in my credit file to prevent such; I had no prior arrest or conviction. I never used any drugs.

Your agent informed me that someone had my identity and was using it. I was told the person who had such was a male by the name of Richard Dennis Scott, date of birth was June 21, 1957, who lived in the state of Louisiana and was advised he was a convicted felon. Your agent clearly inform me that your agency know it is not me and requested for me to sign a document that I have provided to you in the past.

Now I wonder could someone you may have interview in my background gave you false or misleading information as to why I should not become an agent. If so, I would greatly appreciate if you can release all information concerning interviews, and other background information you may have found that is not true, accurate or correct. Please release all detail information that your panel eyes of three agents saw upon making their decision against me.



GOVERNMENT EXHIBIT 6

Still until this date, I have not heard from your administration and wonder for what reason why I cannot be brought on board to serve in an area where my talent can be use to protect this country.

Please accept my phone number and address change for any further or futures inquire and accept my request for waiver of fees according to your letter dated December 17. 2003 under section (28 C.F.R. 16.3 (c)).

If you should have any questions or concerns please don't hesitate to contact me at my numbers listed above.

Sincerely,

Sam L. Clemmons

Enclosures (3)

Cc: Drug Administration Director
    Congress
    Record