**S. L. CLEMMONS**  
**548 SAINT CHARLES PLACE**  
**BROOKHAVEN, MS 39601**

PHONE: 1-866-409-7758  
FAX #: NA  
EMAIL: SLCLEM@BELLSOUTH.NET

June 10, 2004

U.S. Department of Justice  
Drug Enforcement Administration  
**Attn: Director of Drug Administration**  
Washington, DC 20537

Re: Request Number: 04-0355-P

Dear Sir or Madam:

I am submitting this special request through you and ask for your assistant in helping me resolve any issues or concerns that may have transpire in your agency denying me my appointment as a DEA Agent.

I tell you sir or madam that I have a clean record and I pay my debt and take pride in representing my country.

I have been told by many that I was what the DEA need and look for. I can't believe how someone could step into my process and cause such appointment not to be granted.

I am contacting you directly asking for your assistant in telling me the truth in the outcome of your investigation into my background and release to me what finding that caused my family and myself so much.

If you should have any questions or concerns please don't hesitate to contact me at my numbers listed above.

Sincerely,

Sam L. Clemmons

Enclosures (5)

Cc: Drug Administration Director  
    Congress  
    Record


GOVERNMENT EXHIBIT