**S. L. CLEMMONS**
P.O. Box 1001
BROOKHAVEN, MS 39602

PHONE: 866-409-7758

EMAIL: SLCLEM@BELLSOUTH.NET

March 9, 2005

U.S. Department of Justice
**Attn: Director of Department of Justice (DEA)**
Washington, DC 20537

> Re: Request Number: 04-0355-P
> Freedom / Information ACT

Dear Sir or Madam:

I am once again contacting and submitting this special request to you and your staff to review such attached documentation, and honor my request to forward my complete file over to my Senator Trent Lott's Office.

I have placed this request through your office on several occasions as you can see by pervious communication but nothing was honored and granted to me.

I am seeking the complete background investigation in relation to **Special Agent Gary W. Hart's** comments or remarks according to the freedom information act and whatever was found in your discovery into my background investigation that was not correct.

His comments in his document are not the comments that someone else by the name of C.J. Kasch gave or presented to Congressman Ronnie Shows. They are different and they are no where close to what Congressman Ronnie Shows had requested on my behalf.

There is something that I am not aware of that has transpired in your agency to deny me my appointment as a DEA Agent. I am requesting Congress and the Senate to step in to fully pull all records that your staff and your agency have gather on me to come to such decision.

On December 21, 1999, I was clearly told by a panel of **six** DEA agents that I will be granted an appointment if my background check out fine. I see nothing wrong with anything in relation to my background. I have never committed a crime, I have never did any wrong to any person or thing in this society that we live.


GOVERNMENT EXHIBIT 8

I cannot express it in any other way then I am expressing it now that I have a clean record, I pay my debts, I take pride in representing this country and have nothing wrong with my character and have never had any conduct problems that were wrongful.

I am providing those noble men and women who represent our county and who makes such laws a full disclosure of a 199 pages documentation that can resolve any question or concern that was never asked of me coming from the DEA.

As I was told by **Special Agent E.C. Earls** that everything were looking ok, except for the identity theft and an Entergy Power Bill on my credit file that was not mine and which was later removed. Congress will have that and those documents as well.

When Special Agent E.C. Earls received this fax she advised me that my process should be completed soon. Honesty to say, I can't believe how someone could step into my process and cause such appointment not to be granted without the DEA contacting me again to clarify whatever. I do believe in the U.S. Congress and Senate policies "Don't ask, don't tell". I think I was in fully compliance with such policy.

All I am doing here is seeking answers to what could have fraudulently surfaced to allow your staff to take such wrongful actions and to send such letter stating such.

I am expressing to you from the start that whatever it was or is...it's wrongful and I'm once again seeking a **reconsideration** to allow me to prove that whatever it is. It is or was fraud and someone out here is attempting to destroy my character and preventing me from advancing in this society that we live.

I have to ask, if you placed yourself in my shoes and this happen to you what would you do? I'm thinking you would want to know as well, what was it that someone claims you did or said you that prevented you from advancing in your career?

Sir or Madam, I have to stress that I am a well-organized person and I have never done any wrong to anyone. I do have the right to clear my name, don't you think?

I am only requesting this information for my three children that I so dearly love, protect and support. If it wasn't from them, I don't know where I would be. I am only requesting this release of information so that the appropriate channels can assist me on making the proper correction to something that I never had a chance of clearing or resolving.

On the attached copy of a money order that shows Special Agent Henery Cohran name, cell phone number and home number. I placed it there to express to you that after talking to such agent after a length of time, he too advised me not to worry. I did address certain issues with him as well as I discussed with the **physiologist** during the **physiological** examination. He fully advised me that certain issues or concerns should not be held against me. He will just have to verify information needed coming from Atlanta, GA that I express on my application.

Special Agent Cohran did contact and interviewed with many friends, associates and employers and they all could not say anything but good things about me.

After my discussion with Special Agent Cohran that is when he gave me his name and phone numbers to reach him if I should need anything else. Special Agent Cohran was nice, professional and polite and stated to me that he can't see anything coming up that will keep me out from not being apart of this agency. That's when he gave me his cell number that was or is **770-633-2208** and his home number **770-443-2355**. (See the attached page of information for proof)

Also to let it be known that not only was Special Agent Cohran was nice and polite, but the agent who conducted my background check in the State of Mississippi expressed the same to me over the phone.

Every place I have been lived and worked many can tell you great things I have done and participate in making the communities where I have lived great.

I guess, we all can have enemies out here and no man or woman can force or make everyone to just love them. Not every job a person has worked can always be the best job for them. Just because someone doesn't leave out on a happy note doesn't make that person a bad employee.

I also have to say not all companies and corporations out here are great places to work. A person have to find their interest and knowing what they would like to do and if a person interest is helping, assisting and protecting others, then their fit should be in an agency that strives on being professional and protection and that is what drew me to the DEA.

I would like to have my complete file that will resolve many questions that I would like to have answers to.

I am enclosing $25.00 just in case such amount is needed to provide me with the information I'm seeking. If this amount is need please provide all documentation to Senator Trent Lott's office located **245 East Capitol Street, Suite 226, Jackson, MS 39201.**

If you should have any questions or concerns please don't hesitate to contact the Senator at the address listed above.

Sincerely,

S. L. Clemmons

Enclosures (11)

Cc: Drug Administration Director
    Department of Justice Director
    U.S. Congress and Senate
    Record