**Sam L. Clemmons**
**548 Saint Charles Place**
**Brookhaven, MS 39601**
**1-866-409-7758**

July 8, 2005

DOJ & DEA's Freedom of Information Section
Record Management Section
**Attn: Chief Katherine L. Myrick**
Washington, DC 20537

**Re: Request Number 04-0355-P**

Dear Chief Katherine L. Myrick and the Department of Justice (DEA):

I am submitting this request to you once again to release all information according to the request number as stated above and the full results of my background investigation according to the Freedom of Information Act, 5 U.S.C. 552.

Let the record show that this is not my first request but several requests, requesting my records to be released for further review.

I have also attached a copy of such regulation that shows the time frame when such agency have to release all requested information according to the federal law. Please review such paragraph concerning regular processing. Since the first initial request was on July 15, 2003, it has been well over such timeframe in which you should have released such information according to the law.

Since this matter of review is so important into reviewing the record, I am enclosing my second money order to pay for such processing in the amount of $25.00 if needed.

Within the next 20 days according to the law, I will be expecting to have my complete full field background file in my custody for further review.

Once again for the record, my honesty was in my application and by me passing the polygraph exam and all phases in the application process. I had nothing wrong in my background that should have prevent me from becoming apart of this agency I wait for your discovery.

Sincerely,
Samuel L. Clemmons
Special Agent Applicant
Enclosures (11)


GOVERNMENT EXHIBIT 9

Agencies Requirements in responding to releasing FOIA Requests:
Discovered May 20, 2005

You may also submit your request to the OIG by fax or electronic mail. The fax number is (703)248-4626 and the electronic mailbox is foia@uspsoig.gov. The OIG will begin processing your request upon receipt by the FOIA Officer.

### How to make a FOIA Request #

You may make a FOIA request for any agency records; however, the records may be protected by one of the FOIA exemptions or exclusions. You must submit your FOIA request in writing and prominently note, "Freedom of Information Act Request" on the first page. Your FOIA request should describe the records sought in sufficient detail to enable us to locate the records with a reasonable amount of effort. Whenever possible, you should include specific information about each record sought, such as the date, number, title or name, author, recipient, and subject matter of the record.

Please be aware that the FOIA does not require us to do research for you, to analyze data, to answer written questions, or to create records in response to a request.

### Time for Response #

We have three methods for responding to your FOIA request. The methods, which have different response times, are regular processing, expedited processing, and extended response time processing. A request is deemed to have been received by the OIG for purposes of computing time for response at the time is actually received by the FOIA Officer.

*Regular Processing*

Once your FOIA request is received, a determination will be made within twenty days (excluding Saturday, Sundays, and legal public holidays) whether to disclose or deny the records sought.

*Expedited Processing*

You may be entitled to expedited processing of your FOIA request if you certify that you have a compelling need. A compelling need may be a threat to someone's life or physical safety. You may also have a compelling need if you are primarily engaged in disseminating information to the public and the information is urgently needed to inform the public concerning actual or alleged Federal Government activity. The request for expedited processing must include your reasons why your request should be expedited. You should also certify that your reasons are true and correct. Within ten days after receiving your request, you will be notified regarding the decision to expedite your request. If we decide to expedite your request, it will be processed as soon as practicable. If we deny your request for expedited processing, you have the right to submit an appeal, which we will handle expeditiously.

### Extended Response Time Processing
Under the FOIA, we may extend the response time for an additional ten business days based upon unusual circumstances involved in the request, such as the volume of records sought.

### Fees #
We will furnish, without charge, reasonable quantities of material that we have available for _free_ distribution to the public. Under the FOIA, we are permitted to charge certain fees for processing FOIA requests. Fees may vary depending on the requester's category. Commercial requesters may be charged fees for searching, reviewing, and duplicating records. Noncommercial requesters, such as educational or scientific institutions and the news media, are only charged for the duplicating expenses, after the first 100 pages of copies. All other requesters who do not fall within either of these two categories are not charged for the review of the records, only for the search and duplication of the records. No charge is assessed for the first two hours of search time or for the first 100 pages of copies.

### Fees $10.00 or less
If the total fee for searching, reviewing, and duplicating is $10.00 or less no fee is assessed.

### Fees $25.00 or more
If you do not include an acceptable agreement to pay the fees at the time of your request, we will promptly notify you if the estimated cost for processing your request is expected to exceed $25.00. Once you provide us with an agreement to pay all fees, we will release the records.

### Fees over $250.00
If the estimated fees exceed $250.00, we may require you to pay the fees in advance.

### Fee Waivers
We may waive fees, if the disclosure of the requested information contributes significantly to the public's understanding of the operation or activities of the government and is not primarily in the commercial interest of the requester.

**Initial Request Determination #**
Once we have processed your request and any fee issues have been resolved, we will send you a written notice explaining our determination to disclose or deny records. If information is being withheld, we will specify the FOIA exemption that pertains to the denial. You will also be advised of your right to appeal any adverse determination. If pages of the requested information are withheld in their entirety, we will usually specify the number of pages being withheld or will make a reasonable effort to estimate the amount of withheld information.

**Appeals#**
When we deny records or a fee waiver, you may file an appeal in writing to: