

**U.S. Department  Justice**
Drug Enforcement Administration

JAN 0 5 2006

Case Number: 04-0355-P

Subject: CLEMMONS, SAMUEL

Samuel Clemmons
548 Saint Charles Place
Brookhaven, MS  39601

Dear Samuel Clemmons:

   Your Freedom of Information/Privacy Act (FOI/PA) request seeking information from the Drug Enforcement Administration was processed and responded to on February 20, 2004.

   Since that time, we have received a number of letters from you making inquiries regarding the merits of DEA's decision not to hire you as a Special Agent. Please be advised that the *Freedom of Information Section* does not make hiring decisions. This Office reviews the information you have requested pursuant to the FOI/PA and then determines what information may be disclosed.

   However, in reviewing your FOI/PA request, we have discovered that your Psychological Evaluation was not released to you in our February 2004 response. That document is enclosed.

   You will also note that no fees were incurred or requested for processing your request. Therefore, the two money orders you forwarded to us are being returned.

   Please be advised that any inquiries regarding DEA's hiring practices should be mailed to the Drug Enforcement Administration's Office of Personnel at the address indicated below:

Catherine Kasch, Deputy Assistant Administrator
Office of Personnel
Drug Enforcement Administration
Washington, D.C. 20530

GOVERNMENT EXHIBIT 10

14, 64

If you wish to appeal the processing of you request, you may do so within sixty (60) days pursuant to 28 C.F.R. 16.9. The appeal should be sent to the following address, with the envelope marked "FOIA Appeal":

CO-DIRECTOR<br>
OFFICE OF INFORMATION AND PRIVACY<br>
FLAG BUILDING, SUITE 570<br>
WASHINGTON, D.C. 20530

For further information, see attached enclosure.

Sincerely,

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

Enclosures

Number of pages withheld:  04

Number of pages released:  91

Number of pages referred:  84

**APPLICABLE SECTIONS OF THE FREEDOM OF INFORMATION AND/OR PRIVACY ACT:**

| Freedom of Information Act 5 U.S.C. 552 | | | Privacy Act 5 U.S.C. 552a | |
|---|---|---|---|---|
| [ ] (b)(1) | [ ] (b)(5) | [ ] (b)(7)(C) | [ ] (d)(5) | [ ] (k)(2) |
| [X] (b)(2) | [ ] (b)(6) | [ ] (b)(7)(D) | [ ] (j)(2) | [ ] (k)(5) |
| [ ] (b)(3) | [ ] (b)(7)(A) | [ ] (b)(7)(E) | [ ] (k)(1) | [ ] (k)(6) |
| [ ] (b)(4) | [ ] (b)(7)(B) | [ ] (b)(7)(F) | | |

# FREEDOM OF INFORMATION ACT
## SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1) Information which is currently and properly classified pursuant to Executive Order in the interest of the national defense or foreign policy.

(b)(2) Materials related solely to the internal rules and practices of DEA.

(b)(3) Information specifically exempted from disclosure by another federal statute.

(b)(4) Privileged or confidential information obtained from a person, usually involving commercial or financial matters.

(b)(5) Inter-agency or intra-agency documents which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction, or which represent the work product of an attorney, or which reflect confidential communications between a client and an attorney.

(b)(6) Materials contained in sensitive records such as personnel or medical files, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.

(b)(7) Records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information (A) could reasonably be expected to interfere with enforcement proceedings; (B) would deprive a person of a right to a fair trial or an impartial adjudication; (C) could reasonably be expected to constitute an unwarranted invasion of personal privacy; (D) could reasonably be expected to disclose the identity of a confidential source, including a State, local or foreign agency or authority or any private institution which furnished information on a confidential basis; and, in the case of a record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source; (E) would disclose techniques and procedures for law enforcement investigations or prosecutions or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or (F) could reasonably be expected to endanger the life or physical safety of any individual.

## PRIVACY ACT
### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5) Materials compiled in reasonable anticipation of a civil action or proceeding.

(j)(2) Material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals.

(k)(1) Information which is currently and properly classified pursuant to Executive Order in the interest of the national defense or foreign policy.

(k)(2) Material compiled during civil investigations for law enforcement purposes.

(k)(5) Investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to an express promise that his identity would be held in confidence, or pursuant to an implied promise of confidentiality if such information was furnished prior to September 27, 1975.

(k)(6) The substance of tests used to determine individual qualifications for appointment or promotion in Federal Government Service.