UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Sam L. Clemmons )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. Department of Justice, et al. )<br>Drug Enforcement Administration )<br>Special Agent Eldred Earls )<br>Special Agent Gary W. Hart )<br>)<br>Defendants. )<br>_____) | Case No. 1:06CV00305 |

### DECLARATION OF PRISCILLA A. JONES

I, Priscilla A. Jones, declare the following to be true and correct:

1. I am the Chief of the Administrative Staff in the Office of Information and Privacy ("OIP"), United States Department of Justice. As the Chief of the Administrative Staff, I am in charge of the Administrative Section of OIP. One of my responsibilities is to oversee the logging of administrative appeals taken from denials by all components of the Department of Justice under the Freedom of Information Act and the Privacy Act of 1974.

2. I have personally reviewed OIP's electronic inventory of administrative appeals, which is where all appeals to OIP are recorded. There is no record of OIP receiving an administrative appeal from Samuel (Sam) L. Clemmons concerning the denial of Request No. 04-0355-P from the action of the Drug Enforcement Administration.



GOVERNMENT
EXHIBIT
11

-2-

I declare under penalty of perjury that the forgoing is true and correct. Executed on August 2, 2006.

Priscilla A. Jones