UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAM CLEMMONS,<br>　　　　Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF JUSTICE, et al.,<br>　　　　Defendants. | AUG 1 1 2006<br><br>Case No. 1:06CV00305 (RCL) |

## DECLARATION OF BETTIE E. GOLDMAN

I, BETTIE E. GOLDMAN, declare and say:

1. I am the Associate Chief Counsel, Civil Litigation Section, in the Office of Chief Counsel of the United States Department of Justice, Drug Enforcement Administration (DEA).

2. As such, I am the custodian of agency records relating to the filing, evaluation, and disposition of administrative claims presented to DEA under the Federal Tort Claims Act (FTCA). Agency procedures require that all FTCA claims over $500.00 be submitted to this office for review.

3. Matters appealed to the Merit Systems Protection Board (MSPB) are assigned to either the Civil Litigation Section or the Administrative Law Section of the Office of Chief Counsel. I am also the custodian of agency records relating to the filing, litigation, and disposition of MSPB appeals assigned to the Civil Litigation Section.

4. As a routine business practice, this office maintains a record of all such administrative claims and MSPB matters. The system regarding the records for which I



GOVERNMENT
EXHIBIT
12

am the custodian has been in effect for over twelve years. The system regarding the records of MSPB appeals assigned to the Administrative Law Section includes matters filed from 2003 to present.

5. On or about August 10, 2006, I caused a thorough search to be made of the FTCA claim records of this office to determine whether an administrative claim was presented to DEA by plaintiff, Sam Clemmons, arising out of the DEA's disapproval of him for hire as a Special Agent and his Freedom of Information requests regarding this decision. I also caused a thorough search to be made of the MSPB litigation matter records of this office to determine whether an appeal by or on behalf of the plaintiff was ever filed with the MSPB.

6. No FTCA claim was presented by the plaintiff, nor is there a record of any MSPB appeal filed by or on behalf of the plaintiff.

7. I declare under penalty of perjury that the foregoing statements are true and correct.

Sworn this __11__ day of August, 2006, in Arlington, Virginia.

_____
BETTIE E. GOLDMAN