UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM CLEMMONS,       )<br>                            )<br>    Plaintiff,          )<br>                            )<br>    v.                      )     06cv0305 (RCL)<br>                            )<br>U.S. DEPARTMENT OF JUSTICE, et al.,  )<br>                            )<br>    Defendants.         )<br>_____) | |

**ORDER**

Upon consideration of Defendants' Motion to Dismiss, and the Opposition thereto; it this

_____ day of _____, 2006,

ORDERED that the Defendants' Motion should be and is hereby GRANTED; and it is further

ORDERED that the Complaint be, and hereby is dismissed with prejudice.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE