## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of August 2006, a true copy of the correct pages to the **PLAINTIFF'S MOTION REQUESTS TO ENTER DISCOVERY IN SUPPORT OF ENTRY BY DEFAULT PERFORMED BY THE CLERK OF THE COURT. THE PLAINTIFF IS REQEUSTING THE COURT THROUGH ATTACHED COURT'S ORDER TO SUSTAIN SUCH ENTRY BY DEFAULT BY ATTACHING [EXHIBITS A – W]** was served by regular mail service concerning case # <u>1:06CV00305</u> (RCL) to the following:

To: Defendant's Counsel

Darrell C. Valdez
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, Civil Division
Washington, DC 20530

And

United States District Court for the District of Columbia
**Attn: Office of the Clerk &**
**Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001

*Sam L. Clemmons, Pro Se*
548 Saint Charles Place
Brookhaven, MS 39601

**RECEIVED**

AUG 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The following attached pages should replace the pervious submission these page(s) has been edited

Case 1:06-cv-00305-RCL    Document 17    Filed 08/28/2006    Page 2 of 11

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS<br>    PLAINTIFF<br><br>vs.<br><br>DEPARTMENT OF JUSTICE (DEA),<br>et al.,<br>    DEFENDANTS | ) CIVIL ACTION NO:<br>)<br>) 1:06CV00305 (RCL)<br>)<br>)<br>)<br>) August 24, 2006<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION REQUESTS TO ENTER DISCOVERY IN SUPPORT OF ENTRY BY DEFAULT PERFORMED BY THE CLERK OF THE COURT. THE PLAINTIFF IS REQEUSTING THE COURT THROUGH ATTACHED COURT'S ORDER TO SUSTAIN SUCH ENTRY BY DEFAULT BY ATTACHING [EXHIBITS A - W].

Comes Sam L. Clemmons, Plaintiff *Pro Se* files this **MOTION REQUEST** to Enter Discovery in support of the Plaintiff's Motion Request to Enter Default by the Clerk to show good cause why such default should not be lifted or removed from the records of this court.

The Plaintiff comes and expresses before the court that the Defendants who are federal employees in which tort claim are against for their wrongful actions resulting in various criminal acts as expressed by the Plaintiff in the initial complaint before the court.

The Defendant's Counsel expresses an alter complaint before the court. The complaint that the Defendant received is not an

1  of facts are the same facts that was submitted to the Office of
2  Special Counsel to receive a claim number of MA-05-2031 as so
3  solely expressed to this court in the initial complaint.
4     The Defendant's Counsel can research such claim number and
5  see that such Defendants were fully aware and informed of
6  potential actions or actions that will be brought against them.
7     **THE PLAINTIFF'S EXHIBITS A-W FOR THE RECORDS ARE:**
8     The Plaintiff enters **147 pages** of facts into the record to
9  support the Plaintiff's good cause to sustain the court's entry
10 of default.
11    **Exhibit # A:** These 16 pages of Exhibits will show the court
12 proof of communication performed as stated in the initial
13 complaint between the Plaintiff and the Office of Special
14 Counsel concerning the Defendants listed in the complaint. For
15 the Record, the Office of Special Counsel tagged such complaint
16 submission in its records as claim number MA-05-2031. The letter
17 from the Office of Special Counsel will be provided to the court
18 and the Defendant's counsel to be added into the record at a
19 later date by mean of regular mail attached with a certificate
20 of service. For now, the Defendant's counsel can research such
21 record and confirm the status of such claim.
22    **Exhibit B:** These six pages of Exhibits will show the court
23 and the Defendant's counsel personal letters dated March 9, 2005
24 to the Department of Justice (DEA) expressing issues of concern
25 concerning the nature of my background investigation. All

1 communication to such agency was denied or refused to response
2 in nature to my requests.
3     **Exhibit C:** <u>Eight pages</u> showing the court proof of
4 communication to the Department of Justice (DEA) on November 27,
5 2001; by via fax submission to Special Agent Eldred Earls (4
6 pages). This Exhibit will validate that such did existed between
7 the two but nothing coming from the Defendant or the Defendant's
8 counsel validating that such communication coming from their
9 ends are facture and was truthful that such person by the name
10 of Richard D. Scott (a convicted felon) had my identity for the
11 records which is also a violation of the laws of <u>111 ALR, Fed.</u>
12 <u>295</u> and <u>18 U.S.C.A § 1001 (2) (15) (34)</u>.
13     **Exhibit D:** <u>Three pages</u> of Exhibits for the record showing
14 such letter dated April 04, 2002 from the Department of Justice
15 (DEA) in reference to regretful news to be denied employment for
16 unclear reasons.
17     **Exhibit E:** <u>Three pages</u> of facts showing the court and the
18 Defendant's counsel Congressional consent form for Releasing of
19 Personal Records by Executive Agencies (DEA). This will show the
20 Court the Defendants still failed to honor and obey the laws
21 under neither the Freedom of Information Act in not providing
22 neither the Congressman nor the Plaintiff information which both
23 sought through this request.
24     **Exhibit F:** <u>Three pages</u> of facts showing the court and the
25 Defendant's counsel a letter dated September 10, 2002 from

