UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS )<br>    Plaintiff )<br> )<br>vs. )<br> )<br>DEPARTMENT OF JUSTICE (DEA), )<br>et al., )<br>    Defendants )<br> )<br>_____ ) | CIVIL ACTION NO:<br><br><u>1:06CV00305 (RCL)</u><br><br><br>August 31, 2006 |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION REQUEST TO SUBSTITUTE THE UNITED STATES AS THE PROPER FEDERAL DEFENDANT AFTER SUBMITTING PLAINTIFF'S MOTION REQUESTS TO ENTER DISCOVERY AND REQUEST TO SUSTAIN DEFAULT.

Come now the Plaintiff to response to the Defendants requests after receiving the Defendants requests by regular service mail on August 24, 2006 and being physical but able to response on August 31, 2006 which is the deadline date for the judge overseeing this matter before the court to enter Motion Granted or not.

The Plaintiff expresses in his response to the court as it is being no different from the pervious submission. The Defendant is now in default and the Defendants are continuous in trying every means and avenues to release themselves out of Default.

This lawsuit was brought against an independent federal government agency that operates independently from others but is fully funded by the federal government to perform certain tasks according to its mission statements. This agency is not an Executive Branch of Government and their requests to substitute should not be granted.

The Plaintiff is not claiming damages done by the United States of America but by selective few people who work or at the time worked in this federal government agency.

RECEIVED
SEP 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This agency and it fully qualified employees should have been fully protected through professional liability insurance and other insurance protection coverage to cover this lawsuit.

The Plaintiff expresses to the court that this matter before the court is not in relation to matter or problems against the United States of America but it does target those employees in government who knowing fully but willfully and intentionally violated the laws in which I know and other should know that this country should not tolerate or condone. These employees or agency should not be exempt from the crimes they have committed or commits and they should not represent the people of this country as a whole.

The Defendants had well over enough time to express their argument and plea before the court. Once again the Default judgment should stand and the individuals or the independent agency should be served to pay for this lawsuit in whole due to the facts that such agency is an agency that is funded by the federal government and is also funded by law breakers who are as well punished for violating the laws of the United States of America in the Drug market.

This lawsuit does not target the United States of America for this country did noting wrong to me (the Plaintiff) but certain people that I know and have experienced while living here have an evil eye to commit evil acts or wrongdoing for no apparent or truthful reasons that cannot be given or explained. Once again, The United States of America citizens as a whole did not say, do nor did what those employees have done in fraud my identity, my career and opportunities in government. Those individuals or agency had a mind of their own and this country (The United States of America) should not carry their burden.

I (the Plaintiff) personally feel if I filed suit against the United State of America then I too should consider placing a request to leave this country for this country cannot do anything for me not even to protect me according to the constitutional laws which this country stands. These

evil doers or wrongdoers should not represent or stand for the United States of America as a whole. They represented their prospective agency or agencies and that's a big difference within itself.

Transferring or substituting the United States of America as the Defendant would do nothing more than prolong and continue to draw out this process for unnecessary reasons causing the taxpayers unnecessary dollars for reasons not justified.

Therefore, on this date of August 31, 2006, I object to the Defendants requests to substitute the United States as the proper federal Defendant.

Respectfully Submitted,

Sam L. Clemmons,
Plaintiff *Pro Se*

Copies To:

Darrell C. Valdez
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, Civil Division
Washington, DC 20530

And

**United States District Court for the District of Columbia**
Attn: Office of the Clerk &
Judge Royce C. Lamberth's Chambers
333 Constitution Ave, NW
Room 1225
Washington, DC 20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS ) | CIVIL ACTION NO: |
| ) | |
| Plaintiff ) | 1:06CV00305 (RCL) |
| ) | |
| vs. ) | |
| DEPARTMENT OF JUSTICE (DEA), ) | August 23, 2006 |
| et al., ) | |
| ) | |
| Defendants ) | |
| ) | |

## ORDER

Upon consideration of the Plaintiff's Motion request for Summary Judgment by Default after entering confirmed facts against the Defendant's Motion requests to remove Default status. The Plaintiff has demonstrated good cause shown by means of Exhibits and timely responses and proper service upon the Defendants.

The Plaintiff's Motions requests should be granted including the Plaintiff's Motion Request to Subpoena Duces Tecum under *de novo* to bring this case matter before the court to a close.

IT IS HEREBY ORDERED that any of the Defendants' Motion Requests to dismiss will be DENIED. The Plaintiff's Motion Request to move forth for Summary Judgment by default is GRANTED.

SO ORDERED this _____ day of _____ 2006

_____
United States District Court Judge

Copies to:

Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601

Darrell C. Valdez
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, Civil Division
Washington, DC 20530

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of August 2006, a true copy of the correct pages to the **PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION REQUEST TO SUBSTITUTE THE UNITED STATES AS THE PROPER FEDERAL DEFENDANT AFTER SUBMITTING PLAINTIFF'S MOTION REQUESTS TO ENTER DISCOVERY AND REQUEST TO SUSTAIN DEFAULT** was served by regular mail service concerning case # 1:06CV00305 (RCL) to the following:


To: Defendant's Counsel

Darrell C. Valdez
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, Civil Division
Washington, DC 20530


And


United States District Court for the District of Columbia
**Attn: Office of the Clerk &**
**Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001


Sam L. Clemmons, Pro Se
548 Saint Charles Place
Brookhaven, MS 39601