# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

CIVIL ACTION NO: **1:06CV00305 (RCL)**

V

Department of Justice
**Attn: Drug Enforcement Administration**
950 Pennsylvania Avenue, NW
Washington, DC 20530

## AFFIDAVIT OF SERVICE

I, <u>SAM CLEMMONS</u>, hereby declare that on the <u>29TH of JUNE 2006</u>, I mailed a copy of the summons and complaint, certified express mail return receipt requested to: (TRACKING # EQ 242464067 US) <u>The Department of Justice, Drug Enforcement Administration, Attn:</u> <u>DIRECTOR IN CHARGE, 950 PENNSYLVANIA AVE, NW. WASHINGTON, DC 20530</u> (the defendant & defendant's attorney). Attached hereto is the green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature *Samuel L. Turn* <br> X ☐ Agent ☐ Addressee <br> JUL 0 7 2006 <br> B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to: <br><br> DEPARTMENT OF JUSTICE (DEA) <br> 950 PENNSYLVANIA AVE, NW. <br> WASHINGTON, DC 20530 <br> ATTN: DIRECTOR IN CHARGE | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No |
| | 3. Service Type <br> ☐ Certified Mail ☑ Express Mail <br> ☐ Registered ☐ Return Receipt for Merchandise <br> ☐ Insured Mail ☐ C.O.D. |
| 2. Article Number <br> (Transfer from service label)   EQ242464067US  US | 4. Restricted Delivery? (Extra Fee) ☑ Yes   39601 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

RECEIVED

AUG 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT