UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS ) | CIVIL ACTION NO: |
| Plaintiff ) | |
| ) | **1:06CV00305 (RCL)** |
| vs. ) | |
| ) | |
| DEPARTMENT OF JUSTICE (DEA), ) | September 13, 2006 |
| et al., ) | |
| Defendants ) | |
| ) | |
| ) | |

### PLAINTIFF'S OPPOSITION AGAINST DEFENDANTS' FRAUD SUBMISSION BEFORE THE COURT IN REQUESTING FEDERAL DEFENDANT'S MOTION TO DISMISS AND FRAUDULENT SUBMISSION OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF FEDERAL DEFENDANTS' MOTION TO DISMISS IN SUPPORT OF THE PLAINTIFF'S CLAIM TO SUSTAIN DEFAULT.

Come now the Plaintiff to enter his opposition to the Defendant outrageous but bogus claims and attempts to mislead the honorable court into thinking that such Plaintiff's Freedom of Information Act request was satisfied. The Defendant so fraudulent states the Plaintiff never submitted an appeal disputing any issues of concerns dated to this honorable court with a date of August 30th, 2006. This submission is well after the Plaintiff's Motion to Enter Discovery and requests to sustain default status therefore such fraudulent claims should be stricken from the record. The Plaintiff received such communication by via regular mail on September 12, 2006.

The Plaintiff expresses if the Defendants wish to make such statements or entry to be truthful for the record. The Plaintiff challenge the Defendants to provide to this honorable court with certified return receipts (Green Cards) from the United States Postal Service showing that such Plaintiff's personal but private information containing a large volume of documents were released. During the false claims the Defendants so expressed in this honorable court showing the Plaintiff's signatures of receipt. If such cannot be provided to the court then such statements

RECEIVED

SEP 18 2006


NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

entered in this honorable court are fraud statements and should disqualify the Defendants outright from any further attempts to mislead and corrupt the record when the record is supposed to be based on truthful entries. Plaintiff's Motion to sustain Default should be granted.

The Defendants attempts to mislead the court doesn't surprise me (the Plaintiff) at all not after being mislead by the Department of Justice federal agents and other staff members and when the Department of Justice (DEA) cannot justify their acts or actions in this honorable court of law. They (the Defendants) are responsible for bring thousands of people before this court and other courts for true justice to be performed according to the laws and the constitution of the United States of America. Anyone will have to question who are the individuals really working for this agency who so allegedly claim to be honestly with integrity protecting this country. This case before the court should make everyone wonder what is really going on in this agency of government.

Therefore, I (the Plaintiff) sees the Defendant's counsel requests to this court as disjointed very confusing and reveals a great deal of dishonesty, lack of integrity, and outright an attempt to mislead the court. They all should be <u>stricken</u> from the record and such Defendant's counsels should be sanction or barred from ever coming or returning into this honorable court of law with such bogus claims or statements as presented in these responses, and requests before the court.

The Defendants are now in Default and such Default should be sustained. There are no other means or ways in which the Plaintiff can see where relief can be granted except or through means of fully being compensation as expressed by the Plaintiff in the initial complaint and by means of Requesting to Enter Discovery by providing true facts to the court. In which the Defendants have failed to justify or even still failed to release the complete records. The Plaintiff

still seek and requested to the Defendants to turn over all and every piece of documentation that reveal the Plaintiff's personal information by means of the Defendants' fraudulent background techniques to the court under *de novo.* The Plaintiff's request is for the court can see the full but true picture and be the overall judge concerning the Plaintiff's character, problems or so alleged problems you (the Defendant) so falsely claimed. A copy of this same information should be sent to me (the Plaintiff) by certified mail return receipt confirming proof of receipt or delivery just as you should have presented to the court upon submitting your fraudulent Exhibits to the court to support your claim to dismiss.

The Defendant's counsels have to all understand that someone has to lose and the Defendant has already proven that they have lost due to all the failures and fraudulent behaviors in this honorable court.

As far as the Plaintiff sees it there is nothing more to argue, dispute or challenge. The Defendant should be explaining to the court why the Plaintiff's Freedom of Information Act was denied when a Member of Congress intervened to obtain the complete records the so claim Defendant (DEA) claimed they release to the Plaintiff on February 20, 2004 without any record, trace or legal documentation to justify such fraudulent claim to be truthful in this court of law.

