UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS ) | CIVIL ACTION NO: |
| Plaintiff ) | |
| ) | **1:06CV00305 (RCL)** |
| vs. ) | |
| DEPARTMENT OF JUSTICE (DEA), ) | September 15, 2006 |
| et al., ) | |
| Defendants ) | |

## ORDER

Upon consideration of the Plaintiff's Motion requests for Summary Judgment by Default after entering confirmed facts against the Defendant's Motion requests to remove Default status. The Plaintiff has demonstrated good cause shown by means of Exhibits and timely responses and proper service upon the Defendants.

The Plaintiff's Motions requests should be granted including the Plaintiff's Motion Request to Subpoena Duces Tecum under *de novo* to bring this case matter before the court to a close.

IT IS HEREBY ORDERED that any of the Defendants' Motion Requests to dismiss will be DENIED. The Plaintiff's Motion Requests to move forth for Summary Judgment by default is GRANTED.

SO ORDERED this _____ day of _____ 2006

Honorable Royce C. Lamberth
United States District Court Judge

Copies to:

Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601

Darrell C. Valdez
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, Civil Division
Washington, DC 20530