UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Sam L. Clemmons,                              )
                                             )
                    Plaintiff,               )
                                             )
            v.                               )        Case No. 1:06CV00305
                                             )
U.S. Department of Justice, et al.,          )
                                             )
                    Defendants.              )
_____    )

DECLARATION OF LINDA VETTORI

I, Linda Vettori, pursuant to the provisions of 28 U.S.C. §1746, declare as

follows:

1.  I am a Supervisory Freedom of Information Specialist at the Drug

Enforcement Administration's (DEA) Freedom of Information/Records Management

Section, Operations Unit (SARO). I have held this position since 1983. My

responsibilities include assigning and reviewing all Freedom of Information/Privacy Act

(FOIA/PA) requests for one of two SARO processing teams. Before assuming my

current position, l was a Freedom of Information Act Specialist at SARO for seven (7)

years.

2.  Today, I was designated by the Chief of the Operations Unit to act in her

absence. The responsibilities of the Chief of SARO include setting DEA's SARO policy

in conformance with law, regulations, and U.S. Department of Justice policy; overseeing

the processing of all FOIA/PA requests in conformance with that policy; reviewing

SARO responses to FOIA/PA requests; and signing final correspondence concerning

those FOIA/PA requests.

1

EXHIBIT
__13__

3. The statements I make in this Declaration are made on the basis of my review of the SARO file in this case, of my own personal knowledge, or of information acquired by me through the performance of my official duties.

4. By letter dated February 20, 2004 addressed to Samuel Clemmons, the Chief of the Operations Unit sent Plaintiff eighty-eight (88) pages in response to his request number 04-0355-P. A copy of this letter is attached to this Declaration as Exhibit A. The letter also stated that four pages were being withheld in their entirety. According to the letter, material was being withheld from disclosure pursuant to FOIA exemptions (b)(2), (b)(6), and (b)(7)(C), as well as subsection (j)(2) of the Privacy Act, 5 U.S.C. §552a. Attached to the letter was an explanation of these statutory bases for the withholdings.

5. The February 20, 2004 letter also stated that certain DEA files that Plaintiff requested contained information that was furnished by other government agencies. According to the letter, eighty-four (84) pages were referred to those agencies for a decision regarding access.

6. On March 4, 2004, SARO received a return receipt (green card) for the February 20, 2004 letter. The return receipt indicates that Diane Harvey signed for article number R13 379 341 228 on February 26, 2004. A copy of this return receipt is attached to this Declaration as Exhibit B.

7. By letter dated January 5, 2006, DEA amended its February 20, 2004 response to Plaintiff's FOIA request. A copy of this letter is attached as Exhibit C. Among other things, the January 5, 2006 letter advised Plaintiff that, in reviewing his request, SARO discovered that Plaintiff's Psychological Evaluation was not released in February, 2004.

The January, 2006 letter enclosed the additional three (3) pages constituting that

Psychological Evaluation.

     8. On March 14, 2006, SARO received a return receipt (green card) for its

January 5, 2006 letter. The return receipt indicates that Sam Clemmons signed for article

number R449 043 648. The "date of delivery" box on the return receipt is not completed.

A copy of this return receipt is attached to this Declaration as Exhibit D.

     9. By letters dated July 29, 2006, SARO re-sent the eighty-four (84) pages that

were referred to the Office of Personnel Management, the Federal Bureau of

Investigation, and the U.S. Army for a decision regarding access. Copies of these letters

are attached as Exhibits E, F, and G.

     I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of September, 2006.

LINDA VETTORI, Acting Chief
Freedom of Information/Records
  Management Section
Operations Unit
Drug Enforcement Administration
Department of Justice
Washington, D.C.



