UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM CLEMMONS,       )<br>                              )<br>    Plaintiff,            )<br>                              )<br>    v.                       )     06cv0305 (RCL)<br>                              )<br>U.S. DEPARTMENT OF JUSTICE, et al.,   )<br>                              )<br>    Defendants.         )<br>                              ) | |

**FEDERAL DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST
TO ENTER ADDITIONAL OPPOSITIONS TO FEDERAL DEFENDANTS'
REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**

Federal Defendants United States of America, the United States Department of Justice and the Drug Enforcement Administration, by and through undersigned counsel, hereby respond to Plaintiff's Request to Enter Additional Oppositions to Federal Defendants' Reply to Plaintiff's Opposition to Motion to Dismiss ("Plaintiff's Request"). Specifically, Plaintiff, in his Request, seeks to introduce documents that demonstrate that the Federal Defendants properly responded to his FOIA request by sending the responsive documents to the address provided by Plaintiff, but that someone within his household did not give the documents to him. Rather than dismissing this FOIA complaint as moot and apologizing to the Federal Defendants and counsel for Federal Defendants for the unsupported attacks upon their honesty and integrity, Plaintiff argues that the fact that the documents were not personally served upon him by the U.S. Postal Service demonstrates that the Federal Defendants, along with the Postal Service, conspired to deprive him of his rights under the FOIA and the Privacy Act. Because personal service of the responsive documents is not required under the FOIA, see Queen v. Reno, Civ. Action No.

96cv1387, 2005 WL 762087 *2 n.3 (D.D.C. April 04, 2005), and because such conclusory and unsupported arguments do not rise to the level required for Plaintiff to defeat Federal Defendants' Motion to Dismiss, the Court should grant the Motion and dismiss Plaintiff's complaint.  Campbell v. City of San Antonio, 43 F.3d 973, 975 (5th Cir.1995) ( "Conclusory allegations or legal conclusions masquerading as factual conclusions will not suffice to prevent a motion to dismiss."); Capital Bank International, LLC. v. Citigroup, Inc., 276 F. Supp.2d 72, 74 (D.D.C. 2003) ("Bare allegations and conclusory statements are insufficient" to defeat a motion to dismiss) (*citing* Second Amendment Foundation v. U.S. Conference of Mayors, 274 F.3d 521 524 (D.C. Cir. 2001)).

Moreover, Plaintiff's new claim that he only recently was provided the first mailing of responsive documents flies in the face of the fact that he has filed multiple law suits, which are based upon information that he received from the first mailing, and that he specifically referenced or attached pages from that FOIA release to pleadings filed in those other matters. See Federal Defendants' Reply to Plaintiff's Opposition to Motion to Dismiss (Dkt. No. 23) at 3.

Accordingly, Plaintiff's Request offers no evidence to rebut the Federal Defendants' Motion to Dismiss, but rather demonstrates that dismissal is appropriate.

        Respectfully submitted,

      /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


      /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


      /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C. 20530
(202) 307-2843

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November, 2006, a copy of the foregoing Response was mailed, postage prepaid, to Plaintiff, Sam L. Clemmons, 548 Saint Charles Place, Brookhaven, MS 39601.

    /s/ Darrell C. Valdez
DARRELL C. VALDEZ
Assistant United States Attorney