UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS

                                                    CIVIL ACTION NO: **1:06CV00305 (RCL)**

V

DEPARTMENT OF JUSTICE (DEA),
et al.,

        Defendants

## AFFIDAVIT OF SERVICE

I, **SAM L. CLEMMONS**, hereby declare that on the **24TH of October 2006**. I mailed copies of the **PLAINTIFF'S OPPOSITION AGAINST THE FEDERAL DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS IN CONNECTION TO THE DEFENDANT'S DOCUMENTS RECEIVED ON OCTOBER 18TH, 2006 @ 7:30 P.M FROM DIANE HARVEY WHOM IS NOW PART OF THE RECORD WHICH STILL CONTRIDICTS AGAINST ACTIVITIES BY THE DEFENDANTS.
THE PLAINTIFF HEREBY ATTACHES AN ADDITIONAL EXHBIT WHICH IS [EXHIBIT Z]** to: **Darrell C. Valdez, Asst. U.S. Attorney, Judiciary Center Bldg. 555 4th Street, NW WASHINGTON, DC 20530** (the defendants & defendant's attorney). Attached hereto is the green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No<br>**RESTRICTED DELIVERY** |
| 1. Article Addressed to:<br>DARRELL C. VALDEZ<br>ASSISTANT U.S. ATTORNEY<br>JUDICIARY CENTER BLDG.<br>555 4TH STREET, N.W. CIVIL<br>WASHINGTON, DC 20530 | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number (Transfer from service label)   7006 0100 0001 6544 2013 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02... | |



RECEIVED
NOV 9 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0100 0001 6544 2013**
Status: **Delivered**

Your item was delivered at 4:44 AM on October 27, 2006 in WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust                 Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0100 0001 6544 2013**
Detailed Results:

- Delivered, October 27, 2006, 4:44 am, WASHINGTON, DC 20530
- Notice Left, October 27, 2006, 1:20 am, WASHINGTON, DC 20530
- Acceptance, October 24, 2006, 3:11 pm, BROOKHAVEN, MS 39601

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )



POSTAL INSPECTORS       site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust               Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of November 2006, true copies of Affidavit of Service connected to the following Motion was delivered to the Defendants and the Court.

- **PLAINTIFF FILES MOTION REQUEST TO ENTER ADDITIONAL OPPOSITIONS AGAINST THE FEDERAL DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS. THE PLAINTIFF ENTERS PERSONAL REQUESTS BEFORE THIS COURT AND REQUEST TO SEAL THIS CASE FROM OTHERS NON-FEDERAL AGENCIES OR VIEWERS UNTIL A FINAL VERDICT IS REACHED ;**

- **PLAINTIFF'S OPPOSITION AGAINST THE FEDERAL DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS SUBMITS DIANE HARVEY'S SWORN STATEMENT BELOW FOR THE RECORD AS [EXHIBIT Y & Z]**

- **PLAINTIFF'S OPPOSITION AGAINST THE FEDERAL DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS ATTACHED WITH ADDITIONAL EXHBITS [EXHIBITS X, Y & Z]** was served by Restricted Delivery mail only concerning case # 1:06CV00305 (RCL) to the following:

### To: Defendants' Counsel

Darrell C. Valdez
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, Civil Division
Washington, DC 20530

Restricted Delivery Articles Tracking Number: **7006 0100 0001 6544 2013**

And
United States District Court for the District of Columbia
**Attn: Office of the Clerk &
Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001

*[signature]*
Sam L. Clemmons, *Pro Se*
548 Saint Charles Place
Brookhaven, MS 39601

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS ) | CIVIL ACTION NO: |
| Plaintiff ) | |
| ) | **1:06CV00305 (RCL)** |
| vs. ) | |
| DEPARTMENT OF JUSTICE (DEA), ) | |
| et al., ) | |
| Defendants ) | |

## MOTION REQUEST TO ENTER AFFIDAVIT OF SERICE SHOWING PROOF OF DELIVERY OF PERVIOUS MOTION REQUESTS

Plaintiff files this motion request to file and enter Affidavit of Service showing proof of service to the Defendants in nature to additional exhibits entered into the record signed for by the Defendants by Restricted Delivery with confirmed tracking number 7006 0100 0001 6544 2013.

Respectfully Submitted,

*[signature]*
Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601