# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

SAM CLEMMONS,                          )
                                       )
     Plaintiff,                    )
                                       )
v.                                     )     06-0305 (RCL)
                                       )
U.S. DEPARTMENT OF JUSTICE, <u>et al.</u>,   )
                                       )
     Defendants.                   )
_____)

## <u>FEDERAL DEFENDANTS' REPLY TO PLAINTIFF'S FOURTH</u>
## <u>OPPOSITION TO MOTION TO DISMISS</u>

Defendant responds to Plaintiff's fourth Opposition to Defendant's Motion to Dismiss

and informs the Court that Plaintiff's fourth Opposition raises no new facts or arguments that

were not already addressed by the Defendant in the previously-filed Motion to Dismiss, Reply to

Plaintiff's Opposition to Motion to Dismiss, Defendants' Response to Plaintiff's Request to Enter

Additional Oppositions to Federal Defendants' Reply to Plaintiff's Opposition to Motion to

Dismiss, and Defendants' Opposition to Plaintiff's  Motion for Entry of Default; and respectfully

refers the Court to those pleadings.

In addition, to the extent that Plaintiff is alleging that the Defendant failed to respond to

the correspondence of the Honorable Congressman Ronnie Shows and asks the Court to treat that

correspondence as a request for information under the FOIA, Defendant respectfully informs the

Court that Plaintiff lacks standing to enforce any FOIA request from a third party, even if that

third party is acting on Plaintiff's behalf.  <u>McDonnell v. United States</u>, 4 F.3d 1227, 1236-1237

(3rd Cir. 1993) (persons whose names do not appear on the administrative request for records

have not made a formal request under FOIA, and, regardless of their interest in the documents

requested, have no right to receive the documents from the agency, to receive notice of an agency's decision to produce or withhold the documents, and to bring suit to enforce the FOIA request); Unigard Insurance Co. v. Department of the Treasury, 997 F.Supp. 1339, 1342 (S.D. Cal. 1997) (an insured, whose name did not appear in the FOIA request, lacked standing to file suit under the FOIA, even if his interest was asserted in the request) (citing McDonnell).

As the Defendant has demonstrated, and the Plaintiff has admitted, Plaintiff actually received the Defendant's response to the FOIA request, and failed to exhaust his administrative remedies by filing an appeal with the Office of Information and Privacy as directed in the agency's response.  Accordingly, this Court should dismiss the Complaint.

Respectfully submitted,


   /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/ Rudolph Contreras
RUDOLPH  CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


   /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2006, a copy of the foregoing Reply to Plaintiff's Fourth Opposition to Motion to Dismiss was mailed, postage prepaid, to Plaintiff, Sam L. Clemmons, 548 Saint Charles Place, Brookhaven, MS 39601.


    /s/ Darrell C. Valdez
DARRELL C. VALDEZ
Assistant United States Attorney