# EXHIBIT [X]

# PLAINTIFF'S WITNESSES STATEMENTS

# AGAINST THE DEFENDANTS FOR A JURY TRIAL AND JUSTIFYING A **FULL-FIELD** BACKGROUND INVESTIGATION WAS NEVER CONDUCTED OR COMPLETED UNDER FOIA

# JUSTIFING DEFAULT

# *Freedom of Information and Privacy Acts*



# *Federal Bureau of Investigation*

Federal Bureau of Investigation

*Washington, D.C. 20535*

June 30, 2005

Mr Samuel L. Clemmons
548 Saint Charles Place
Brookhaven, MS 39601

Request No.: -GR 04-1394
Subject: Samuel L. Clemmons

Dear Mr. Clemmons:

Reference is made to your Freedom of Information-Privacy Acts request to the Drug Enforcement Administration (DEA). Contained in their files was a document which originated with the Federal Bureau of Investigation. This document was forwarded to us for review and release determination.

We have completed our review and the document is being released to you in its entirety.

If you have not already requested a current search of our Criminal Justice Information Services Division records for any record that might pertain to you and wish to do so, please comply with the enclosed instructions set forth in the FBI File Fact Sheet. Fingerprint impressions are needed for comparison with records in the Identification Division to insure that an individual's records are not disseminated to an unauthorized person.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

AA PAGE 01 OF 01          NCIC RESPONSE NO.      (        )          /DCDEA021
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX
(III) FOR NAM/CLEMMONS,SAMUEL LENNIOUS.DOB/19650604.SEX/M.RAC/W.PUR/C.
END

2-10-00

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement
  **The FBI does not keep a file on every citizen of the United States**

- **FBI files generally contain written reports** of FBI investigations of a wide range of matters, including counter-terrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

- **The FBI does not issue clearances or non-clearances for anyone other than its own personnel or persons having access to FBI facilities.** Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

- **An FBI identification record or "rap sheet" is NOT the same as an FBI file"** - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to Clarksburg, West Virginia 26306. Each request must have proof on identity which shall consist of **name, date and place of birth and a set of rolled-ink fingerprint impressions** placed upon fingerprint cards or forms commonly utilized for application or law enforcement purposes by law enforcement agencies, plus **payment of $18.00** in the form of a certified check or money order, payable to the Treasury of the United States

- **If you believe that files exist in one of the FBI field offices, it is incumbent upon you to direct a request to the appropriate office**

## FOR GENERAL INFORMATION ABOUT THE FBI CHECK OUT OUR WEBSITE AT http://www.fbi.gov



To whom it may concern,

This letter is to inform you that Samuel Clemmons does not owe any funds to Lakeview Estates.

Management of Lakeview Estates

Mayor Linda Carol Williams Short
132 Court Street
P.O. Box 188
Mayersville, MS 39113
Phone: 662-873-6439

July 28, 2005

Office of the General Counsel
Office of Personnel Management
1900 E. Street, N.W.
Washington, DC 20415-0001

To Whom Ever This May Concern:

This notice is to inform the Office of the General Counsel that if I, **Mayor Linda Carol Williams Short** is listed on Mr. Samuel L. Clemmons Standard Form 86 or 86A for employment purposes and to be interviewed by an investigator of the federal government in reference to his character.

I am hereby informing you that I was never contacted at my information listed above or through the information Mr. Clemmons provided to you on such documentation to reach me during the year of 1999.

If there is any specific information you may need concerning the completion of Mr. Clemmons' background, please don't hesitate to contact me.

Sincerely,

Mayor Linda Carol Williams Short
Mr. Clemmons' Former Classmate

Mr. Greg Tillman
1024 Miles Lane
McComb, MS 39648
Phone: 601-248-9384

July 28, 2005

Office of the General Counsel
Office of Personnel Management
1900 E. Street, N.W.
Washington, DC 20415-0001

To Whom Ever This May Concern:

This notice is to inform the Office of the General Counsel that I, **Mr. Greg Tillman** is a creditable witness concerning Mr. Samuel L. Clemmons' Standard Form 86 or 86A for employment purposes.

