# L S

**Dorothy Logan-Alexander, Ed.D.**
*Consultant*
**Learning and Teaching Styles**
438 Greenwood Lane SE
Bogue Chitto, MS 39629
Telephone (601) 833-5866

August 26, 2005

Office of the General Counsel
Division of Personnel Management
1900 East Street N.W.
Washington, DC 20415-0001

To Whom It May Concern:

This correspondence serves to verify that I am a very credible witness
that will attest to the character and any other pertinent matters regard-
ing Mr. Samuel L. Clemmons' Standard Form 86 or 86A for employment purposes.

Just recently, I retired from the Brookhaven School District as an assis-
tant superintendent.(Effective June 1, 2005). However, I served as Mr.
Clemmons' High school assistant principal for a period of four (4) years.
While enrolled as a student, he maintained an impeccable record. He never
had any disciplinary infractions. His high school address is:

>Mrs. Susan Chapman, Principal
>Brookhaven High School
>443 East Monticello Street
>Brookhaven, MS 39601
>(601) 833-4498

It is noteworthy to point out that Mrs. Chapman could, perhaps, provide
only information from Mr. Clemmons' high school cumulative file. A major
reason for this is her absence in the school administrative process dur-
his enrollment in the Brookhaven School District.

During the time that I was acquainted with Mr. Clemmons, I found him to have
a very kind nature, high integrity; and he was quite versatile. Seemingly,
he's the same today. Mr. Clemmons has an inner drive that compels him to ex-
cel at whatever he does. He is very honest and cooperative. He is a team
player, and is well-liked by his peers, co-workers, and others with whom
he associates. He makes friends easily, respects authority, and has a pleas-
ing personality at all times.

Mr. Clemmons is a hard worker and truly an asset to any group or organiza-
tion in which he participates. Throughout his career, he has shown that

*"A total commitment to making a difference in the educational attainment of children"*

he will take an active part in civic and professional organizations, and
as such, I'm certain that he will continue to grow as an effective leader
in his areas of pursuit.

Mr. Clemmons is seeking employment at the federal level. Should anyone
from the federal government desire further information regarding Mr.
Clemmons (adolescence-adulthood), please contact me via the address listed,
or by telephone. I highly recommend Mr. Clemmons without reservation, and
look forward to hearing of his success in obtaining the position he seeks
at the federal level.

Very, sincerely,

Dorothy Logan Alexander, Ed.D

Mr. Jackie L. Clemmons
3073 Winecup Lane
Dallas, Texas 75032
Phone: 214-923-2770

August 28, 2005

Office of the General Counsel
Office of Personnel Management
1900 E. Street, N.W.
Washington, DC 20415-0001

To Whom Ever This May Concern:

This notice is to inform the Office of the General Counsel that I, **Mr. Jackie L. Clemmons** is a creditable witness concerning Mr. Samuel L. Clemmons' Standard Form 86 or 86A for employment purposes.

I am now located in the Dallas, Texas area but during the years of 1984 through 1999, I lived in the city of New Orleans, Louisiana and the Magnolia, Mississippi area (Magnolia is approximately 25 miles from Brookhaven, Mississippi).

I would like to express this on behalf of Mr. Clemmons, who is my uncle that during the year of 1984 or 1985, I recall unexpectedly visiting Brookhaven, Mississippi and trying to locate my uncle (Mr. Clemmons) in a place I knew nothing about. I recalled asking a stranger off the street for assistance in locating Mr. Clemmons. That stranger gave me specific direction as to where my uncle lived and where to locate him during that time of the day. He gave me specific direction on how to get to 1204 Rance Drive, Brookhaven, Mississippi.

I found the information the stranger gave me to be very surprising and to know that my uncle (Mr. Clemmons) was that well known throughout the area of Brookhaven, Mississippi.

After hearing of this problem in getting correct and accurate information concerning Mr. Samuel L. Clemmons. I find it hard to believe that if an investigator was conducting a proper background investigation on my uncle (Mr. Clemmons) throughout the area of Brookhaven, Mississippi. I question, if the investigator could not gather more information when I experienced such an easy process in getting simple information to locate Mr. Clemmons why could the investigator do the same?

I strongly feel the investigator could have ask anyone in Brookhaven, Mississippi regarding to who, what, when and where did Mr. Clemmons live. The investigator could have gathered any associates who knew Mr. Clemmons to get character witness statements to complete his background in such area of Brookhaven, Mississippi like I did to locate him.

I too wish to add this comment on behalf of Mr. Samuel L. Clemmons. If an investigator from the federal government was or still in need of additional information concerning Mr. Clemmons' character. I will be glad to provide you with any information that I witness concerning his character and behavior during the time period that I knew Mr. Clemmons from 1983 to present.

If you desire any specific information you may need concerning the completion of Mr. Clemmons' background, please don't hesitate to contact me.

Sincerely,

*Jackie L. Clemmons*

Mr. Jackie L. Clemmons
Mr. Clemmons' Nephew

      CC: Samuel L. Clemmons

504 Glen Way
Atlanta, Georgia 30319
Phone: (404) 816-5376

Former Address:
2702 Preston Lake Drive
Tucker, Georgia 30084

September 16, 2005

Office of the General Counsel
Office of Personnel Management
1900 E. Street, N.W.
Washington, D.C. 20415-0001

To Whom It May Concern:

This notice is to inform the Office of the General Counsel that I, Melinda Triplett, am not listed on Mr. Samuel L. Clemmons' Standard Form 86 or 86A for employment purposes and to be interviewed by an investigator of the federal government in reference to his character.

