UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM CLEMMONS, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 06cv305 (RCL) |
| U.S. DEPARTMENT OF JUSTICE, et al., | ) |
|     Defendants. | ) |

**ORDER**

This matter having come before the Court on Federal Defendants' Motion to Quash Subpoena and for a Protective Order Staying All Discovery and the Court having considered the entire record herein, it is this _____ day of _____, 2007, hereby

ORDERED that Federal Defendants' Motion to Quash is hereby GRANTED; and it is further

ORDERED that Federal Defendants' Motion for Protective Order Staying All Discovery is hereby GRANTED; and it is further

ORDERED that no discovery (including interrogatories, document requests, depositions, and requests for admissions) shall be conducted in this case until further order of this Court.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE