Judges of courts established by a state at the county, district, city or township level, gain office by election, by appointment by the Governor or by some judicial selection process in case of a vacancy. Federal judges are appointed for life by the President of the United States with confirmation by the U.S. Senate. A senator of the same party as the President has considerable clout in recommending Federal judges from his/her home state. 2) v. to rule on a legal matter, including determining the result in a trial if there is no jury. Therefore, a judge is any person appointed, elected in place of a position of trust with confidence for the people and by the people to monitor, read, listen and instruct such activities within the United States Constitution and is set and in place to rule accordingly upon noticing and witnessing such laws have been violated or is being violated. The Judge is in place such as a referee, moderator, arbitrator, adjudicator, umpire, critic, reviewer, evaluator, arbiter, expert, authority, and connoisseur official to make the right calls, give such opinion, form an opinion, and rule accordingly according to the fine print of the laws, rules and regulation of the United States Constitution.

E. The term "*conspiracy*," means when people work together by agreement to commit an illegal act. A conspiracy may exist when the parties use legal means to accomplish an illegal result, or to use illegal means to achieve something that in itself is lawful. To prove a conspiracy those involved must have agreed to the plan before all the actions have been taken or it is just a series of independent illegal acts. A conspiracy can be criminal for planning and carrying out illegal activities, or give rise to a civil lawsuit for damages by someone injured by the conspiracy. Thus, a scheme by a group of salesmen to sell used automobiles as new, could be prosecuted as a crime of fraud and

conspiracy, and also allow a purchaser of an auto to sue for damages for the fraud and conspiracy. This is no different than the activities describe by the Plaintiff in this civil lawsuit for damages.

F. The term "*client*," means accessory or partner in crime such as the Criminal Investigation Division, Drug Enforcement Administration and The Department of the Army's witnesses and all persons responsible for assisting you in carrying out this unethical activity or activities causing this civil lawsuit.

G. The term "*motive*," means in criminal investigation the probable reason a person committed a crime, such as jealousy, greed, revenge or part of a theft. While evidence of a motive may be admissible at trial, proof of motive is not necessary to prove a crime. The Plaintiff is requesting the Defendants to prove where such motive, reason, cause, object, purpose, motivation, drive, aim or intent existed to justify a fraudulent alleged claim to impose an investigation upon the Plaintiff to attempt to destroy his character, careers, reputation by causing continue hurt upon the Plaintiff and the Plaintiff's family. The Plaintiff therefore declare reasons of jealousy, greed, inferior complex or issues of revenge to justify all the Defendants' actions of committing such crimes of conspiracy against the Plaintiff by the Defendant and the Defendants' witnesses or partner in crime. If there is no intent you don't have probable cause to investigate a crime or impose such negative actions against a person, company or business. There is a great deal of intent the Plaintiff have proven against all the Defendants and the Defendants' witnesses so declared and stated and expressed in the Plaintiff's complaint. Every action the Plaintiff described happen and existed for a

4

genuine purpose caused by the Defendants resulting in a lawsuit showcasing great merit to recovery for damages.

H. The term "*character witnesses,*" means a person who testifies in a trial on behalf of a person (usually a criminal defendant) as to that person's good ethical qualities and morality both by the personal knowledge of the witness and the person's reputation in the community. Such testimony is primarily relevant when the party's honesty or morality is an issue, particularly in most criminal cases and civil cases such as fraud. The Central Intelligence Agency, Federal Bureau of Investigation, and all witnesses statements provided in the Plaintiff's Motion Request to Enter Discovery [**EXHIBIT X**] will be used to show the Court the Defendants unethical practices and tactics in performing their illegal activities to cause this civil lawsuit.

I. The term, "*communication,*" includes oral and written communication of any type and an interrogatory requesting that a communication be stated is requesting that, in addition to any information specifically requested, the following be given:

J. The term, "*identity theft*" means and includes willful taking without such person knowledge or consent and placing such person name, social security number, date of birth, place of birth and misusing such information with intent to cause hurt or harm to such person or such person family.

K. The term, "*identity fraud*" means and includes willfully using such person name, social security number, date of birth, place of birth with in an intent to make something appear that is not true to intentionally cause hurt or harm upon such person or such person family.