1   cover ups by others in refusing to honor and releasing
2   information accordingly under the Freedom of Information Act.
3       **Exhibit S:** One page of facts added to the record to counter
4   attack any claims made by the Defendant's counsel concerning
5   Plaintiff's time in responding to outrageous attempts to have
6   Default removed from the court record. The Plaintiff is showing
7   the court and the Defendant's counsel good cause shown as being
8   severely ill and away from receiving any correspondence or
9   submission to the court by the Defendant's counsel and also for
10  the record the Plaintiff's phone numbers listed in the records
11  of the court are good numbers to contact the Plaintiff. They are
12  not disconnected and they were not disconnected during the time
13  the Defendant's counsel so expressed to the court.
14      **Exhibit T:** One additional page of facts added to the record
15  to show various attempts in communication to the Department of
16  Justice (DEA) concerning Freedom of Information Act or issues
17  showing a certified receipt signed by such agency on September
18  10, 2003.
19      **Exhibit U:** Four pages added to the Exhibits the remaining
20  will remain in reserve for both the Defendants and the
21  Defendant's counsel to release such truthful information for the
22  record behind revealing of the facts and truth to their
23  statements concerning the Richard D. Scott statements. The
24  Plaintiff's investigator entry will fill this empty space into
25  the court's record by releasing the true facts behind Richard D.

## THE PLAINTIFF'S TABEL OF CONTENTS INTO THE EXHIBITS FOR THE RECORDS ARE (7) SEVEN PAGES

The Plaintiff enters **147 pages** of facts into the record to support the Plaintiff's good cause to sustain the court's entry of default. [**EXHIBITS A – W**]

**Exhibit # A**: These **16 pages** of Exhibits will show the court proof of communication performed as stated in the initial complaint between the Plaintiff and the Office of Special Counsel concerning the Defendants listed in the complaint. For the Record, the Office of Special Counsel tagged such complaint submission in its records as claim number **MA-05-2031**. The letter from the Office of Special Counsel will be provided to the court and the Defendant's counsel to be added into the record at a later date by mean of regular mail attached with a certificate of service. For now, the Defendant's counsel can research such record and confirm the status of such claim.

**Exhibit B:** These **six pages** of Exhibits will show the court and the Defendant's counsel personal letters dated March 9, 2005 to the Department of Justice (DEA) expressing issues of concern concerning the nature of my background investigation. All communication to such agency was denied or refused to response in nature to my requests.

**Exhibit C:** **Eight pages** showing the court proof of communication to the Department of Justice (DEA) on November 27, 2001; by via fax submission to Special Agent Eldred Earls (4 pages). This Exhibit will validate that such did existed between the two but nothing coming from the Defendant or the Defendant's counsel validating that such communication coming from their ends are facture and was truthful that such person by the name of Richard D. Scott (a convicted felon) had my identity for the records which is also a violation of the laws of **111 ALR, Fed. 295** and **18 U.S.C.A § 1001 (2) (15) (34).**

Clemmons v. Department of Justice (DEA), Case # 1:06CV00305 (RCL)

expressing their part during this fraudulent investigation into the background of the Plaintiff. This should show the court signs of cover ups by others in refusing to honor and releasing information accordingly under the Freedom of Information Act.

**Exhibit S:** <u>One page</u> of facts added to the record to counter attack any claims made by the Defendant's counsel concerning Plaintiff's time in responding to outrageous attempts to have Default removed from the court record. The Plaintiff is showing the court and the Defendant's counsel good cause shown as being severely ill and away from receiving any correspondence or submission to the court by the Defendant's counsel and also for the record the Plaintiff's phone numbers listed in the records of the court are good numbers to contact the Plaintiff. They are not disconnected and they were not disconnected during the time the Defendant's counsel so expressed to the court.

**Exhibit T:** <u>One</u> additional page of facts added to the record to show various attempts in communication to the Department of Justice (DEA) concerning Freedom of Information Act or issues showing a certified receipt signed by such agency on September 10, 2003.

**Exhibit U:**  <u>Four pages</u> added to the Exhibits the remaining will remain in reserve for both the Defendants and the Defendant's counsel to release such truthful information for the record behind revealing of the facts and truth to their statements concerning the Richard D. Scott statements. The Plaintiff's investigator entry will fill this empty space into the court's record by releasing the true facts behind Richard D. Scott. The Plaintiff will continue to seek discovery of such person's Death Certificate and criminal record to be added to this record of the court to confirmed or question why such agency representative (Special Agent Earls) chose to use a decease person to fraud the Plaintiff's background investigation. This is still a mystery and should continue to be a mystery. The Plaintiff will counterattack any attempts by the Defendants and the

Clemmons v. Department of Justice (DEA), Case # 1:06CV00305 (RCL)

December 8, 2000

P. O. Box 105069
Atlanta, GA 30348



000225680-1952  12    69
Samuel Lennious Clemons Jr
5675 Roswell Rd NE Apt 40A
Atlanta GA 30342-1225

Dear Samuel Lennious Clemons Jr:

Below are the results of your request for Equifax to reinvestigate certain elements of your Equifax credit file. Equifax contacted each source directly and our investigation is now completed. Enclosed is an updated copy of your credit file.