According to the record a Member of Congress requested this information in the year of 2002. We are arguing and trying to challenge something that the Defendants are well over past due and cannot show or prove anything to support their claims or statements before this honorable court. Default judgment should be sustained.

The Defendants have continuous failed to response properly to this honorable court with truthful facts requested under the Freedom of Information Act. Therefore, the Plaintiff plea to the court to make these facts as stated in this opposition known and to sustain default entry because

the Defendants were properly served and all the Defendants failed to response accordingly to the laws and instructions of the court. The Plaintiff request from the court to strike such statements provided by the Defendant's counsel including all the Exhibits especially Exhibit #5. Exhibit #5 allegedly claimed and signed by Katherine L. Myrick but allow such Exhibit provided by the Plaintiff in **Exhibit Q** (11 pages of facts of fraud and misuse of private information). Statements by Priscilla A. Jones and Bettie E. Goldman are fraudulent statements. This Plaintiff's court entry should served as the Plaintiff's Federal Tort Claims Act and such debt now owe by the Defendants should be paid to the court within <u>20 days</u> after the court has signed off and closed such docket according to the law. If such is not paid within such timeframe the default judgment should occur interests on days the balance remain outstanding. The award amount that is now in default should be the full amount after taxes as so stated in the initial complaint and in this opposition before the court.

    The Defendants now have to understand that there is a debt to be paid that is outstanding and the Plaintiff has responsibilities just like everyone else. Especially the one so claimed and stated by the signing of such signature of Gary W. Hart which now the Defendants say its Gary W. Hartman. The Plaintiff has financial responsibilities to those that has placed a great deal of trust and believed in the Plaintiff. I (the Plaintiff) refused to let those individuals, companies or business down and to be label as a dead beat, placed in default, etc. to ruin my character totally over a fraudulent matter as this one.

    In closing, once again, upon the Defendants responses to this complaint in this court FRAUD has been discovered and revealed by the Plaintiff after the Plaintiff's submission of Exhibits [Exhibits A-W] for the record. Therefore, good cause has been shown by the Plaintiff to

prevent any refusal of the Plaintiff's claims prior to receiving the Defendant's pleading to the court.

In good standing, the Plaintiff pervious Motions Request to sustain entry of default should remain. The Plaintiff expresses to this honorable court that the Department of Justice (DEA) is no different from any other agency, business, person or people who have committed the same or similar crimes of wrongdoing and failures to appear resulting in Default actions to be administrated against them. <u>Prejudice</u> should not be committed or hold a factor in this case before the court.

The Plaintiff will a wait the signing of the proposed order before the court, the Plaintiff now sees this matter before this honorable court as closed with default in favor of the Plaintiff.

Respectfully Submitted,

Sam L. Clemmons,
Plaintiff *Pro Se*

<u>Copies To:</u>

Darrell C. Valdez
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, Civil Division
Washington, DC 20530

And

**United States District Court for the District of Columbia**
Attn: Office of the Clerk &
Judge Royce C. Lamberth's Chambers
333 Constitution Ave, NW
Room 1225
Washington, DC 20001

Sam L. Clemmons vs. U.S. DEPT OF JUSTICE (DEA) 950 Pennsylvania Ave, NW # 4706, Washington, DC 20530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of September 2006, a true copy of the **PLAINTIFF'S OPPOSITION AGAINST DEFENDANTS' FRAUD SUBMISSION BEFORE THE COURT IN REQUESTING FEDERAL DEFENDANT'S MOTION TO DISMISS AND FRAUDULENT SUBMISSION OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF FEDERAL DEFENDANTS' MOTION TO DISMISS IN SUPPORT OF THE PLAINTIFF'S CLAIM TO SUSTAIN DEFAULT** was served by regular mail concerning case # 1:06CV00305 (RCL) to the following:

To: Defendant's Counsel

Darrell C. Valdez
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, Civil Division
Washington, DC 20530

And

United States District Court for the District of Columbia
**Attn: Office of the Clerk &
Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001

Sam L. Clemmons, *Pro Se*
548 Saint Charles Place
Brookhaven, MS 39601