GOVERNMENT
EXHIBIT

A



**U.S. Department of Justice**

Drug Enforcement Administration

FEB 2 0 2004

*Washington, D.C. 20537*

Request Number:    04-0355-P

Subject of Request:    CLEMMONS, SAMUEL

548 SAINT CHARLES PLACE
BROOKHAVEN, MS 39601

DEAR SAMUEL CLEMMONS:

Your Freedom of Information/Privacy Act (FOI/PA) request seeking information from the Drug Enforcement Administration (DEA) has been processed. The paragraphs checked below apply:

[ ] A determination has been made to deny your request pursuant to subsections of the Privacy Act and/or Freedom of Information Act referenced at the end of this letter. The exemption number(s) indicated by a mark appearing in the block to the left of the subsection cited constitutes the authority for withholding the deleted material. An attachment to this letter explains these exemptions in more detail.

[X] The processing of your request identified certain materials that will be released to you. Portions not released are being withheld pursuant to the Freedom of Information Act, 5 U.S.C. 552, and/or the Privacy Act, 5 U.S.C. 552a. Please refer to the list enclosed with this letter that identifies the authority for withholding the deleted material, which is indicated by a mark appearing in the block next to the exemption. An additional enclosure with this letter explains these exemptions in more detail.

[X] The documents are being forwarded to you with this letter.

[ ] The rules and regulations of the Drug Enforcement Administration applicable to Freedom of Information Act requests are contained in the Code of Federal Regulations, Title 28, Part 16, as amended. They are published in the Federal Register and are available for inspection by members of the public.

[ ] Certain DEA documents contained information furnished by another government agency. DEA is in the process of consulting with that agency before granting access to the documents in accordance with 28 C.F.R 16.4 and/or 16.42. You will be notified if more material is available for release pending results from that consultation.

[X] Certain DEA files contain information that was furnished by another government agency or agencies. That information and a copy of your request have been referred for a decision as to access and the agency or agencies involved will respond directly to you in accordance with 28 C.F.R 16.4 and/or 16.42.

[ X ] If you wish to appeal any denial of your request, you may do so within sixty (60) days pursuant to 28 C.F.R. 16.9. The appeal should be sent to the following address, with the envelope marked "FOIA Appeal":

Co-Director
Office of Information and Privacy
FLAG Building, Suite 570
Washington, D.C. 20530

[ ] For further information, see attached comments page.

Sincerely,

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section
Drug Enforcement Administration
Washington, D.C. 20537

Number of Pages Withheld:                              04

Number of Pages Released:                              88

Number of Pages Referred to other agencies:           84

## APPLICABLE SECTIONS OF THE FREEDOM OF INFORMATION AND/OR PRIVACY ACT:

Freedom of Information Act
5 U.S.C. 552

Privacy Act
5 U.S.C. 552a

| | | | | | |
|---|---|---|---|---|---|
| [ ] (b)(1) | [ ] (b)(5) | [ X] (b)(7)(C) | | [ ] (d)(5) | [ ] (k)(2) |
| [ X ] (b)(2) | [ X] (b)(6) | [ ] (b)(7)(D) | | [ X] (j)(2) | [ ] (k)(5) |
| [ ] (b)(3) | [ ] (b)(7)(A) | [ ] (b)(7)(E) | | [ ] (k)(1) | [ ] (k)(6) |
| [ ] (b)(4) | [ ] (b)(7)(B) | [ ] (b)(7)(F) | | | |

FREEDOM OF INFORMATION ACT
SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1) Information which is currently and properly classified pursuant to Executive Order in the interest of the national defense or foreign policy.

(b)(2) Materials related solely to the internal rules and practices of DEA.

(b)(3) Information specifically exempted from disclosure by another federal statute.

(b)(4) Privileged or confidential information obtained from a person, usually involving commercial or financial matters.

(b)(5) Inter-agency or intra-agency documents which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction, or which represent the work product of an attorney, or which reflect confidential communications between a client and an attorney.

(b)(6) Materials contained in sensitive records such as personnel or medical files, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.