I am still located in the Brookhaven, Mississippi area and at the address listed in this letterhead which is a neighboring city where Mr. Clemmons graduated.

I would like to express this on behalf of Mr. Clemmons that during the month and year of June 1994 to August 1994. I witness Mr. Clemmons' presence was in the Brookhaven, Mississippi area at 1204 Rance Drive, Brookhaven, Mississippi.

Mr. Clemmons returned home after being released from the military service under honorable conditions. Mr. Clemmons and myself attended our 10 year high school class reunion together along with others peers from our class.

If an investigator from the federal government was or still in need of additional information concerning Mr. Clemmons' character, I will be glad to provide you with any information that I witness concerning his character and behavior during the time period that I knew Mr. Clemmons from 1978 to present.

If you desire any specific information you may need concerning the completion of Mr. Clemmons' background, please don't hesitate to contact me.

Sincerely,

Mr. Greg Tillman
Mr. Clemmons' Classmate

Brookhaven School System
**Attn: Retired Principal Dorothy Alexander**
E. Monticello Street
Brookhaven, MS 39601
Phone: 601-833-4498

**Home Address:**
438 Greenwood Lane  SE
Bogue Chitto, MS 39629
Phone: 601-833-5866

July 28, 2005

Office of the General Counsel
Office of Personnel Management
1900 E. Street, N.W.
Washington, DC 20415-0001

To Whom Ever This May Concern:

This notice is to inform the Office of the General Counsel that I, **Retired Principal Dorothy Alexander** is a creditable witness concerning Mr. Samuel L. Clemmons' Standard Form 86 or 86A for employment purposes.

I am still located at the address listed in this letterhead which is the high school system where Mr. Clemmons graduated.

If an investigator from the federal government is in need of additional information concerning Mr. Clemmons' character, I will be glad to provide you with any information that I witness concerning his character and behavior during the time period that I knew Mr. Clemmons from 1980 to present.

If you desire any specific information you may need concerning the completion of Mr. Clemmons' background, please don't hesitate to contact me.

Sincerely,

Retired Principal Dorothy Alexander
Mr. Clemmons' Teacher / Mentor



Mr. and Mrs. 1st Sergeant Connie L. Rounds
7278 A Merrell Court
Fort Stewart, GA 31315
Phone: 912-271-9316

**Former Address:**
110 A Arrowhead Road
Fort Benning, GA

July 28, 2005

Office of the General Counsel
Office of Personnel Management
1900 E. Street, N.W.
Washington, DC 20415-0001

To Whom Ever This May Concern:

This notice is to inform the Office of the General Counsel that if we, **Mr. and Mrs. 1st Sergeant Connie L. Rounds (Mr. Clemmons' blood brother)** is listed on Mr. Samuel L. Clemmons' Standard Form 86 or 86A for employment purposes and to be interviewed by an investigator of the federal government in reference to his character.

We are hereby informing you that we were never contacted at my information listed above or through the information Mr. Clemmons provided to you on such documentation to reach us during the year of 1999 - 2000.

If there is any specific information you may need concerning the completion of Mr. Clemmons' background, please don't hesitate to contact us.

Sincerely,

Mr. and Mrs. 1st Sergeant Connie L. Rounds
1st Sergeant, U.S. Army
Mr. Clemmons' brother & sister-in-law

     CC: Samuel L. Clemmons

Mr. Willie **"Doc"** Harrison
528 N. 3rd Street
Brookhaven, MS 39601
Phone: 601-833-7759

July 28, 2005

Office of the General Counsel
Office of Personnel Management
1900 E. Street, N.W.
Washington, DC 20415-0001

To Whom Ever This May Concern:

This notice is to inform the Office of the General Counsel that if I, **Willie "Doc"**
**Harrison** is listed on Mr. Samuel L. Clemmons Standard Form 86 or 86A for employment
purposes and to be interviewed by an investigator of the federal government in reference
to his character.