I, too, can provide additional information needed concerning the character of Mr. Clemmons during the year of 1997 for which I was able to witness his character prior to his departure from Atlanta, Georgia to Chicago, Illinois. I met Mr. Clemmons through a mutual friend, Sean Thomas. Mr. Thomas could have given the investigator my name and location to be added in Mr. Clemmons' background investigation.

I would now like to make a brief statement for his record. Mr. Clemmons was and remains a respected associate and friend of mine. As I indicated previously, I met Mr. Clemmons in 1997 through a mutual friend. During my acquaintance with Mr. Clemmons I observed a self-motivated and driven young man with the interest of educating and inspiring those around him to achieve their goals. Mr. Clemmons was always working on his entrepreneurial pursuits. I often observed him working on his youth projects. During that period of time I was encouraged by Mr. Clemmons to pursue my own dreams. One of which was to pursue a college degree. Not only did I return to college to pursue a degree, but I ultimately obtained a Master's in Business Administration. I contribute much of my drive and persistence to having met Mr. Clemmons, and I am proud to have encountered such a strong and inspirational individual.

In closing, if there is any specific information you may need concerning the completion of Mr. Clemmons' background, please do not hesitate to contact me.

Sincerely,

Melinda Triplett

Melinda Triplett
Associate of Mr. Clemmons

CC: Sam Clemmons

**Southern**
**Illinois University**
**Carbondale**

20 September 2005

## TO WHOM IT MAY CONCERN:

I am writing this letter of recommendation in support of Mr. Samuel L. Clemmons, a former student who I came to know several years ago when he enrolled in Southern Illinois University's Study Abroad program to Egypt. I have served as the Program Director for the last twenty-four years.

Let me state that having written such a letter some years ago, and being informed by Mr. Clemmons that I was to be contacted for further assessment, I was <u>never</u> contacted by anyone as a follow up.

During the half-month program in Egypt, I had a chance to get to know Mr. Clemmons very well. He is a very patriotic citizen, and he expressed aspirations to assist the government in the capacity of providing service in national security. Mr. Clemmons is a thoughtful, responsible, and able man, and in all of our program activities, he was on-time and enthusiastic in his efforts.

Mr. Clemmons made countless site-visits to the archaeological projects and museums that were our itinerary, he participated in our recreation of a mummification ritual, and he carved and painted hieroglyphic tablets. In our group discussions I could see that Mr. Clemmons was a tolerant and understanding man, eager to learn about the cultures of these Egyptians, ancient and modern.

As a side note, I agreed to give Mr. Clemmons a small loan while we traveled to help him make a few purchases of souvenirs, which he promised to repay on return. Of course, he repaid the loan immediately, as would be customary of an honest man. I had that opinion of Mr. Clemmons before I made the loan, and was happily reassured upon repayment.

If you think I could be of help in providing additional information, please do not hesitate to contact me.

Sincerely,

Robert Hahn, Ph.D.
Professor of Philosophy, and
Program Director, Interdisciplinary seminars to Egypt and Greece

Department of Philosophy
www.siu.edu/~philos | phildept@siu.edu
Mail Code 4505
Southern Illinois University Carbondale
980 Faner Drive
Carbondale, Illinois 62901
618 | 536.6641  Fax: 618 | 453.7428
www.siuc.edu

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAM L. CLEMMONS<br>  PLAINTIFF | ) | **CIVIL ACTION NO:** |
| | ) | |
| | ) | **1:06CV00305 (RCL)** |
| | ) | |
| vs. | ) | |
| | ) | |
| DEPARTMENT OF JUSTICE (DEA),<br>et al., | ) | |
| | ) | |
| | ) | |
|  DEFENDANTS | ) | |
| | ) | |

PLAINTIFF'S MOTION REQUESTS TO ENTER ALTERATIVE MOTION BEFORE THE COURT IN CASE DEFENDANT WISHES TO MOVE FORTH FOR A JURY TRIAL IF NECESSARY. PLAINTIFF ENTERS PLAINTIFF'S FIRST REQUEST FOR ADMISSION, SET OF INTERROGATORIES, AND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANT TO SET STAGE FOR JURY TRIAL IF NECESSARY IN SUPPORT OF [EXHIBIT X] ATTACHED JUSTIFYING AN ILLEGAL FULL-FIELD BACKGROUND INVESTIGATION

Comes Sam L. Clemmons, Plaintiff *Pro Se* files this **MOTION REQUEST** before the Office of the Clerk, requesting the clerk to Enter Plaintiff's Motion Request to enter Plaintiff's First Request for Admission, Set of Interrogatories, and Request for Production of Documents and Things Propounded to Defendants to set stage for Jury trial if necessary if the Defendant wish not to accept such Default entry and wishes to defend such case before a jury trial.

The Defendants should have 30 days according to Federal Rules of Civil Procedures Prec. R. 1, Refs & Annos Civ. R.15, R.26 (f), R. 33 (a), R. 33 (b) (3), R. 34, R.36 and (b) and R. 45.