L. The term, "*deformation of character*" means and includes willfully with an malice intent to print slanderous comments about someone that is not true and publish such illegal information so that others can see, read and interpret to draw a wrongful conception, idea or image about a person with an intent purpose to cause hurt or harm upon such person life, career or family.

M. The term, "*discrimination*" means and includes unequal treatment of persons, for a reason which has nothing to do with legal rights or ability. Federal and state laws prohibit discrimination in employment, availability of housing, rates of pay, right to promotion, educational opportunity, civil rights, and use of facilities based on race, nationality, creed, color, age, sex or sexual orientation. The rights to protest discrimination or enforce one's rights to equal treatment are provided in various federal and state laws, which allow for private lawsuits with the right to damages. There are also federal and state commissions to investigate and enforce equal rights. This is an act with a purpose or intent to not treat a race, gender, religious background, disable or person with disabilities the same the way you will treat other from a certain sector or class of people using bias, favoritism, prejudice, unfairness, inequity, bigotry, intolerance to reach an unfair decision or outcome of something such as your investigation report resulting in FRAUD.

N. The term "*prejudice*" means treating one different over the other even though both or many are similar in terms of filing response late placing such person, people or agencies in default. One default should not be removed or uplift if all others are not treated the same.

O. The term "*frivolous*" means playful, frolicsome, perky, lighthearted, merry, dizzy, giddy, laughing, and flippant, in connection to any statements provided by the Defendants which will result in a frivolous lawsuit to justify such wrongdoing.

P. The term "*ignorance*" means lack of knowledge, unawareness due to lack of education or lack of self development which can cause sever, hurt or harm upon such person which does not eliminate or excuse such a person from any crime or illegal activities being committed against such a person, business, agency, agencies, government, etc. "Ignorance of the law is no excuse"

Q. The term "*accessory*" means a second-string player who helps in the commission of a crime by driving an illegal process, providing the weapons or illegal paperwork, assisting in the planning, providing an alibi, or hiding the principal offender after the crime. Usually the accessory is not immediately present during the crime, but must be aware that the crime is going to be committed or has been committed. Usually an accessory's punishment is less than that of the main perpetrator, but a tough jury or judge may find the accessory just as responsible. Accessory to a crime are called accomplice, partner, partner in crime, assistant, abettor, co-conspirator in being involved in assisting others to hide, concealed, cover up any illegal activities witness or being involved by any person, agency, agencies, business, or government agencies.

R. The term "*fraud*" means the intentional use of deceit, a trick or some dishonest means to deprive another of his/her/its money, property or a legal right. A party who has lost something due to fraud is entitled to file a lawsuit for damages against the party acting fraudulently, and the damages may include punitive damages as a punishment or public example due to the malicious nature of the fraud. Quite often there are several

persons involved in a scheme to commit fraud and each and all may be liable for the total damages. For example, reporting something that is not true to others to cause hurt or harm upon such person, business, agency or agencies and such person family. Resulting in such deception, scam, con, scheme, swindle, racket, hoax, deceit, snake oil, smoke and mirrors to cover something up or prevent others from knowing the truth or final outcome of something such as your derogatory statements in your investigation report which should be a report of confirmed, accurate but true facts about a person under investigation.

S. The term "*white collar criminals*" means a generic term for crimes involving commercial fraud, cheating consumers, swindles, insider trading on the stock market, embezzlement and other forms of dishonest business schemes. The term comes from the out-of-date assumption that business executives wear white shirts with ties. It also theoretically distinguishes these crimes and criminals from physical crimes, supposedly likely to be committed by "blue collar" workers.

T. The term "*rights to pursuit of happiest*" means any person, business or agency have the right to pursue the "American Dream" to becoming successful through fair achievement to own property, capital, and work without any illegal activity involved.

U. The term "*Stay*" means a court-ordered short-term delay in judicial proceedings to give a losing defendant time to arrange for payment of the judgment or move out of the premises in an unlawful detained case in this case before the Court the Court has not granted the Defendant a stay in releasing the requested discovery through the Plaintiff's Admission, Interrogatories and requests production of all documents.