**Results of Your Investigation** (For your security, the last 4 digits of your credit account number(s) have been replaced by *)

**We have researched the credit account. The results are:**

Mississippi Power & Light          Account Number:          171*
PO Box 6008
New Orleans, LA 70174-6008
Phone Number: (601) 969-2500

   THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE.

Thank you for giving Equifax Credit Information Services the opportunity to serve you.

Glenn King
P.O. Box 740256
Atlanta, GA 30374-0256

EXHIBIT C

Page 1 of 1

*001533 - 1    OF3 *                                          031530439-S69-000225680-1952  - 23479 A S

# EQUIFAX

Samuel Lennious Clemons Jr
5675 Roswell Rd Apt 40a
Atlanta, GA  30342
Social Security #: 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

## CREDIT FILE - Confirmation Number: 031530439

**Companies that Requested your Credit File - Continued**                                      December 8, 2000

| Date | Company | Date | Company |
|---|---|---|---|
| 02/16/00 | AR-Credit Comm Service LLC | 02/04/00 | Equifax - Update |
| 02/02/00 | AR-Bellsouth Telecommunicatio | 01/31/00 | Equifax - Update  ACIS 003103185 |
| 01/31/00 | Equifax - Update | 01/27/00 | MCI |
| 01/19/00 | Equifax - Disclosure  ACIS 001913949 | 01/18/00 | Verizon Wireless |
| 01/17/00 | Equifax - Update | 01/13/00 | AR-Credit Comm Service LLC |
| 01/10/00 | Equifax - Disclosure  ACIS 001000263 | 01/07/00 | Equifax - Update |
| 12/27/99 | Dept of Justice - DEA | 12/27/99 | Bank One |
| 12/22/99 | State Bank | 12/21/99 | Equifax - Disclosure  ACIS 935502082 |
| 12/21/99 | Equifax - Update | 12/20/99 | USAA Federal Savings Bank |
| 12/20/99 | USAA | 12/14/99 | Toyota Credit |
| 12/14/99 | Entergy Corp | 12/13/99 | Mark Escude Toyota |
| 12/10/99 | Equifax - Disclosure  ACIS 934417970 | 12/09/99 | AR-Credit Comm Service LLC |
| 12/07/99 | Leasecomm Collections | 11/03/99 | Equifax - Update |
| 11/01/99 | Equifax - Update | 10/20/99 | Equifax - Disclosure  ACIS 929323755 |
| 10/20/99 | USAA Federal Savings Bank | 10/18/99 | Equifax - Disclosure  ACIS 929115499 |
| 10/12/99 | Equifax - Update | 10/01/99 | Equifax - Update |
| 09/27/99 | Equifax - Update | 09/24/99 | Equifax - Disclosure  ACIS 926724168 |
| 09/18/99 | CBC National Collections | 09/13/99 | Equifax - Disclosure  ACIS 925628965 |
| 09/09/99 | Equifax - Update  ACIS 925208133 | 09/02/99 | Equifax - Update |
| 08/31/99 | Equifax - Update | 08/30/99 | Equifax - Disclosure  ACIS 924230969 |
| 08/25/99 | Equifax - Update  ACIS 923725148 | 08/25/99 | Equifax - Update |
| 08/25/99 | Equifax - Disclosure | 08/16/99 | Equifax - Disclosure  ACIS 922809369 |
| 08/12/99 | Equifax - Update  ACIS 922410262 | 08/12/99 | Equifax - Update |
| 08/12/99 | Equifax - Update | 08/10/99 | Troncalli Nissan |
| 08/09/99 | USAA | 07/16/99 | Bellsouth - Louis |
| 06/17/99 | Leasecomm Collections | 06/15/99 | Woodridge Apartments |
| 05/19/99 | DAT EMPL-GA. State Patrol | 05/05/99 | CBC National Collections |
| 03/30/99 | Leasecomm/MA | 03/06/99 | Credit Comm Services LLC |

**Consumer Statement**

Date Recorded:  09/00                                                    Date To Remove:  08/01

\*\*\* FRAUD ALERT \*\*\* FRAUDULENT APPLICATIONS MAY BE SUBMITTED IN MY NAME USING
CORRECT PERSONAL INFORMATION// IF YOU ACCESS THIS FILE, PLEASE VERIFY WITH ME,
PERSONALLY, THAT IT IS LEGITIMATE// I CAN BE REACHED AT 404-255-3566(DAY/EVENING)

EXHIBIT C

- End of Credit File -
Page 3 of 3

(146)



031530439-S69-000225680-1952  - "CNTVC" S

**PAGE INTENTIONALLY LEFT BLANK
FOR THE DEFENDANT**

EXHIBIT U

(147)