(b)(7) Records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information (A) could reasonably be expected to interfere with enforcement proceedings; (B) would deprive a person of a right to a fair trial or an impartial adjudication; (C) could reasonably be expected to constitute an unwarranted invasion of personal privacy; (D) could reasonably be expected to disclose the identity of a confidential source, including a State, local or foreign agency or authority or any private institution which furnished information on a confidential basis; and, in the case of a record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source; (E) would disclose techniques and procedures for law enforcement investigations or prosecutions or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or (F) could reasonably be expected to endanger the life or physical safety of any individual.

PRIVACY ACT
SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5) Materials compiled in reasonable anticipation of a civil action or proceeding.

(j)(2) Material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals.

(k)(1) Information which is currently and properly classified pursuant to Executive Order in the interest of the national defense or foreign policy.

(k)(2) Material compiled during civil investigations for law enforcement purposes.

(k)(5) Investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to an express promise that his identity would be held in confidence, or pursuant to an implied promise of confidentiality if such information was furnished prior to September 27, 1975.

(k)(6) The substance of tests used to determine individual qualifications for appointment or promotion in Federal Government Service.

GOVERNMENT
EXHIBIT
B

SENDER:
• Complete items 1 and/or 2 for additional services.
• Complete items 3, and 4a & b.
• Print your name and address on the reverse of this form so that we can
  return this card to you.
• Attach this form to the front of the mailpiece, or on the back if space
  does not permit.
• Write "Return Receipt Requested" on the mailpiece below the article number.
• The Return Receipt will show to whom the article was delivered and the date
  delivered.

I also wish to receive the
following services (for an extra
fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

04-0355-P
SAMUEL CLEMMONS
548 SAINT CHARLES PLACE
BROOKHAVEN, MS 39601

4a. Article Number
R3 379 34 1 228

4b. Service Type
☐ Registered        ☐ Insured
☑ Certified         ☐ COD
☐ Express Mail      ☑ Return Receipt for
                       Merchandise

7. Date of Delivery
2/26/04

5. Signature (Addressee)

8. Addressee's Address (Only if requested
   and fee is paid)

6. Signature (Agent)

PS Form 3811, December 1991          ✰U.S. GPO: 1993-352-714          DOMESTIC RETURN RECEIPT

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.



GOVERNMENT
EXHIBIT

C

**U.S. Department of Justice**

Drug Enforcement Administration

JAN 05 2006

Case Number: 04-0355-P

Subject: CLEMMONS, SAMUEL

Samuel Clemmons
548 Saint Charles Place
Brookhaven, MS  39601

Dear Samuel Clemmons:

Your Freedom of Information/Privacy Act (FOI/PA) request seeking information from the Drug Enforcement Administration was processed and responded to on February 20, 2004.

Since that time, we have received a number of letters from you making inquiries regarding the merits of DEA's decision not to hire you as a Special Agent. Please be advised that the *Freedom of Information Section* does not make hiring decisions. This Office reviews the information you have requested pursuant to the FOI/PA and then determines what information may be disclosed.

However, in reviewing your FOI/PA request , we have discovered that your Psychological Evaluation was not released to you in our February 2004 response. That document is enclosed.

You will also note that no fees were incurred or requested for processing your request. Therefore, the two money orders you forwarded to us are being returned.

Please be advised that any inquiries regarding DEA's hiring practices should be mailed to the Drug Enforcement Administration's Office of Personnel at the address indicated below:

Catherine Kasch, Deputy Assistant Administrator
Office of Personnel
Drug Enforcement Administration
Washington, D.C. 20530

14, 64

If you wish to appeal the processing of you request, you may do so within sixty (60) days pursuant to 28 C.F.R. 16.9. The appeal should be sent to the following address, with the envelope marked "FOIA Appeal":

CO-DIRECTOR<br>
OFFICE OF INFORMATION AND PRIVACY<br>
FLAG BUILDING, SUITE 570<br>
WASHINGTON, D.C. 20530

For further information, see attached enclosure.