I am hereby informing you that I was never contacted at my information listed above or
through the information Mr. Clemmons provided to you on such documentation to reach
me during the year of 1999.

If there is any specific information you may need concerning the completion of Mr.
Clemmons' background, please don't hesitate to contact me.

Sincerely,

Willie Doc Harrison

Willie "Doc" Harrison
Mr. Clemmons' High School Coach / Mentor / Teacher

Brookhaven Police Department
215 B Justice Street
Brookhaven, MS 39601
Phone: 601-833-2424
                    /
**Home Address:**
Police Officer Michael Harvey
548 Saint Charles PL
Brookhaven, MS 39601
Phone: 601-835-2001

July 28, 2005

Office of the General Counsel
Office of Personnel Management
1900 E. Street, N.W.
Washington, DC 20415-0001

To Whom Ever This May Concern:

This notice is to inform the Office of the General Counsel that if I, **Officer Michael Harvey (Mr. Clemmons' blood brother)** is listed on Mr. Samuel L. Clemmons' Standard Form 86 or 86A for employment purposes and to be interviewed by an investigator of the federal government in reference to his character.

I am hereby informing you that I was never contacted at my information listed above or through the information Mr. Clemmons provided to you on such documentation to reach me during the year of 1999.

If there is any specific information you may need concerning the completion of Mr. Clemmons' background, please don't hesitate to contact me.

Sincerely,

Police Officer Michael Harvey
Mr. Clemmons' Brother

Brookhaven School Systems
**Attn: Technical Center Director Don Coleman**
325 Court Street / Monticello Street
Brookhaven, MS 39601
Phone: 601-833-4498
Phone: 601-833-8335

July 28, 2005

Office of the General Counsel
Office of Personnel Management
1900 E. Street, N.W.
Washington, DC 20415-0001

To Whom Ever This May Concern:

This notice is to inform the Office of the General Counsel that I, **Technical Center Director Don Coleman** is a creditable witness that can be used concerning Mr. Samuel L. Clemmons' Standard Form 86 or 86A for employment purposes.

I am still located at the address listed in this letterhead which is the high school where Mr. Clemmons graduated.

If an investigator from the federal government is in need of information concerning Mr. Clemmons' character, I will be glad to provide you with any information that I witness concerning his character and behavior during the time period that I knew Mr. Clemmons from 1980 to present.

If there is any specific information you may need concerning the completion of Mr. Clemmons' background, please don't hesitate to contact me.

Sincerely,

Director Don Coleman
Mr. Clemmons' Teacher / Coach

Mrs. Mary A. Rounds
548 Saint Charles PL
Brookhaven, MS 39601
Phone: 601-835-2001

**Former Address:**
1533 Raymond Road, # 79
Jackson, MS

July 28, 2005

Office of the General Counsel
Office of Personnel Management
1900 E. Street, N.W.
Washington, DC 20415-0001

To Whom Ever This May Concern:

This notice is to inform the Office of the General Counsel that if I, **Mary A. Rounds (Mr. Clemmons' mother)** is listed on Mr. Samuel L. Clemmons Standard Form 86 or 86A for employment purposes and to be interviewed by an investigator of the federal government in reference to his character.

I am hereby informing you that I was never contacted at my information listed above or through the information Mr. Clemmons provided to you on such documentation to reach me during the year of 1999.

If there is any specific information you may need concerning the completion of Mr. Clemmons' background, please don't hesitate to contact me.