Respectfully submitted,

*Sam L. Clemmons*
Sam L. Clemmons
Plaintiff, *Pro Se*

**Attachments:**

      **Plaintiff's Interrogation Request**
      **Exhibit X**
      **Three Proposed Orders**

**Copies to:**

**To:  Defendant's Counsel**

Darrell C. Valdez
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, Civil Division
Washington, DC 20530 / **Certified Mail # <u>7006 0810 0004 2646 7175</u>**

U.S. ATTORNEY GENERAL
950 Pennsylvania Ave, NW
Washington, DC 20530 / **Certified Mail # <u>7006 0810 0004 2646 716</u>**

And

**United States District Court for the District of Columbia**
Attn: Office of the Clerk &
Judge Royce C. Lamberth's Chambers
333 Constitution Ave, NW
Room 1225
Washington, DC 20001

AO 88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# United States District Court

DISTRICT OF COLUMBIA

SAM L. CLEMMONS

Vs.

DEPT. OF JUSTICE (DEA)

**SUBPOENA IN A CIVIL CASE**

CIVIL CASE NUMBER:

**1:06CV00305 (RCL)**

To: *U.S. ATTORNEY DARRELL C. VALDEZ*

☑ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY *U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA ATTN: OFFICE OF THE CLERK & SUBPOENAS C. LAMBERTH 333 CONSTITUTION AVE, NW, RM # 1225 WASHINGTON, DC 20001* | COURTROOM *1225* |
|---|---|
| | DATE AND TIME |

☐ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE *U.S. DISTRICT COURT, 333 CONSTITUTION AVE, NW RM #1225, WASHINGTON, DC 20001 AND PLAINTIFF'S ADDRESS* | DATE AND TIME |
|---|---|

☐ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE *1/8/2007* |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER *PH # 866 409 9758* *SAM L. CLEMMONS 548 SAINT CHARLES PL BROOKHAVEN, MS 39601* | |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

- If action is pending in district other than district of issuance, state district under case number.

AO 88 (Rev. 1. 94) Subpoena in a Civil Case

---

## PROOF OF SERVICE

|  |  |
|---|---|
| **DATE** | **PLACE** |
| SERVED *DEPARTMENT OF JUSTICE DRUG ENFORCEMENT ADM.* | *JUDICIARY CENTER BLD. 555 4TH STREET, NW CIVIL DIV. WASHINGTON, DC 20530* |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| *ATTORNEY DARREN C. VALDEZ* | *CERTIFIED MAIL RETURN RECEIPT #* |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| *SAM L. CLEMMONS* | *PLAINTIFF PRO SE 7006 0810 0004 2646 7175 7006 0810 0004 2646 7168* |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ___ *1/8/2007* ___
                    Date

Signature of Server

*548 SAINT CHARLES PL*
Address of Server

*BROOKHAVEN, MS 39601*

*PH: 866- 409- 7758*

---

RULE 45, Federal Rules of Civil Procedure, Part C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1)   A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2)   (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B)   Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may. within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party Serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)   (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that

person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(vi) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an un-retained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena. quash or modify the subpoena. or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that Cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1)   A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2)   when information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

AO 88 (Rev. 1 94) Subpoena in a Civil Case

## Issued by the
# United States District Court
### DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAM L. CLEMMONS** | **SUBPOENA IN A CIVIL CASE** |
| **Vs.** | **CIVIL CASE NUMBER:** |
| **DEPT. OF JUSTICE (DEA)** | **1:06CV00305 (RCL)** |

To:

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER | |

(See Rule 45, Federal Rules of Civil Procedure. Parts C & D on Reverse)

· If action is pending in district other than district of issuance, state district under case number.

AO 88 (Rev. 1 94) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED |  |  |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
|  | *CERTIFIED MAIL RETURN RECEIPT* 7006 0810 0004 2646 7175 7006 0810 0004 2646 7168 |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
|  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

_____
Date

_____
Signature of Server

_____
Address of Server

RULE 45, Federal Rules of Civil Procedure, Part C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1)    A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2)    (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B)    Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. if objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)    (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance:

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(vi) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an un-retained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1)    A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2)    when information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

**PLAINTIFF'S FIRST REQUEST FOR ADMISSION, SET OF INTERROGATORIES, AND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANT**

## DEFINITIONS

Plaintiff, Sam L. Clemmons, *Pro Se* status is now attempting to collect and recovery all information from the Defendant, Drug Enforcement Administration (DEA) and any of such information will be use for further court purpose or jury trial.

As used herein, the terms listed below are defined as follow:

A. The terms, "*you*" and "*your*," mean Department of Justice (Drug Enforcement Administration) and the Defendant's Counsel and any and all persons, employees, agents and others acting or purporting to act on behalf of Department of Justice (Drug Enforcement Administration) and its Federal Employees.

B. The terms "*I*,", "*me*," "*my*," Plaintiff and all persons, employees, officer, owners, agents and others acting on behalf of Sam L. Clemmons' Estate.

C. The term "Plaintiff," means Sam L. Clemmons all persons, employees, officers, owners, agents and others acting on behalf of Sam L. Clemmons' Estate.

D. The term "*Judge*" means an official with the authority and responsibility to preside in a court, try lawsuits and make legal rulings. Judges are almost always attorneys. In some states, "justices of the peace" may need only to pass a test and federal and state "administrative law judges" are often lawyer or non-lawyer hearing officers specializing in the subject matter upon which they are asked to rule. The word "court" often refers to the judge, as in the phrase "the court found the defendant at fault," or "may it please the court," when addressing the judge. The word "bench" also refers to the judge or judges in general. Judges on appeals courts are usually called "justices."