V. The term *"Discovery"* means the entire efforts of a party to a lawsuit and his/her/its attorneys to obtain information before trial through demands for production of documents, depositions of parties and potential witnesses, written interrogatories (questions and answers written under oath), written requests for admissions of fact, examination of the scene and the petitions and motions employed to enforce discovery rights. The theory of broad rights of discovery is that all parties will go to trial with as much knowledge as possible and that neither party should be able to keep secrets from the other (except for constitutional protection against self-incrimination). Often much of the fight between the two sides in a suit takes place during the discovery period.

W. The term *"reciprocal discovery"* means the exchange of documents, lists of witnesses, and other information between the two sides of a lawsuit or criminal prosecution before trial.

X. The term *"Interrogatories"* means a set of written questions to a party to a lawsuit asked by the opposing party as part of the pre-trial discovery process. These questions must be answered in writing under oath or under penalty of perjury within a specified time (such as 30 days). Several states ask basic "form" interrogatories on a printed form, with an allowance for "supplemental" interrogatories specifically relevant to the lawsuit. Normal practice is for the lawyers to prepare the questions and for the answering party to have help from his/her/its attorney in understanding the meaning (sometimes hidden) of the questions and to avoid wording in his/her answers which could be interpreted against the party answering. Objections as to relevancy or clarity may be raised either at the time the interrogatories are answered or when they are used in trial. Most states limit the number of interrogatories that may be asked without the

court's permission to keep the questions from being a means of oppression rather than a source of information. While useful in getting basic information, they are much easier to ask than answer. In addition the parties may request depositions (pre-trial questioning in front of a court reporter) or send "requests for admissions" which must be answered in writing. See all lists in number form provided by the Plaintiff below given you (the Defendant) 30 calendar days before this Court to answer and response for pretrial purposes.

Y.  The term "*jury trial*" means trial before the Plaintiff's peers to determine the overall trueness and fairness of one being guilty or not-guilty according to the United States Constitution under Article I of the Bill of Rights Amendment VI and according to Federal Civil Procedures, Rule 38 (b) (c).

Z.  The term "*justice*" means treating any or every person, people or agencies with fairness, impartiality, righteousness, evenhandedness, fair dealing, honesty, integrity, validity, truthfulness, rightfulness, acceptability, reasonableness to reach a final outcome in any case before the Department of Justice.

AA.    The term "*de novo*" means reveal any and all top-secret documents or none top-secret documents concerning any alleged investigation showing all persons or parties involved in the investigation without orders to justify any statements made to justify an legal background investigation allegedly claim or conducted after the Plaintiff freely but willful provided all personal information to perform rights to pursuit of happiest.

BB.    The term "*Freedom of Information Act and Privacy Act*" means and states that such is an official law passed by the United States Congress and the Senate which set

10

strict guidelines that clearly states for anyone to obtain their personal files upon their request through power of attorneys providing their full name, social security number, date of birth, etc to request to verify, correct, supplement or remove information from their government files that can adversely impact their future promotion, security clearance, veterans or social security benefits and more and such agencies upon any person request has **20 working days** by law to release such information requested.

1. Produce all documents you released to such agencies and the Plaintiff within 20 working days after receiving such requests.

2. Produce all appeals and letters submitted to you by the Plaintiff in nature to any and all Freedom of Information Act requests.

3. Produce all appeals final outcome showing the month, date and time when such appeal became final.

4. Produce the outcome of all referrals sent to the Office of Personnel Management, the Department of the Army, Army Crime Record Center (CID), Defense Security Administration, Tonya Powell, Total Debt Management, Stein Mart Corporation, Mid-America Apartment Communities, etc. under the Freedom of Information Act and Privacy Act to validate all your statements and your discovery you submitted to the court and the Plaintiff in your late but untimely response causing such default actions against you so that you can show the court why such default actions should not be sustain to justify any of your submission to this honorable court.