Sincerely,

Katherine L. Myrick<br>
Chief, Operations Unit<br>
FOI/Records Management Section

Enclosures

Number of pages withheld:   04

Number of pages released:   91

Number of pages referred:   84

## APPLICABLE SECTIONS OF THE FREEDOM OF INFORMATION AND/OR PRIVACY ACT:

Freedom of Information Act
5 U.S.C. 552

| [ ] (b)(1) | [ ] (b)(5) | [ ] (b)(7)(C) |
| [X] (b)(2) | [ ] (b)(6) | [ ] (b)(7)(D) |
| [ ] (b)(3) | [ ] (b)(7)(A) | [ ] (b)(7)(E) |
| [ ] (b)(4) | [ ] (b)(7)(B) | [ ] (b)(7)(F) |

Privacy Act
5 U.S.C. 552a

| [ ] (d)(5) | [ ] (k)(2) |
| [ ] (j)(2) | [ ] (k)(5) |
| [ ] (k)(1) | [ ] (k)(6) |

FREEDOM OF INFORMATION ACT
SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1) Information which is currently and properly classified pursuant to Executive Order in the interest of the national defense or foreign policy.

(b)(2) Materials related solely to the internal rules and practices of DEA.

(b)(3) Information specifically exempted from disclosure by another federal statute.

(b)(4) Privileged or confidential information obtained from a person, usually involving commercial or financial matters.

(b)(5) Inter-agency or intra-agency documents which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction, or which represent the work product of an attorney, or which reflect confidential communications between a client and an attorney.

(b)(6) Materials contained in sensitive records such as personnel or medical files, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.

(b)(7) Records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information (A) could reasonably be expected to interfere with enforcement proceedings; (B) would deprive a person of a right to a fair trial or an impartial adjudication; (C) could reasonably be expected to constitute an unwarranted invasion of personal privacy; (D) could reasonably be expected to disclose the identity of a confidential source, including a State, local or foreign agency or authority or any private institution which furnished information on a confidential basis; and, in the case of a record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source; (E) would disclose techniques and procedures for law enforcement investigations or prosecutions or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or (F) could reasonably be expected to endanger the life or physical safety of any individual.

PRIVACY ACT
SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5) Materials compiled in reasonable anticipation of a civil action or proceeding.

(j)(2) Material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals.

(k)(1) Information which is currently and properly classified pursuant to Executive Order in the interest of the national defense or foreign policy.

(k)(2) Material compiled during civil investigations for law enforcement purposes.

(k)(5) Investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to an express promise that his identity would be held in confidence, or pursuant to an implied promise of confidentiality if such information was furnished prior to September 27, 1975.

(k)(6) The substance of tests used to determine individual qualifications for appointment or promotion in Federal Government Service.

GOVERNMENT
EXHIBIT
D



SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

04-0355-P
SAMUEL CLEMMONS
548 SAINT CHARLES PLACE
BROOKHAVEN, MS 39601

2. Article Number
(Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Signature

B. Received by (Printed Name)

MAR 06 2004

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

102595-02-M-1540



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

UNITED STATES POSTAL SERVICE

• Sender: Please print your name, address, and ZIP+4 in this box •

RECORDS MANAGEMENT UNIT
SARR
2004 MAR 1 4 AM 6:47

Freedom of Information Studies
Dr. of Enforcement Admin.
Wash., D.C. 20537



**U.S. Department of Justice**

Drug Enforcement Administration

GOVERNMENT
EXHIBIT

E

*JUL 2 8 2006*

*Washington, D.C. 20537*

| | |
|---|---|
| DEA Request Number: | 04-0355-P |
| Requester: | CLEMMONS, SAMUEL |
| DEA FOI Specialist: | R. Jackson |
| Telephone: | (202) 307-7617 |

Mary G. Miller, FOI/PA Officer
Office of Personnel Management
1900 E Street, N.W., Room 5415
Washington, D.C. 20415

Dear Ms. Miller:

On February 20, 2004, the Drug Enforcement Administration (DEA) forwarded to your agency documents that originated within the Office of Personnel Management (OPM). We requested that you process the accompanying documents and then respond directly to the requester.