Sincerely,

Mary A. Rounds
Mary A. Rounds
Mr. Clemmons' Mother

Mrs. Gloria M. Harris
1149 Old Hwy, Box 51
Hazlehurst, MS 39083
Phone: 601-894-0404

July 28, 2005

Office of the General Counsel
Office of Personnel Management
1900 E. Street, N.W.
Washington, DC 20415-0001

To Whom Ever This May Concern:

This notice is to inform the Office of the General Counsel that if my address 1149 Old
Hwy, Box 51, Hazlehurst, MS 39083 is showing up during Mr. Samuel L. Clemmons'
process for employment. That I, **Gloria M. Harris** would like to make this statement on
Mr. Clemmons' behalf.

Mr. Clemmons is my blood relative. Mr. Clemmons stayed at my resident after returning
home from Chicago, IL to look after his mother (Mary A. Rounds) after locating her after
been reported missing and wondering off due to her mental illness.

Mr. Clemmons lived with my two sons and myself during the period of February, 1999 -
January 2000. Mr. Clemmons did provide financial assistance to my family during his stay
as well as assistance to his mother. Mr. Clemmons was great help in helping me with my
boys.

If an investigator needed any information from me, my resident location is approximately
30 miles between Jackson, Mississippi and Brookhaven, Mississippi. No one never came
by or called concerning an interview for employment purposes concerning Mr. Clemmons
character.

If there is any specific information you may need concerning the completion of Mr.
Clemmons' background, please don't hesitate to contact me.

Sincerely,·

*Gloria M. Harris*

Gloria M. Harris
Mr. Clemmons' 1st Cousin

Mrs. Tam Pole
2304 Glenridge Drive
Atlanta, GA 30342
Phone: 770-794-1872

July 28, 2005

Office of the General Counsel
Office of Personnel Management
1900 E. Street, N.W.
Washington, DC 20415-0001

To Whom Ever This May Concern:

This notice is to inform the Office of the General Counsel that after careful review of Mr.
Clemmons' issue with your Agency, I wish to be added to Mr. Samuel L. Clemmons'
testimonies for employment purposes in reference to his character.

I have known Mr. Clemmons for a great length of time and I wish to say that Mr.
Clemmons is a great young man who is very bright and knowledgeable in many areas. He
is a great person to work with. Mr. Clemmons is a stand up for what is right type of guy.
He believes in assisting and helping people if he can. He has no personal conduct
problems, nor any employment issues or financially responsibilities issues.

Mr. Clemmons has no issues whatsoever. He is just an organized man that is very rare.

Finally, Mr. Clemmons is just a great person with a great heart and we need people like
Mr. Clemmons serving and protecting us in our government.

I too must say that if there is any specific information you may need concerning the
completion of Mr. Clemmons' background, please don't hesitate to contact me.

Sincerely,

Tam Pole
Mr. Clemmons' Associate

446 Heritage Pl
Jackson, MS 39212
Phone: 601-371-2416

July 28, 2005

Office of the General Counsel
Office of Personnel Management
1900 E. Street, N.W.
Washington, DC 20415-0001

To Whom It May Concern:

This notice is to inform the Office of the General Counsel that I, **Sophia S. Leggett**, being listed on Mr. Samuel L. Clemmons Standard Form 86 or 86A for employment purposes and to be interviewed by an investigator representing the federal government in reference to his character was never contacted.

The address listed above or through the information Mr. Clemmons provided to you on such documentation to contact me during the year of 1999 was not adhered to.

If there is any specific information that is needed concerning the completion of Mr. Clemmons' background investigation, please do not hesitate to contact me.

Sincerely,

Sophia S. Leggett

3450 Jones Mills Road
Park Trace Apartments, # 1115
Norcross, GA 30092-6609
Phone: 251-895-2737

**Former Address:**
3432 Chelsea Park Lane, Apt D
Norcross, GA 30092-6609

July 28, 2005

Office of the General Counsel
Office of Personnel Management
1900 E. Street, N.W.
Washington, DC 20415-0001

To Whom Ever This May Concern:

This notice is to inform the Office of the General Counsel that if I, **Sean Thomas** is listed on Mr. Samuel L. Clemmons Standard Form 86 or 86A for employment purposes and to be interviewed by an investigator of the federal government in reference to his character.