2

Judges of courts established by a state at the county, district, city or township level, gain office by election, by appointment by the Governor or by some judicial selection process in case of a vacancy. Federal judges are appointed for life by the President of the United States with confirmation by the U.S. Senate. A senator of the same party as the President has considerable clout in recommending Federal judges from his/her home state. 2) v. to rule on a legal matter, including determining the result in a trial if there is no jury. Therefore, a judge is any person appointed, elected in place of a position of trust with confidence for the people and by the people to monitor, read, listen and instruct such activities within the United States Constitution and is set and in place to rule accordingly upon noticing and witnessing such laws have been violated or is being violated. The Judge is in place such as a referee, moderator, arbitrator, adjudicator, umpire, critic, reviewer, evaluator, arbiter, expert, authority, and connoisseur official to make the right calls, give such opinion, form an opinion, and rule accordingly according to the fine print of the laws, rules and regulation of the United States Constitution.

E. The term "***conspiracy***," means when people work together by agreement to commit an illegal act. A conspiracy may exist when the parties use legal means to accomplish an illegal result, or to use illegal means to achieve something that in itself is lawful. To prove a conspiracy those involved must have agreed to the plan before all the actions have been taken or it is just a series of independent illegal acts. A conspiracy can be criminal for planning and carrying out illegal activities, or give rise to a civil lawsuit for damages by someone injured by the conspiracy. Thus, a scheme by a group of salesmen to sell used automobiles as new, could be prosecuted as a crime of fraud and

3

conspiracy, and also allow a purchaser of an auto to sue for damages for the fraud and conspiracy. This is no different than the activities describe by the Plaintiff in this civil lawsuit for damages.

F.  The term "*client*," means accessory or partner in crime such as the Criminal Investigation Division, Drug Enforcement Administration and The Department of the Army's witnesses and all persons responsible for assisting you in carrying out this unethical activity or activities causing this civil lawsuit.

G.  The term "*motive*," means in criminal investigation the probable reason a person committed a crime, such as jealousy, greed, revenge or part of a theft. While evidence of a motive may be admissible at trial, proof of motive is not necessary to prove a crime. The Plaintiff is requesting the Defendants to prove where such motive, reason, cause, object, purpose, motivation, drive, aim or intent existed to justify a fraudulent alleged claim to impose an investigation upon the Plaintiff to attempt to destroy his character, careers, reputation by causing continue hurt upon the Plaintiff and the Plaintiff's family. The Plaintiff therefore declare reasons of jealousy, greed, inferior complex or issues of revenge to justify all the Defendants' actions of committing such crimes of conspiracy against the Plaintiff by the Defendant and the Defendants' witnesses or partner in crime. If there is no intent you don't have probable cause to investigate a crime or impose such negative actions against a person, company or business. There is a great deal of intent the Plaintiff have proven against all the Defendants and the Defendants' witnesses so declared and stated and expressed in the Plaintiff's complaint. Every action the Plaintiff described happen and existed for a

4

genuine purpose caused by the Defendants resulting in a lawsuit showcasing great merit to recovery for damages.

H.  The term "***character witnesses,***" means a person who testifies in a trial on behalf of a person (usually a criminal defendant) as to that person's good ethical qualities and morality both by the personal knowledge of the witness and the person's reputation in the community. Such testimony is primarily relevant when the party's honesty or morality is an issue, particularly in most criminal cases and civil cases such as fraud. The Central Intelligence Agency, Federal Bureau of Investigation, and all witnesses statements provided in the Plaintiff's Motion Request to Enter Discovery [**EXHIBIT X**] will be used to show the Court the Defendants unethical practices and tactics in performing their illegal activities to cause this civil lawsuit.

I.  The term, "***communication***," includes oral and written communication of any type and an interrogatory requesting that a communication be stated is requesting that, in addition to any information specifically requested, the following be given:

J.  The term, "***identity theft***" means and includes willful taking without such person knowledge or consent and placing such person name, social security number, date of birth, place of birth and misusing such information with intent to cause hurt or harm to such person or such person family.

K.  The term, "***identity fraud***" means and includes willfully using such person name, social security number, date of birth, place of birth with in an intent to make something appear that is not true to intentionally cause hurt or harm upon such person or such person family.

5

L. The term, "*__deformation of character__*" means and includes willfully with an malice intent to print slanderous comments about someone that is not true and publish such illegal information so that others can see, read and interpret to draw a wrongful conception, idea or image about a person with an intent purpose to cause hurt or harm upon such person life, career or family.

M. The term, "*__discrimination__*" means and includes unequal treatment of persons, for a reason which has nothing to do with legal rights or ability. Federal and state laws prohibit discrimination in employment, availability of housing, rates of pay, right to promotion, educational opportunity, civil rights, and use of facilities based on race, nationality, creed, color, age, sex or sexual orientation. The rights to protest discrimination or enforce one's rights to equal treatment are provided in various federal and state laws, which allow for private lawsuits with the right to damages. There are also federal and state commissions to investigate and enforce equal rights. This is an act with a purpose or intent to not treat a race, gender, religious background, disable or person with disabilities the same the way you will treat other from a certain sector or class of people using bias, favoritism, prejudice, unfairness, inequity, bigotry, intolerance to reach an unfair decision or outcome of something such as your investigation report resulting in FRAUD.

N. The term "*__prejudice__*" means treating one different over the other even though both or many are similar in terms of filing response late placing such person, people or agencies in default. One default should not be removed or uplift if all others are not treated the same.

6

O. The term "*frivolous*" means playful, frolicsome, perky, lighthearted, merry, dizzy, giddy, laughing, and flippant, in connection to any statements provided by the Defendants which will result in a frivolous lawsuit to justify such wrongdoing.