5. Produce all documents in consent forms giving you exclusive rights to give the Plaintiff's personal information such as full name, address, social security

11

number, date of birth, etc. that you the Defendants gave to the Army Crime Record Center (CID) to validate reasoning why such agency (CID) have rights to give such information to others to track and monitor the Plaintiff's activities by giving such private information to other agencies causing undue hardship, stress, harassment in your attempts and their attempts to make the Plaintiff a criminal when such criminal minded individuals have performed illegal actions or activities upon the Plaintiff for no justified reasons which now makes you to be exclusively in violation of the Plaintiff's rights to privacy by committing acts or crimes of conspiracy.

6. Produce the exact time and date the communication was given and received.

7. Produce the manner in which the communication was given and received, i.e. letter, telephone, orally, in person, etc.

8. Produce the amount of time the Defendants appeared at such corporation or establishment.

9. Produce all person(s) present if the communication was oral.

10. Produce all person(s) making the communication or part thereof, whether written or oral.

11. Produce all person(s) to whom the communication was given or sent, whether directly or indirectly and whether or not all received it at the same time.

12. Produce the place each person was when he gave or received the communication.

13. Produce detail statements of the contents of the communication.

14. The response(s) to the communication.

15. Address of each answering person name above who made a statement that such communication was unconstitutional and who agree that such communication was constitutional and in accordance with the laws of the United States' Constitution.

16. The duties, job title and term of time said position held as these apply to each person name above.

17. The results of the communication.

CC.    The term, "*identify*," means, with respect to person, to state their full names, present or last known addresses, current employment and positions or titles therein and, if present employment is not with defendant(s), then state any past employment or other business relationship with the defendant(s) to know that such documentation is not needed with a court's order.

DD.    The term, "*identify*," means, with respect to documents, to state the general nature of the document to justify any actions performed by the Defendants (for example, letter, telegram, memorandum, diary, blueprint, photograph, diagram, etc.) the date prepared, the author, the addressee, the location of document and the custodian of the documents. Police reports, citations, U.S. Marshall Service documents, Affidavit of Service, Summons, Subpoenas, arrest warrants, search warrants, etc.

EE. The term, "*identity*," with respect to an entity, not a person, means to state the full name, legal nature of entity, state organized in, principle place of business and mailing address.

FF. The term, "*documents*," means all writing of any kind including the original and all non-identical copies, whether different from the original by reason of any notation

Sam L. Clemmons v. DEA Motion Request for Admissions, Interrogatories and Subpoena Duces Tecum, Case Number 1:06CV00305 (RCL)

made on such copies or otherwise (including without limitation), time records, correspondence, memoranda, notes, diaries, statistics, letters, telegrams, minutes, contracts, reports, studies, work papers, pamphlets, books, prospect use, interoffice and intra-office communication, offers, notation of any sort of conversations, telephone calls, meeting or other communication, ledgers, invoices, billing, drawing, maps, sketches, photographs, applications, plats, films, tapes, receipts, summaries, financial statements, bank statements, bank debit and credit memos, cancelled checks, loan ledger, promissory notes, security agreements, deeds of trust, financing statements, records of any bank special or expense accounts, and any and all other writing, typing, printing, or drafts or copies of reproductions thereof irrespective of form in your possession, custody or control. (For Example, police reports, investigation reports, citations, U.S. Marshall Service documents, Affidavit of Service, Summons, Subpoenas, arrest warrants, search warrants, copies of return mail, chain of custody showing date and time of all parties involved.

GG.     The term "***all documents***" means every document as defined known to you and every such document which can be located or discovered by reasonably diligent efforts.

## ADMISSIONS

COMES NOW Plaintiff, *Pro Se*, and served on the Defendant this request for admission of the truth of the facts set forth in the separate number paragraphs, pursuant to Fed. R. Civ. P. 12(b)(6) which the Defendant is required to answer and produce within thirty days from the date of service thereof:

1. The Army Crime Record Center (CID) issued you fraudulent instructions or information in which you carry out resulting in a United States Constitution Rights violation of the fourth and fourteenth amendment. Causing such subject rights to privacy to be violated. Causing issues of identity theft, identity fraud, deformation of character and later discrimination issues or concerns. Prove to this court and the Plaintiff that such illegal communication did not play a role in your illegal activity performed against the Plaintiff.