DEA is currently in litigation with the requester. In preparation, DEA Counsel has advised that we confirm any actions taken in relation to the information referred to other agencies. Thus, we are requesting that you provide DEA with copies of any communication generated by DEA's referral in relation to the above requester.

To assist you in this endeavor, we have provided you with a copy of the referral package forwarded to you on February 20, 2004. Your response to us pursuant to this letter may be forwarded by fax at (202) 307-8556 or forwarded to us by mail at the address indicated below:

Freedom of Information Section
Drug Enforcement Administration
Washington, D.C. 20537

If you have any questions regarding this referral, you may contact the FOI Specialist indicated above.

Sincerely,

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

Enclosures

14, 64





GOVERNMENT
EXHIBIT

F

**U.S. Department of Justice**

Drug Enforcement Administration

JUL 2 8 2006

*Washington, D.C. 20537*

| | |
|---|---|
| DEA Request Number: | 04-0355-P |
| Requester: | CLEMMONS, SAMUEL |
| DEA FOI Specialist: | R. Jackson |
| Telephone: | (202) 307-7617 |

David M. Hardy
Chief, FOI/PA Section
Federal Bureau of Investigation
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20545

Dear Mr. Hardy:

On February 20, 2004, the Drug Enforcement Administration (DEA) forwarded to your agency documents that originated within the Federal Bureau of Investigation (FBI). We requested that you process the accompanying documents and then respond directly to the requester.

DEA is currently in litigation with the requester. In preparation, DEA Counsel has advised that we confirm any actions taken in relation to the information referred to other agencies. Thus, we are requesting that you provide DEA with copies of any communication generated by DEA's referral in relation to the above requester.

To assist you in this endeavor, we have provided you with a copy of the referral package forwarded to you on February 20, 2004. Your response to us pursuant to this letter may be forwarded by fax at (202) 307-8556 or forwarded to us by mail at the address indicated below:

> Freedom of Information Section
> Drug Enforcement Administration
> Washington, D.C. 20537

If you have any questions regarding this referral, you may contact the FOI Specialist indicated above.

Sincerely,

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

Enclosures

14. 64





GOVERNMENT
EXHIBIT
C

**U.S. Department of Justice**

Drug Enforcement Administration

JUL 2 ~ ~    JUL 2 8 2006

*Washington, D.C. 20537*

| | |
|---|---|
| DEA Request Number: | 04-0355-P |
| Requester: | CLEMMONS, SAMUEL |
| DEA FOI Specialist: | R. Jackson |
| Telephone: | (202) 307-7617 |

Bruno C. Leuyer, FOI/PA Officer
U.S. Army
7798 Cissna Road, Suite 205
Springfield, Virginia 22153-3166

Dear Mr. Leuyer:

   On February 20, 2004, the Drug Enforcement Administration (DEA) forwarded to your agency documents that originated within the U.S. Army. We requested that you process the accompanying documents and then respond directly to the requester.

   DEA is currently in litigation with the requester. In preparation, DEA Counsel has advised that we confirm any actions taken in relation to the information referred to other agencies. Thus, we are requesting that you provide DEA with copies of any communication generated by DEA's referral in relation to the above requester.

   To assist you in this endeavor, we have provided you with a copy of the referral package forwarded to you on February 20, 2004. Your response to us pursuant to this letter may be forwarded by fax at (202) 307-8556 or forwarded to us by mail at the address indicated below:

   Freedom of Information Section
   Drug Enforcement Administration
   Washington, D.C. 20537

   If you have any questions regarding this referral, you may contact the FOI Specialist indicated above.

                              Sincerely,

                              Katherine L. Myrick
                              Chief, Operations Unit
                              FOI/Records Management Section

Enclosures

14