I am hereby informing you that I was never contacted at my information listed above or through the information Mr. Clemmons provided to you on such documentation to reach me during the year of 1999.

If there is any specific information you may need concerning the completion of Mr. Clemmons' background, please don't hesitate to contact me.

Sincerely,

Sean Thomas
Manager

415 West Lake Catahoula
Slidell, La 70465
Phone # Listed on Application: 281-366-4204
Current Phone: (H) 985-643-1319, ( C ) 504-234-9275

July 28, 2005

Office of the General Counsel
Office of Personnel Management
1900 E. Street, N.W.
Washington, DC 20415-0001

To Whom Ever This May Concern:

This notice is to inform the Office of the General Counsel that if I, **Ronald Harvey** is listed on Mr. Samuel L. Clemmons Standard Form 86 or 86A for employment purposes and to be interviewed by an investigator of the federal government in reference to his character.

I am hereby informing you that I was never contacted at my information listed above or through the information Mr. Clemmons provided to you on such documentation to reach me during the year of 1999.

If there is any specific information you may need concerning the completion of Mr. Clemmons' background, please don't hesitate to contact me.

Sincerely,

Ronald Harvey
Engineering Manager

P. O. Box 14320
Newport News, VA 23602
Phone: 757-788-4575

8 August 2005

Office of the General Counsel
Office of Personnel Management
1900 E. Street, N.W.
Washington, DC 20415-0001

To Whom It May Concern:

This letter is to inform the Office of the General Counsel that to the best of my knowledge, I, Colonel Martha A. McRavin-Oliver, listed on Standard Forms 86 or 86A, as a reference for Mr. Samuel L. Clemmons in 1999, was not contacted or interviewed by an investigator of the federal government in reference to his character.   My address at the time was 5886 Madison Edward Drive, Jackson, MS 39206.

Please feel free to contact me at the above address or phone number if I can provide information to assist in the completion of Mr. Clemmons' background investigation.

Sincerely,

Martha A. McRavin-Oliver
Colonel
United States Army

Brookhaven School Systems
**Attn: Mrs. Jacqueline Qualls Evans**
E. Monticello Street
Brookhaven, MS 39601
Phone: 601-833-4498

**Home Address:**
**Attn: Mrs. Jacqueline Qualls Evans**
31 Old Hwy 27 W
Monticello, MS 39654
Phone: 601-587-2150

July 28, 2005

Office of the General Counsel
Office of Personnel Management
1900 E. Street, N.W.
Washington, DC 20415-0001

To Whom Ever This May Concern:

This notice is to inform the Office of the General Counsel that I, **Mrs. Jacqueline Qualls Evans** is a creditable witness concerning Mr. Samuel L. Clemmons' Standard Form 86 or 86A for employment purposes.

I am still located at the address listed in this letterhead which is the high school system where Mr. Clemmons graduated.

If an investigator from the federal government is in need of additional information concerning Mr. Clemmons' character, I will be glad to provide you with any information that I witness concerning his character and behavior during the time period that I knew Mr. Clemmons from 1980 to present.

If you desire any specific information you may need concerning the completion of Mr. Clemmons' background, please don't hesitate to contact me.

Sincerely,

*Jacqueline Qualls Evans*
Mrs. Jacqueline Qualls Evans
Mr. Clemmons' Teacher / Mentor

Mr. and Mrs. James Pettaway
5253 Scenic View Drive
Birmingham, AL 35210
Phone: 205-956-6286

July 28, 2005

Office of the General Counsel
Office of Personnel Management
1900 E. Street, N.W.
Washington, DC 20415-0001

To Whom Ever This May Concern:

This notice is to inform the Office of the General Counsel that if I, Mr. or Mrs. James
Pettaway is listed on Mr. Samuel L. Clemmons Standard Form 86 or 86A for
employment purposes and to be interviewed by an investigator of the federal government
in reference to his character.