P. The term "*ignorance*" means lack of knowledge, unawareness due to lack of education or lack of self development which can cause sever, hurt or harm upon such person which does not eliminate or excuse such a person from any crime or illegal activities being committed against such a person, business, agency, agencies, government, etc. "Ignorance of the law is no excuse"

Q. The term "*accessory*" means a second-string player who helps in the commission of a crime by driving an illegal process, providing the weapons or illegal paperwork, assisting in the planning, providing an alibi, or hiding the principal offender after the crime. Usually the accessory is not immediately present during the crime, but must be aware that the crime is going to be committed or has been committed. Usually an accessory's punishment is less than that of the main perpetrator, but a tough jury or judge may find the accessory just as responsible. Accessory to a crime are called accomplice, partner, partner in crime, assistant, abettor, co-conspirator in being involved in assisting others to hide, concealed, cover up any illegal activities witness or being involved by any person, agency, agencies, business, or government agencies.

R. The term "*fraud*" means the intentional use of deceit, a trick or some dishonest means to deprive another of his/her/its money, property or a legal right. A party who has lost something due to fraud is entitled to file a lawsuit for damages against the party acting fraudulently, and the damages may include punitive damages as a punishment or public example due to the malicious nature of the fraud. Quite often there are several

7

persons involved in a scheme to commit fraud and each and all may be liable for the total damages. For example, reporting something that is not true to others to cause hurt or harm upon such person, business, agency or agencies and such person family. Resulting in such deception, scam, con, scheme, swindle, racket, hoax, deceit, snake oil, smoke and mirrors to cover something up or prevent others from knowing the truth or final outcome of something such as your derogatory statements in your investigation report which should be a report of confirmed, accurate but true facts about a person under investigation.

S. The term "***white collar criminals***" means a generic term for crimes involving commercial fraud, cheating consumers, swindles, insider trading on the stock market, embezzlement and other forms of dishonest business schemes. The term comes from the out-of-date assumption that business executives wear white shirts with ties. It also theoretically distinguishes these crimes and criminals from physical crimes, supposedly likely to be committed by "blue collar" workers.

T. The term "***rights to pursuit of happiest***" means any person, business or agency have the right to pursue the "American Dream" to becoming successful through fair achievement to own property, capital, and work without any illegal activity involved.

U. The term "***jury trial***" means trial before the Plaintiff's peers to determine the overall trueness and fairness of one being guilty or not-guilty according to the United States Constitution under Article I of the Bill of Rights Amendment VI and according to Federal Civil Procedures, Rule 38 (b) (c).

V. The term "***justice***" means treating any or every person, people or agencies with fairness, impartiality, righteousness, evenhandedness, fair dealing, honesty, integrity,

8

validity, truthfulness, rightfulness, acceptability, reasonableness to reach a final outcome in any case before the Department of Justice.

W. The term "***de novo***" means reveal any and all top-secret documents or none top-secret documents concerning any alleged investigation showing all persons or parties involved in the investigation without orders to justify any statements made to justify an legal background investigation allegedly claim or conducted after the Plaintiff freely but willful provided all personal information to perform rights to pursuit of happiest.

X. The term "***Freedom of Information Act and Privacy Act***" means and states that such is an official law passed by the United States Congress and the Senate which set strict guidelines that clearly states for anyone to obtain their personal files upon their request through power of attorneys providing their full name, social security number, date of birth, etc to request to verify, correct, supplement or remove information from their government files that can adversely impact their future promotion, security clearance, veterans or social security benefits and more and such agencies upon any person request has **20 working days** by law to release such information requested.

   1. Produce all documents you released to such agencies and the Plaintiff within 20 working days after receiving such requests.

   2. Produce all appeals and letters submitted to you by the Plaintiff in nature to any and all Freedom of Information Act requests.

   3. Produce all appeals final outcome showing the month, date and time when such appeal became final.

9

4. Produce the outcome of all referrals sent to the Office of Personnel Management, the Department of the Army, Army Crime Record Center (CID), Defense Security Administration, Tonya Powell, Total Debt Management, Stein Mart Corporation, Mid-America Apartment Communities, etc. under the Freedom of Information Act and Privacy Act to validate all your statements and your discovery you submitted to the court and the Plaintiff in your late but untimely response causing such default actions against you so that you can show the court why such default actions should not be sustain to justify any of your submission to this honorable court.

5. Produce all documents in consent forms giving you exclusive rights to give the Plaintiff's personal information such as full name, address, social security number, date of birth, etc. that you the Defendants gave to the Army Crime Record Center (CID) to validate reasoning why such agency (CID) have rights to give such information to others and track and monitor the Plaintiff's activities by giving such private information to other agencies causing undue hardship, stress, harassment in your attempts and their attempts to make the Plaintiff a criminal when such criminal minded individuals have performed illegal actions or activities upon the Plaintiff for no justified reasons which now makes you to be exclusively in violation of the Plaintiff's rights to privacy by committing acts or crimes of conspiracy.

6. Produce the exact time and date the communication was given and received.

7. Produce the manner in which the communication was given and received, i.e. letter, telephone, orally, in person, etc.

10

8. Produce the amount of time the Defendants appeared at such corporation or establishment.

9. Produce all person(s) present if the communication was oral.

10. Produce all person(s) making the communication or part thereof, whether written or oral.

11. Produce all person(s) to whom the communication was given or sent, whether directly or indirectly and whether or not all received it at the same time.