2. By accepting such ORDER, information, and instructions that were not in compliance with the normal operation and procedures when such person was never arrested or investigated by anyone causing you to become bound by the terms of a higher court to inform you that such actions performed by you are as well illegal, not just and not according to the constitution of the United States of America. Therefore, holding you as legally bound through rights to recovery for damages sought by the Plaintiff for punitive damages in the amount of $ 30,000,000.00 (thirty million dollars) after taxes due to you now being in default.

3. You are a witness to a crime that others knew where not legally correct making you an accessory to a crime by not stopping such crime or correcting and not by reporting such crime.  Produce or provide any facts or rebuttal proven otherwise.

4. Said such funds or activities for your service were received by you in agreement to continue such illegal activity. For the record, state and provide invoices the total payout for your service concerning these activities or state otherwise that no funds were accepted or needed for you to carry-out such illegal activities performed throughout the Plaintiff's federal background investigation.

5.  You have not revoked or attempted to revoke such service performed and at question as a stance to say such service performed was legal, accurate and correct making you to accept the responsibility of the crime(s) you carry-out against the Plaintiff.

6.  Disclose the total amount of cases and total dollars amount you received from doing this to others each year to justify you did not discriminate against the Plaintiff.

7.  Disclose the proper chain of custody inventory or disposal forms showing the exact date and time when such illegal paperwork was performed and reported to the U.S. Attorney General Office.

## REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS

COME NOW Plaintiff, Sam L. Clemmons, *Pro Se* and request that the Defendant, Department of Justice (Drug Enforcement Administration (DEA)), produce and permit the Plaintiff to inspect and copy those documents and things designated as follows, pursuant to the U.S. District Court for the District of Columbia Civil Rules of Procedures under the Subpoena Duces Tecum Request at Sam L. Clemmons, 548 Saint Charles PL, Brookhaven, MS 39601.

## ITEMS TO BE PRODUCED

Items to be produced, subject to above definitions, are as follow:

1.  Produce all documents which you were requested to identity in Plaintiff's First and Second Sets of Interrogatories Propounded to Defendant.

2.  Produce all documents which you intend to present as evidence in the trial in this matter or for a summary judgment to defend your actions.

3. Produce all letters sent to the Plaintiff and to the Court pursuant to Local Civil Rule 7(m), that you sent on <u>January 24, 2007</u> that the Plaintiff never received and explain to the Court why such letter was not attached in your response verifying your statements as truthful. Remember integrity is an issue here.

4. Produce all documents by means of communication to Congressman Ronnie Shows expressing that such information cannot be released to a third party under the Freedom of Information Act and Privacy Act to constitute your refusal to release such information requested in a timely manner to prevent such lawsuit against you in this honorable court.

5. Produce all documents which you have received from the Army Crime Record Center (CID), Department of the Army, and Defense Security Administration in any but all your alleged witnesses you made negative statements by printing negative statements about the Plaintiff to support your defense that such statements you made are accurate, true, correct, legal and binding according to the law.

6. Produce copies of all documents which you have sent to the, Special Agent Eldred Earls, Special Agent Gary Hartman, Army Crime Record Center, Larry Pearson, Nancy A. Lane, Katherine L. Myrick, Department of the Army, Allan T. Dowen, Defense Security Administration, Central Intelligence Agency, Federal Bureau of Investigation, Tonya Powell, Stein Mart Corporation, Total Debt Management, and Mid-America Apartment

Communities and anyone else you wish to use as a witness in a jury trial or summary judgment.

7. Produce all certified but true copies or records validating Richard D. Scott ever having the Plaintiff's personal but private information to be exempted from <u>111 ALR, Fed. 295</u> and <u>18 U.S.C.A § 1001 (2) (15) (34).</u>

8. Produce and provide this Court, Jury and Plaintiff of the certified but true copy of the criminal record of Richard D. Scott linking such subject to the Plaintiff as confirmed, told and was expressed coming from the mouth on November 27, 2001 from your professional agent or Special Agent Eldred Earls.