I am hereby informing you that I was never contacted at my information listed above or
through the information Mr. Clemmons provided to you on such documentation to reach
me during the year of 1999.

If there is any specific information you may need concerning the completion of Mr.
Clemmons' background, please don't hesitate to contact me.

Sincerely,

Mr. or Mrs. James Pettaway
Former Germany Neighbor

Office of Inspector General

VIA Facsimile & U.S. Mail
770-794-1872

August 11, 2005

Mr. Samuel L. Clemmons, Jr.
PO Box 1001
Brookhaven, MS  39602

Dear Mr. Clemmons:

This responds to your Freedom of Information Act request dated July 25, 2005,
to the Office of Inspector General (OIG), for any information pertaining to you.
Please be advised that we could not locate any records responsive to your
request in the Office of the Inspector General.

If you consider my response to be a denial of this request, you may
administratively appeal by writing to the attention of Gladis Griffith, Deputy
General Counsel, 1735 N. Lynn Street, Suite 10000, Arlington, VA  22209-
2020, within 30 days of the date of this letter.  You should include a copy of
your initial request and this response, as well as your reasons and arguments
supporting disclosure of the information.  Both the letter and the envelope
should be clearly marked "Freedom of Information Act Appeal."

If you would like further information pertaining to the U.S. Postal Service Office
of Inspector General, please visit our Internet site at http://www.uspsoig.gov.

Sincerely,

Jennifer Weaver
Freedom of Information Act Officer

cc:     Ms. Mary L. Lee
        Paralegal Services
        P.O. Box 28558
        Atlanta, GA  30358

1735 N. Lynn Street
Arlington, VA 22209-2020
(703) 248-2100
FAX: (703) 248-4626

**LOYOLA
UNIVERSITY
CHICAGO**

820 North Michigan Avenue
Chicago, Illinois 60611
Telephone: (312) 915-6111

Department of Theology

August 19, 2005

Office of the General Counsel
Office of Personnel Management
1900 E Street NW
Washington DC 20415-0001

To Whom This May Concern:

This is to inform the Office of the General Counsel that I, Dr. Gerald Steenken, have never been contacted by an investigator of the federal government in reference to Mr. Samuel L. Clemmons or his application for employment with the federal government.

Samuel enrolled in a theology class I teach at Loyola in the fall semester of 1997 (THEO 180, Early African Christianity). He worked diligently on the course material throughout the semester, faithfully attending each class and completing his assignments. He obviously wished to not only comprehend the material, but connect and apply it to his own life experience. Samuel frequently stayed after class to further discuss the material. I enjoyed my conversations with Samuel very much, and found him to be a man of integrity and courage.

Sincerely,

*Gerald Steenken*

J. Gerald Steenken, D.Min.
Senior Lecturer, Theology

Central Intelligence Agency



Washington, D.C. 20505

24 August 2005

Mr. Samuel L. Clemmons
P.O. Box 1001
Brookhaven, MS  39602

Reference:  P-2005-00770

Dear Mr. Clemmons:

    This letter is a final response to your 8 August 2005 request for information about you.  We processed your request under the Freedom of Information Act and the Privacy Act.  We searched for CIA-originated records existing through the date of our 12 August 2005 letter accepting your request.

    We were unable to identify any information or records filed under your name.

    Our searches were thorough and diligent, and it is highly unlikely that another effort would change the result.  Nevertheless, you have the legal right to appeal our inability to find relevant records.  You may address your appeal to the Agency Release Panel, in my care, within 45 days of the date of this letter.  Please explain the basis of your appeal.

    We appreciate your continued patience and understanding while we processed your request.

                              Sincerely,

                              Chris K.

                              Scott Koch
            Information and Privacy Coordinator