12. Produce the place each person was when he gave or received the communication.

13. Produce detail statements of the contents of the communication.

14. The response(s) to the communication.

15. Address of each answering person name above who made a statement that such communication was unconstitutional and who agree that such communication was constitutional and in accordance with the laws of the United States' Constitution.

16. The duties, job title and term of time said position held as these apply to each person name above.

17. The results of the communication.

Y. The term, "*__identify__*," means, with respect to person, to state their full names, present or last known addresses, current employment and positions or titles therein and, if present employment is not with defendant(s), then state any past employment or other business relationship with the defendant(s) to know that such documentation is not needed with a court's order.

11

Z. The term, "*identify*," means, with respect to documents, to state the general nature of the document to justify any actions performed by the Defendants (for example, letter, telegram, memorandum, diary, blueprint, photograph, diagram, etc.) the date prepared, the author, the addressee, the location of document and the custodian of the documents. Police reports, citations, U.S. Marshall Service documents, Affidavit of Service, Summons, Subpoenas, arrest warrants, search warrants, etc.

AA.     The term, "*identity*," with respect to an entity, not a person, means to state the full name, legal nature of entity, state organized in, principle place of business and mailing address.

BB.     The term, "*documents*," means all writing of any kind including the original and all non-identical copies, whether different from the original by reason of any notation made on such copies or otherwise (including without limitation), time records, correspondence, memoranda, notes, diaries, statistics, letters, telegrams, minutes, contracts, reports, studies, work papers, pamphlets, books, prospect use, interoffice and intra-office communication, offers, notation of any sort of conversations, telephone calls, meeting or other communication, ledgers, invoices, billing, drawing, maps, sketches, photographs, applications, plats, films, tapes, receipts, summaries, financial statements, bank statements, bank debit and credit memos, cancelled checks, loan ledger, promissory notes, security agreements, deeds of trust, financing statements, records of any bank special or expense accounts, and any and all other writing, typing, printing, or drafts or copies of reproductions thereof irrespective of form in your possession, custody or control. (For Example, police reports, investigation reports, citations, U.S. Marshall Service documents, Affidavit of Service,

12

Summons, Subpoenas, arrest warrants, search warrants, copies of return mail, chain of custody showing date and time of all parties involved.

CC.    The term "***all documents***" means every document as defined known to you and every such document which can be located or discovered by reasonably diligent efforts.

## ADMISSIONS

COMES NOW Plaintiff, *Pro Se*, and served on the Defendant this request for admission of the truth of the facts set forth in the separate number paragraphs, pursuant to Fed. R. Civ. P. 12(b)(6) which the Defendant is required to answer and produce within thirty days from the date of service thereof:

1.  The Army Crime Record Center (CID) issued you fraudulent instructions or information in which you carry out resulting in a United States Constitution Rights violation of the fourth and fourteenth amendment. Causing such subject rights to privacy to be violated. Causing issues of identity theft, identity fraud, deformation of character and later discrimination issues or concerns. Prove to this court and the Plaintiff that such illegal communication did not play a role in your illegal activity performed against the Plaintiff.

2.  By accepting such ORDER or information it was not in compliance with the normal operation and procedures when such person was never arrested or investigated by anyone causing you to become bound by the terms of a higher court to inform you that such actions performed by you are as well illegal, not just and not according to the constitution of the United States of America. Therefore, holding you as legally bound through rights to recovery for damages sought by

13

the Plaintiff for punitive damages in the amount of $ 30,000,000.00 (thirty million dollars) after taxes due to you now being in default.

3.  You are a witness to a crime that others knew where not legally correct making you an accessory to a crime by not stopping such crime or correcting and not by reporting such crime. Produce or provide any facts or rebuttal proven otherwise.

4.  Said such funds or activities for your service were received by you in agreement to continue to such illegal activity. For the record, state and provide invoices the total payout for your service concerning these activities or state otherwise that no funds were accepted or needed for you to carry-out such illegal activities performed throughout the Plaintiff's federal background investigation.

5.  You have not revoked or attempted to revoke such service performed and at question as a stance to say such service performed was legal, accurate and correct making you to accept the responsibility of the crime(s) you carry-out against the Plaintiff.

6.  Disclose the total amount of cases and total dollars amount you received from doing this to others each year to justify you did not discriminate against the Plaintiff.

7.  Disclose the proper chain of custody inventory or disposal forms showing the exact date and time when such illegal paperwork was performed and reported to the U.S. Attorney General Office.

14

## REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS

COME NOW Plaintiff, Sam L. Clemmons, *Pro Se* and request that the Defendant, Department of Justice (Drug Enforcement Administration (DEA)), produce and permit the Plaintiff to inspect and copy those documents and things designated as follows, pursuant to the U.S. District Court for the District of Columbia Civil Rules of Procedures under the Subpoena Duces Tecum Request at Sam L. Clemmons, 548 Saint Charles PL, Brookhaven, MS 39601.

## ITEMS TO BE PRODUCED

Items to be produced, subject to above definitions, are as follow:

1. Produce all documents which you were requested to identity in Plaintiff's First Set of Interrogatories Propounded to Defendant.

2. Produce all documents which you intend to present as evidence in the trial in this matter.

3. Produce all documents by means of communication to Congressman Ronnie Shows expressing that such information cannot be released to a third party under the Freedom of Information Act and Privacy Act to constitute your refusal to release such information requested in a timely manner to prevent such lawsuit against you in this honorable court.