9. Produce and provide all records of Mr. Richard D. Scott dates and time of incarceration, whereabouts, and death records from the year of 1984 to Present making such person a threat to the Plaintiff and the Plaintiff's family as professional told and expressed by the Department of Justice (DEA) and Special Agent Eldred Earls.

10. Produce all declaration statements made to your agency by Special Agent Eldred Earls, Special Agent Gary Hartman, Nancy A. Lane, and Katherine L. Myrick concerning these illegal activities and events transpired within the Department of Justice (DEA) since the date and time after the Plaintiff served the Defendants the Summons and complaint by means of the Department of Justice (DEA) to have such summons and complaint hand deliver to the Defendants to justify prefect service upon such individuals.

11. Produce all certified but true copies of the Plaintiff's arrest records, investigation reports, etc. to justify any and all of your conduct and activities performed by you.

12. Produce all documents which are in any way concerned with your dealing with the Army Crime Record Center and the Department of the Army to provide proof to the Court in nature to your statements you submitted in your untimely response.

13. Produce all documents in any way connected with the allegations in the complaint filed herein to support your theory why such case should be dismissed with prejudice.

14. Produce all documents in any way connected to and to justify your statements you made against the Plaintiff in your untimely releasing of the information under the Freedom of Information Act and Privacy Act.

**15. Produce all documents concerning all phases of the Plaintiff's background investigation under the Court's Freedom of Information Act and Privacy Act guidelines to fulfill tasks the Plaintiff has been seeking for seven years now.**

16. Produce all documents in any way connected with defense raised by you to the complaint or in any way connected with any defense to be raised by you concerning the complaint.

17. Produce all documents where it clearly states that no probable cause does not have to exist for an investigation to be performed according to the United States Constitution for example you can use case laws to establish your defense.

18. Produce all documents where it clearly states that any man or person can be the subject to an investigation outside of anyone or any agency jurisdiction and such agency performing such illegal investigation can do as they please by reporting

false information to others agencies to taint and corrupt such agencies to cause harm by making such agencies to be liable for continue false reporting to cause continue hurt and harm upon any man or person subject to be investigated regarding career opportunities.

19. Produce all documents where it clearly states that anyone who is subject to an investigation must have their name put in a criminal database to falsely mislead others to prevent such person from obtaining any career employment in a position of trust and to put a tracking on such a person to know his or her whereabouts at all time and to put his or her social security number in other databases or falsely report other illegal activities to continue to cause hurt and harm upon such person and such person family.  Produce these documents to be exempt from any discrimination, identity theft, identity fraud, and deformation of character claims.

20. Produce all documents where it states or express that any man can be investigated or arrested at anytime prior and after for the same crime even without going through the proper channels of the Due Process of Law for example you can use case laws to establish your defense.

21. Provide all statistical data information from the Army Crime Record Center that shows the numbers of men are being investigated and arrested each month and each year concerning the alleged crimes "government fraud" and are being reported to Federal Government under the Federal Data Crime Statistical Report.

22. **Produce all documents from the Internal Revenue Service showcasing the same procedures are done upon every citizen of the United State of America who is thoroughly investigated for tax fraud.  Name and state what database**

those individuals are place in labeling them as a criminal or who was at one time investigated.

23. Produce all documents where it states or express that no police reports, incident reports, U.S. Marshall Service showing proper service to notify any man of pending actions against him any in court of law is not needed to make an investigation or arrest concerning illegal charges such as you have expressed and reveal before this Court concerning issues with the Department of the Army and the Army Crime Record Center.

24. Produce all documents regarding your agency policy and procedures where it states any employees from the Federal Government can make false statements doing anyone background investigation or any investigation to make you to be exempted from laws violation of Federal Regulation 111 ALR, Fed. 295 and 18 U.S.C.A § 1001 (2) (15) (34).

25. Produce all documents regarding punishment for release false information under federal funds to any person, courts or any other federal agencies.

26. Produce all documents submitted to the U.S. Attorney General Office regarding the Plaintiff's Freedom of Information Act and Privacy Act requests that were due in the Attorney General Office by April 1st of each year such requests were filed to be in accordance will all procedures of the law.