4. Produce all documents which you have received from the Army Crime Record Center (CID), Department of the Army, and Defense Security Administration in any but all your alleged witnesses you made negative statements by printing negative statements about the Plaintiff to support your defense that such statements you made are accurate, true, correct, legal and binding according to the law.

15

5. Produce copies of all documents which you have sent to the, Special Agent Eldred Earls, Special Agent Gary Hartman, Army Crime Record Center, Department of the Army, Defense Security Administration, Central Intelligence Agency, Federal Bureau of Investigation, Tonya Powell, Stein Mart Corporation, Total Debt Management, and Mid-America Apartment Communities and anyone else you wish to use as a witness in a jury trial.

6. Produce all copies or records validating Richard D. Scott ever having the Plaintiff's personal but private information to be exempted from 111 ALR, Fed. 295 and 18 U.S.C.A § 1001 (2) (15) (34).

7. Produce all declaration statements made to your agency by Special Agent Eldred Earls and Special Agent Gary Hartman concerning these illegal activities and events transpired within the Department of Justice (DEA) since the date and time after the Plaintiff served the Defendants the Summons and complaint by means of the Department of Justice (DEA) to have such summons and complaint hand deliver to the Defendants to justify prefect service upon such individuals.

8. Produce all certified but true copies of the Plaintiff's arrest records, investigation reports, etc.

9. Produce all documents which are in any way concerned with your dealing with the Army Crime Record Center and the Department of the Army to provide proof to the Court in nature to your statements you submitted in your untimely response.

10. Produce all documents in any way connected with the allegations in the complaint filed herein to support your theory why such case should be dismissed with prejudice.

Sam L. Clemmons v. DEA Motion Request to Interrogate Defendants, Case Number **1:06CV00305 (RCL)**

16

11. Produce all documents in any way connected to and to justify your statements you made against the Plaintiff in your untimely releasing of the information under the Freedom of Information Act and Privacy Act.

12. Produce all documents in any way connected with defense raised by you to the complaint or in any way connected with any defense to be raised by you concerning the complaint.

13. Produce all documents where it clearly states that no probable cause does not have to exist for an investigation to be performed according to the United States Constitution for example you can use case laws to establish your defense.

14. Produce all documents where it clearly states that any man or person can be the subject to an investigation outside of anyone or any agency jurisdiction and such agency performing such illegal investigation can do as they please by reporting false information to others agencies to taint and corrupt such agencies to cause harm by making such agencies to be liable for continue false reporting to cause continue hurt and harm upon any man or person subject to be investigated regarding career opportunities.

15. Produce all documents where it clearly states that anyone who is subject to an investigation must have their name put in a criminal database to falsely mislead others to prevent such person from obtaining any career employment in a position of trust and to put a tracking on such a person to know his or her whereabouts at all time and to put his or her social security number in other databases or falsely report other illegal activities to continue to cause hurt and harm upon such person

17

and such person family.  Produce these documents to be exempt from any

discrimination, identity theft, identity fraud, and deformation of character claims.

16. Produce all documents where it states or express that any man can be investigated

or arrested at anytime prior and after for the same crime even without going

through the proper channels of the Due Process of Law for example you can use

case laws to establish your defense.

17. Provide all statistical data information from the Army Crime Record Center that

shows the numbers of men are being investigated and arrested each month and

each year concerning the alleged crimes "government fraud" and are being

reported to Federal Government under the Federal Date Crime Statistical Report.

18. Produce all documents where it states or express that no police reports, incident

reports, U.S. Marshall Service showing proper service to notify any man of

pending actions against him any in court of law is not needed to make an

investigation or arrest concerning illegal charges such as you have expressed and

reveal before this Court concerning issues with the Department of the Army and

the Army Crime Record Center.

19. Produce all documents regarding your agency policy and procedures where it

states any employees from the Federal Government can make false statements

doing anyone background investigation or any investigation to make you to be

exempted from laws violation of Federal Regulation 111 ALR, Fed. 295 and 18

U.S.C.A § 1001 (2) (15) (34).

20.  Produce all documents regarding punishment for release false information under

federal funds to any person, courts or any other federal agencies.

18

21. Produce all documents submitted to the U.S. Attorney General Office regarding the Plaintiff's Freedom of Information Act and Privacy Act requests that were due in the Attorney General Office by April 1st of each year such requests were filed to be in accordance will all procedures of the law.

22. Produce all documents in relation to contradiction to the Plaintiff's witnesses statements attached in **Exhibit [X]** obtained from the Office of Personnel Management in relations to statements made and provided by the Federal Bureau of Investigation, Lakeview Estates Apartment Homes, Mayor Linda Carol Williams Short, Mr. Greg Tillman, Retired Principal Dorothy Alexander, Mr. and Mrs. 1$^{st}$SGT. Connie L. Rounds, Mr. Willie "Doc" Harrison, Police Officer Michael Harvey, Director Don Coleman, Mrs. Mary A. Rounds, Mrs. Gloria M. Harris, Mrs. Tam Pole, Mrs. Sophia S. Leggett, Mr. Sean Thomas, Mr. Ronald Harvey, Colonel Martha A. McRavin-Oliver, Mrs. Jacqueline Qualls Evans, Mr. and Mrs. James Pettaway, Office of Inspector General, Attn: Jennifer Weaver, Dr. J. Gerald Steenken, D.Min., Central Intelligence Agency, Attn: Scott Koch, Mr. Jackie Clemmons, Mrs. Melinda Triplett, and Dr. Robert Hahn, Ph.D. to justify why default status should be removed.