27. Produce all documents in relation to contradiction to the Plaintiff's witnesses statements attached in **Exhibit [X]** obtained from the Office of Personnel Management in relations to statements made and provided by the Federal Bureau of Investigation, Lakeview Estates Apartment Homes, Mayor Linda Carol

Williams Short, Mr. Greg Tillman, Retired Principal Dorothy Alexander, Mr. and Mrs. 1st SGT. Connie L. Rounds, Mr. Willie "Doc" Harrison, Police Officer Michael Harvey, Director Don Coleman, Mrs. Mary A. Rounds, Mrs. Gloria M. Harris, Mrs. Tam Pole, Mrs. Sophia S. Leggett, Mr. Sean Thomas, Mr. Ronald Harvey, Colonel Martha A. McRavin-Oliver, Mrs. Jacqueline Qualls Evans, Mr. and Mrs. James Pettaway, Office of Inspector General, Attn: Jennifer Weaver, Dr. J. Gerald Steenken, D.Min., Central Intelligence Agency, Attn: Scott Koch, Mr. Jackie Clemmons, Mrs. Melinda Triplett, Larry Pearson, Allan T. Dowen and Dr. Robert Hahn, Ph.D. to justify why default status should be removed.

**28. Produce all documents from the Office of Special Counsel as of June 10th, 2005 and assigning an OSC File No. MA-05-2031 and all documents you release to the Plaintiff under the Freedom of Information Act and Privacy Act attached with an OSC File No. MA-05-2031.**

29. Produce all documents which are that you have anything to do with your banking records, including bank statements, cancelled checks, deposit slips, old draft notices and any other agreements with any bank for the past five years to show the court your means and ways to pay for this debt in a timely manner once it has been approved that such actions performed by you were unconstitutional. If you wish not to pay for such debt through the Federal Crime Insurance Protection according to Fed. Civ. R. 34.

**30. Produce all documents concerning retirement documents, pay stubs, addresses, social security numbers of <u>Special Agent Eldred Earls</u>, <u>Special Agent Gray Hartman</u>, Nancy A. Lane, and Katherine L. Myrick or justify**

Sam L. Clemmons v. DEA Motion Request for Admissions, Interrogatories and Subpoena Duces Tecum, Case Number **1:06CV00305 (RCL)**

and prove that such information given to the Plaintiff was true, accurate and correct and was not alter or edited to mislead, trick or deceit anyone to exempt such individuals from this lawsuit.

31. Produce all documents which are or that you have anything to do with your federal or state income tax returns, grants and bonds which you have prepared or filed for the past five years if you wish to take the full responsibility of these crimes committed against the Plaintiff.

32. Produce the point of contact person who is responsible for paying this debt before this honorable court.

33. Produce signed document from the Plaintiff's [Exhibit W] consenting to move forth for a jury trial according to the Court's instructions.

34. Produce all documents from the Court granting an enlargement of time to respond on both requests to justify why you are not in default. According to Fed. Civ. R. 6(b).

35. Produce all documents in the form of Affidavit of Service showing this honorable court that the Plaintiff was served properly in nature to any of your timely filing and the Plaintiff's timely filing a response to any of your timely submission.

36. Produce all documents granting dismissal showing the date and time of dismissal showing the date and time of such dismissal.

37. Produce all court documents granting you a stay in the discovery process showing the date and time of such order.

**38. Produce all court documents granting you a protective order showing the date and time of such order.**

If the Defendant's Counsel cannot produce **one/half** of the documents requested in the Plaintiff's 2nd opposition and Plaintiff's Second Request for Admissions, Sets of Interrogation, and Continuous Request for Production of Documents and Things Propounded to Defendant then this case is clearly a case of violation under the Freedom of Information Act and Privacy Act. It will clearly show before the Court that the Plaintiff's Rights to Privacy has been violated and so many actions performed against the Plaintiff were unconstitutional and outside the scope of the forbidden fruit of justice.

The Plaintiff had every right to file such lawsuit against those who have violated the Plaintiff's rights under the United States Constitution of America.