23. Produce all documents which are that you have anything to do with your banking records, including bank statements, cancelled checks, deposit slips, old draft notices and any other agreements with any bank for the past five years to show the court your means and ways to pay for this debt in a timely manner once it has been approved that such actions performed by you were unconstitutional. If you

Sam L. Clemmons v. DEA Motion Request to Interrogate Defendants, Case Number **1:06CV00305 (RCL)**

wish not to pay for such debt through the Federal Crime Insurance Protection according to Fed. Civ. R. 34.

24. Produce all documents concerning retirement documents, pay stubs, addresses, social security numbers of Special Agent Earls and Gary Hartman or justify and prove that such information given to the Plaintiff was true, accurate and correct to be exempt such individuals from this lawsuit.

25. Produce all documents which are or that you have anything to do with your federal or state income tax returns, grants and bonds which you have prepared or filed for the past five years if you wish to take the full responsibility of these crimes committed against the Plaintiff.

26. Produce the point of contact person who is responsible for paying this debt before this honorable court.

27. Produce signed document from the Plaintiff's [Exhibit W] consenting to move forth for a jury trial according to the Court's instructions.

28. Produce all documents from the Court granting an enlargement of time to respond on both requests to justify why you are not in default.

If the Defendant's Counsel cannot produce one/half of the documents requested in the Plaintiff's opposition and Plaintiff's First Request for Admission, Set of Interrogation, and Request for Production of Documents and Things Propounded to Defendant then this case is clearly a case of violation under the Freedom of Information Act and Privacy Act. It will clearly show before the Court that the Plaintiff's Rights to Privacy has been violation and so many actions performed against the Plaintiff were unconstitutional and outside the scope of the forbidden fruit of justice.

20

1    Due to the Defendant's Counsel harass comments expressing dismissal with prejudice

2    after being in default, the Plaintiff express now to the Defendant's Counsel to prove the Plaintiff

3    wrong by the abundance of evidence that you should be able to easily obtain as stated in this

4    submission before the Court and to correct the Defendants failures to justify your harass requests

5    against the Plaintiff to uplift such default so that you can continue response and continue to

6    attempt to mislead the court as your activities are now proven within your agency (DEA).

7    The Plaintiff now wishes to file this motion in this honorable court for tort damages and

8    full recovery of this lawsuit in this honorable court without going or proceeding further and over

9    into another court of jurisdiction such as United States Court of Federal Claims.

10   The Defendants should be granted or have an additional **30 days** as required by law to

11   produce all the documents requested to justify their actions and prepare to settled this lawsuit in

12   accordance with the Plaintiff's actions under the Federal Rules of Civil Procedures R. 26, R. 33

13   (a) (b) (c) (d), 36, 37 (a)(3), R. 38 (b) (c), R. 39, R. 45, **R. 54, (a) (b) (c)** and R. 55 (a) (b) (e)

14   that's if the Defendants continue to refuse and accept such default entered by the clerk.

15

16   They say,

17   *"A lie don't care who tells it just as long as it get told"*

18   Author unknown

19   *Provide one piece of facts displaying wrongdoing by the Plaintiff and come into the court*

20   *with the truth* in order for us (Plaintiff & Defendants) to bring this matter to a close before the

21   court so that the Defendants can correct their practices, policy, procedures and award the

22   Plaintiff according to the Plaintiff's claim for relief under Federal Rules of Civil Procedures

23   Rules 8.

24

25

Sam L. Clemmons v. DEA Motion Request to Interrogate Defendants, Case Number **1:06CV00305 (RCL)**

21

Respectfully submitted,

Sam L. Clemmons
Plaintiff, *Pro Se*

**See Attachment:**

    Three Proposed Orders
    Exhibit **[X]**

**Copies Sent to:**

Darrell C. Valdez
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, Civil Division
Washington, DC 20530 / **Certified Mail # <u>7006 0810 0004 2646 7175</u>**

U.S. ATTORNEY GENERAL
950 Pennsylvania Ave, NW
Washington, DC 20530 / **Certified Mail # <u>7006 0810 0004 2646 7168</u>**

And
**District Court for the District of Columbia**
Attn: Office of the Clerk &
Judge Royce C. Lamberth's Chambers
333 Constitution Ave, NW
Room 1225
Washington, DC 20001

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of January 2007, a true copy of the **PLAINTIFF'S 5th OPPOSITION AGAINST THE FEDERAL DEFENDANTS' RESPONSES TO DISMISS AND PLAINTIFF'S FIRST REQUEST FOR ADMISSION, SET OF INTERROGATORIES, AND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANT TO SET STAGE FOR JURY TRIAL IF NECESSARY JUSTIFYING WHY DEFAULT SHOULD REMAIN OR TO PROCEED FORTH UNDER RULE 54 (C)** was served by regular mail concerning case # 1:06CV00305 (RCL) to the following:


To:  Defendant's Counsel

Darrell C. Valdez
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, Civil Division
Washington, DC 20530 / **Certified Mail # <u>7006 0810 0004 2646 7175</u>**

U.S. ATTORNEY GENERAL
950 Pennsylvania Ave, NW
Washington, DC 20530 / **Certified Mail # <u>7006 0810 0004 2646 716</u>**

And



United States District Court for the District of Columbia
**Attn: Office of the Clerk &**
**Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001



Sam L. Clemmons, *Pro Se*
548 Saint Charles Place
Brookhaven, MS 39601