Due to the Defendant's Counsel harass comments expressing dismissal with prejudice after being in default, the Plaintiff express now to the Defendant's Counsel to prove the Plaintiff wrong by the abundance of evidence that you should be able to easily obtain as stated in this submission before the Court and to correct the Defendants' failures to justify your harass requests against the Plaintiff to uplift such default so that you can continue response and continue to attempt to mislead the court as your activities are now proven within your agency (DEA).

The Plaintiff now wishes to file this motion in this honorable court for tort damages and full recovery of this lawsuit in this honorable court without going or proceeding further and over into another court of jurisdiction such as United States Court of Federal Claims.

The Defendants should not be granted or have an additional **30 days** but should be allow to have **10 days** as required by law to produce all the documents requested to justify their actions

Sam L. Clemmons v. DEA Motion Request for Admissions, Interrogatories and Subpoena Duces Tecum, Case Number **1:06CV00305 (RCL)**

1  and prepare to settled this lawsuit in accordance with the Plaintiff's actions under the Federal

2  Rules of Civil Procedures R. 26, R. 33 (a) (b) (c) (d), 36, 37 (a)(3), R. 38 (b) (c), R. 39, R. 45, **R.**

3  **54, (a) (b) (c)** and R. 55 (a) (b) (e) that's if the Defendants continue to refuse and not accept such

4  default entered by the clerk.

5  They say,

6      *"A lie don't care who tells it just as long as it get told"*

7      Author unknown

8      *Provide one piece of facts displaying wrongdoing by the Plaintiff and come into the court*

9  *with the truth* in order for us (Plaintiff & Defendants) to bring this matter to a close before the

10  court so that the Defendants can correct their practices, policy, procedures and award the

11  Plaintiff according to the Plaintiff's claim for relief under Federal Rules of Civil Procedures

12  Rules 8 before April 1, 2007.

13

14      It should now be in the best interest of the Defendants to enter a motion before the Court

15  including a motion for statutory offer of settlement which is a written offer of a specific sum of

16  money made by a defendant to a plaintiff, which will settle the lawsuit if accepted within a short

17  time. The offer may be filed with the court, and if the eventual judgment for the plaintiff is less

18  than the offer, the plaintiff will not be able to claim the court costs usually awarded to the

19  prevailing party (the Plaintiff). The Defendant can enter a motion to settle this case to resolve a

20  lawsuit without a final court judgment by negotiation between the parties, usually with the

21  assistance of attorneys and/or insurance adjusters, and sometimes prodding by a judge. Most

22  legal disputes are settled prior to trial this option is now totally up to the Defendants in the

23  Plaintiff's Second Motion Request for Admissions, Interrogatories and Subpoena Duces Tecum

24  requests before the Court.

25

Sam L. Clemmons v. DEA Motion Request for Admissions, Interrogatories and Subpoena Duces Tecum, Case
Number **1:06CV00305 (RCL)**

1

Respectfully submitted,

2

Sam L. Clemmons
Plaintiff, *Pro Se*

3

**See Attachment:**

4

    Five Proposed Orders

5

    Exhibit **[X] (Submitted in pervious submission)**

6

7

8

**Copies Sent to:**

9

Darrell C. Valdez
Assistant United States Attorney

10

Judiciary Center Building
555 4th Street, NW, Civil Division

11

Washington, DC 20530 / **Certified Mail # <u>7006 0810 0004 2646 7175</u>**
**<u>7006 0100 0001 6544 1832</u>**

12

**U.S. ATTORNEY GENERAL**
950 Pennsylvania Ave, NW

13

Washington, DC 20530 / **Certified Mail # <u>7006 0810 0004 2646 7168</u>**
**<u>7006 0100 0004 7928 3517</u>**

14

**District Court for the District of Columbia**
Attn: Office of the Clerk &

15

Judge Royce C. Lamberth's Chambers

16

333 Constitution Ave, NW
Room 1225

17

Washington, DC 20001 / **Delivery Confirmation # <u>0305 0830 0004 5848 5126</u>**

18

19

20

21

22

23

24

25

<u>Sam L. Clemmons v. DEA Motion</u> Request for Admissions, Interrogatories and Subpoena Duces Tecum<u>, Case</u>
Number <u>**1:06CV00305 (RCL)**</u>