## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS<br>    PLAINTIFF      )<br>)<br>)<br>vs.              )<br>)<br>DEPARTMENT OF JUSTICE (DEA),  )<br>et al.,           )<br>)<br>    DEFENDANTS  )<br>) | **CIVIL ACTION NO:**<br><br>**1:06CV00305 (RCL)** |

---

### PLAINTIFF'S MOTION REQUESTS IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURES TO MOVE FORTH BEFORE THE COURT AFTER THE DEFENDANTS VERIFIED AND JUSTIFIED RULE 37 (FAILURE TO MAKE DISCLOSURE OR COOPERATE IN DISCOVERY; SANCTIONS). PLAINTIFF HAS NOW FILED SUCH MOTION FOR AN ORDER COMPELLING DISCLOSURES OR DISCOVERY AND FILES SUCH MOTION DEMANDING A JURY TRIAL IN ACCORDANCE TO FEDERAL RULE 38. PRIOR TO APRIL 1, 2007

Comes Sam L. Clemmons, Plaintiff *Pro Se* files this **MOTION REQUEST** after to entering the Plaintiff's **MASTER ORDER** before the Office of the Clerk, requesting the clerk to Enter such order on docket and After the Plaintiff's Second Motion request for Continuous Admissions, Sets of Interrogatories, and Requests for Production of Documents and Things Propounded to Defendants to set stage for Summary Judgment or Jury trial if necessary if the Defendant wish not to accept such Default entry, wish not to cooperate and wishes to defend such case before a jury trial.

The Defendants should have an additional 10 or 30 days according to Federal Rules of Civil Procedures Prec. R. 1, Refs & Annos Civ. R.15, R.26 (f), R. 33 (a), R. 33 (b) (3), R. 34, R.36-38 and (b), R. 45and R.53 (e) (g) (3) to comply with or make up his or her mind to cooperate and move this case forward so that justice can be served.

1    The Federal Rules of Civil Procedures clearly states that any party may demand a trial by

2    jury of any issue triable of right by a jury by (1) serving upon the other parties a demand

3    therefore in writing at any time after the commencement of the action and not later than 10 days

4    after the service of the last pleading directed to such issue, and (2) filing the demand as required

5    by Rule 5(d). Such demand may be indorsed upon a pleading of the party. (c) Same:

6    Specification of issues. It states in the demand a party may specify the issues which the party

7    wishes so tried; otherwise the party shall be deemed to have demanded trial by jury for all the

8    issues so triable. If the party has demanded trial by jury for only some of the issues, any other

9    party within 10 days after service of the demand or such lesser time as the court may order, may

10    serve a demand for trial by jury of any other or all of the issues of fact in the action according to

11    Rule 38 (b).

12    The Plaintiff has continued and expressed issues before this honorable court and the

13    Defendants have continued and tried to ignore the issues or express and prove there are no issues

14    before the court of fraud.

15    The Plaintiff has served the Defendants accordingly and accordance with the laws and

16    instructions of the Court.

17    The Defendants were given every fair but equal opportunity to turn over all the

18    documents requested by the Plaintiff under the Freedom of Information Act and Privacy Act.

19    The main issues before the Court the Defendants have still failed to release the full but complete

20    record sought and the Defendants have continued tried to mislead the Court and tried illegal

21    tactics before the Court in hope that the Plaintiff, Court and Jury will not notice such illegal

22    tactics in many attempt to give evasive or incomplete disclosures, answers or responses

23    according the Plaintiff's requests according to Rule 37.

24

25

Sam L. Clemmons vs. Drug Enforcement Administration (DEA) Department of Justice; CIVIL CASE NO:
1:06CV00305 (RCL)

# ISSUES

The main issue is fraud and the Plaintiff has expressed such issue before the Court in the Plaintiff's initial complaint. The Plaintiff has proven fraud by substantial evidence provided to the Court and the Defendants. Given the Defendant a fair but equal amount of time to prove the Plaintiff wrong by in return providing the Plaintiff and the Court with evidence to contradict the Plaintiff's claim or issues.

The other issues are other crimes committed in relation to the acts of fraud which are identity theft, identity fraud, theft by deception, libel, integrity issues, aggravate stalking, privacy issues, issues of being a security threat with a very solid and outstanding military service and career and issues of complete removal of all the Plaintiff's personal but private information from the Defendants' databases because now the Plaintiff can prove within laws of the court and before a jury that these crimes have been committed and now the court and the jury must administrated complete relief upon the Plaintiff according to these laws and laws under the statue of the Freedom of Information Act and Privacy Act where such cases from other citizens of the United States of America who filed FOIA lawsuits and the Defendants failed to comply with the guidelines of the 20 days rules and failed to disclose all information requested by law resulting in millions of damages being paid out to those victims. See case law of the ***United States v. John Lennon*** and all other cases that piggy back off such case.

In additional to those issues listed above the Court and the Jury must look at other factors of discrimination and prejudice treatment on behalf of the Defendants. The Plaintiff was never given a chance to address any issues at question and was not offered an appeal to anything. That alone should be a big factor of concern and should be a big issue.

Also the Defendants have failed to realize and understand that a host of Special Agents in Trust Positions have stated, printed and declared the Plaintiff to be someone with integrity issues, someone who cannot be trusted and someone who have manipulated many out of goods or

Sam L. Clemmons vs. Drug Enforcement Administration (DEA) Department of Justice; **CIVIL CASE NO: 1:06CV00305 (RCL)**

1    services which now the Defendants and these Special Agents have to prove and someone has to

2    stand up for these agents and federal employees to justify their statements in fine print are

3    legally, accurate and correct within the laws and guidelines of the Federal Rules of Civil

4    Procedures and now this should be done before a Jury Trial as being demanded by the Plaintiff

5    according to Federal Rules of Civil Procedures, Rule 38 and the Plaintiff's Constitutional rights.

6        Someone has to pay for these crimes and acts of libel. The Plaintiff should not be the one

7    to be out of pocket for someone else act of negligence such as what the Plaintiff has already

8    explained in the Plaintiff's initial complaint to give and grant this case with merit before the

9    Court.

10        The Plaintiff have a family he has to care for, the Plaintiff has to live just like everyone

11    else, the Plaintiff has to put an immediate stop on all or any triggering issues before they come

12    into play if this matter before this court is not resolved according to the United States

13    Constitution in a timely manner.

14        The Plaintiff also requested in the Plaintiff's initial complaint a request for a jury trial

15    according to the Federal Rules of Civil Procedures. On each proper service upon the Defendants

16    the Plaintiff has continuous signed such consent to proceed before a jury. On all occasion of

17    service the Defendants have refused to acknowledge and sign such documentation to eliminate

18    more cost on the Court, Plaintiff and the Defendant.

19        The Plaintiff has entered his rebuttals expressing failures attached with the Plaintiff's

20    Partial Motion Requests to Enter Discovery according to such case laws of _Lewis v. Faulkner_,

21    689 F.2d 100, 102 (7th Cir.1982), _Fox v. Strickland_, 837 F.2d 507 (D.C. Cir. 1988)  and _Langley

22    v. Adams County_, Colorado, 987 F.2d 1473, 1476 (10th Cir.1933).

23        The Plaintiff has even given the Defendants more time in releasing their arguments,

24    oppositions and chances to produce for the record evidence and documents to defend their stance

25    in proving that such is **not fraud**. As of this date of this submission before the record of the

Court the Defendants have continued failed to prove anything to justify not awarding the Plaintiff for the damages the Plaintiff has encountered from the Defendants negligence actions. Resulting in now the Plaintiff demanding his rights under the Constitution of the United States of America to demand a jury trial so that such now will be part of public record and others can use such case as the Defendant has tried to use other that are no where in nature of this case before the Court.

The Plaintiff is now demanding a jury trial for the jury to be the overall deciding factors after reviewing the records in it entirely and to clear the Plaintiff's name, true character and records in which the Defendants have failed to offer or attempt to offer any clearance at all.

The Plaintiff received the Defendant last submission on February 19, 2007 and is now well in accordance with the Federal Rules of Civil Procedures demanding such jury trial for the record and accordance with the law.

Respectfully submitted,

Sam L. Clemmons
Plaintiff, *Pro Se*

**Attachments:**

**Subpoena in a Civil Case Request**
**Plaintiff's Interrogation Request**
**Four Proposed Orders**

**Attachments:**

**Plaintiff's Interrogation Request**
**Court's Compel Subpoena in a Civil Case Request**
**Exhibit X (Submitted in First Request)**
**Four Proposed Orders**

Sam L. Clemmons vs. Drug Enforcement Administration (DEA) Department of Justice; **CIVIL CASE NO: 1:06CV00305 (RCL)**

**<u>Copies to:</u>**

**To:  Defendant's Counsel**

Darrell C. Valdez
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, Civil Division
Washington, DC 20530 / **Certified Mail # <u>7006 0100 0001 6544 1832</u>**


U.S. ATTORNEY GENERAL
950 Pennsylvania Ave, NW
Washington, DC 20530 / **Certified Mail # <u>7006 0100 0004 7928 3517</u>**


And

**United States District Court for the District of Columbia**
Attn: Office of the Clerk &
Judge Royce C. Lamberth's Chambers
333 Constitution Ave, NW
Room 1225
Washington, DC 20001/ **Delivery Confirmation # <u>0305 0830 0004 5848 5126</u>**

Sam L. Clemmons vs. Drug Enforcement Administration (DEA) Department of Justice; **CIVIL CASE NO:**
**1:06CV00305 (RCL)**

# PROPOSE ORDER (S) REQUEST

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAM L. CLEMMONS | ) | CIVIL ACTION NO: |
| PLAINTIFF | ) | |
| | ) | 1:06CV00305 (RCL) |
| vs. | ) | |
| | ) | |
| | ) | |
| DEPARTMENT OF JUSTICE (DEA), | ) | |
| et al., | ) | |
| | ) | |
| DEFENDANTS | ) | |
| | ) | |
| | ) | |

## ORDER

Upon consideration of the Plaintiff's Motion requests and the Plaintiff's Discovery entry before the court. The Court finds it is now in the best interest of the Court and the Plaintiff to bring this case to a close according to the Court's standard of summary judgment in favor of the Plaintiff.

The Plaintiff has demonstrated good cause shown and has demonstrated damaged done to the Plaintiff's short, immediate and long term life and career that are caused by the Defendant's action which brought forth the Plaintiff's complaint.

The Defendant(s) had well over enough time to come before the Court with substantiated evidence to contradict the Plaintiff's claims or discovery.

IT IS HEREBY ORDERED that on this date of signing this document the case is now closed by means of Summary Judgment or Summary Judgment by Default without Prejudice.

SO ORDERED this _____ day of_____ 200_

_____
Honorable Royce C. Lamberth
United States District Court Judge

**Copies to:**

Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601

Darrell C. Valdez
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, Civil Division
Washington, DC 20530

U.S. ATTORNEY GENERAL
950 Pennsylvania Ave, NW
Washington, DC 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS<br>PLAINTIFF<br><br>vs.<br><br>DEPARTMENT OF JUSTICE (DEA),<br>et al.,<br><br>DEFENDANTS | ) CIVIL ACTION NO:<br>)<br>) **1:06CV00305 (RCL)**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MASTER ORDER

Upon consideration of the Plaintiff's Motion requests for Summary Judgment or Summary Judgment by Default after entering substantial evidence for the record according to *Lewis v. Faulkner*, 689 F.2d 100, 102 (7th Cir.1982) *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988) and *Langley v. Adams County*, Colorado, 987 F.2d 1473, 1476 (10th Cir.1933).

The Plaintiff has demonstrated good cause shown by means of Exhibits and timely responses and proper service upon the Defendants.

The Plaintiff's Motions requests should be granted including the Plaintiff's Motion Requests for Admissions, Interrogatories, Subpoena Duces Tecum and Protective Orders from the Defendants' witnesses to support their statements for the record and other documents under *de novo* as withheld by the Defendants by means of redaction to bring this case matter before the court to a close. It is now shall be ORDER to **"COMPEL"** the Defendant to produce all their evidence "without redacting" within **10 days** after this order in accordance with Rule 37(a) or it shall be in the best interest of the Defendants to settled this case before going forth for a jury trial as demanded by the Plaintiff in the Plaintiff's motion requests before the Court.

The Plaintiff's Protective Order is also HEREBY GRANTED against the following employees and Agency.

They are:  Special Agent Eldred Earls, Gary Hartman, Larry Pearson, Nancy A. Lane, Katherine L. Myrick and the Department of Justice (DEA). It should be ordered and granted that the Defendant (DOJ & DEA) will delete **all** the Plaintiff's personal, private but confidential information from **all** their databases and files and report back to the court under a sworn declaration before the Court that all information has been deleted.

IT IS HEREBY ORDERED that any of the Defendants' Motion Requests to dismiss will be DENIED. The Plaintiff's Motion Requests to move forth for Summary Judgment or Summary Judgment by default is GRANTED.

SO ORDERED this _____ day of_____ 200_

_____
Honorable Royce C. Lamberth
United States District Court Judge

**Copies to:**

Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601

Darrell C. Valdez
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, Civil Division
Washington, DC 20530

U.S. ATTORNEY GENERAL
950 Pennsylvania Ave, NW
Washington, DC 20530

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAM L. CLEMMONS | ) | **CIVIL ACTION NO:** |
| Plaintiff | ) | |
| | ) | **1:06CV00305 (RCL)** |
| vs. | ) | |
| DEPARTMENT OF JUSTICE (DEA), | ) | |
| et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## ORDER

Upon consideration of the Plaintiff's Motion requests before this Court requesting a complete identity change. After providing this court with good cause shown in the records.

I find it feasible and suitable to grant such request for the best safety of the Plaintiff and the Plaintiff's family.

IT IS HEREBY ORDERED in the Court ordering the Court to help expedite and administrated the necessary documents so that the Plaintiff can be granted a new name and social security number change. Granting the Plaintiff the permission to contact all education institutions, financial institutions, etc. to advise all to convert all records over to the Plaintiff's new identity.

The Plaintiff's Motion Requests for complete identity change is GRANTED.

SO ORDERED this _____ day of_____ 200_

_____
Honorable Royce C. Lamberth
United States District Court Judge

Copies to:

Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAM L. CLEMMONS | ) | **CIVIL ACTION NO:** |
| PLAINTIFF | ) | |
| | ) | <u>1:06CV00305 (RCL)</u> |
| vs. | ) | |
| | ) | |
| DEPARTMENT OF JUSTICE (DEA), | ) | |
| <u>et</u> <u>al</u>., | ) | |
| | ) | |
| DEFENDANTS | ) | |
| | ) | |
| | ) | |

## <u>ORDER</u>

Upon consideration of the Plaintiff's Motion requests and the Plaintiff's

Discovery entry before the court. The Court finds it is now in the best interest of the

Court and the Plaintiff to bring this case to a close according to the Court's standards.

The Court now deem it's necessary to GRANT the Plaintiff a jury trial to hear the

facts as disclosed by both sides before a summary judgment to be issued.

The Plaintiff has demonstrated good cause shown and has demonstrated damaged

done to the Plaintiff's short, immediate and long term life and career that are caused by

the Defendant's action which brought forth the Plaintiff's complaint.

The Defendant(s) had well over enough time to come before the Court with

substantiated evidence to contradict the Plaintiff's claims or discovery.

IT IS HEREBY ORDERED that on this date of signing this document the case is

assigned for a jury trial according to the Plaintiff's demands according to Rule 38 (b) (c)

and Rule 8 of the Federal Civil Procedures.

ORDERED this _____ day of_____ 200_

_____
Honorable Royce C. Lamberth
United States District Court Judge

**Copies to:**

Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601

Darrell C. Valdez
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, Civil Division
Washington, DC 20530

U.S. ATTORNEY GENERAL
950 Pennsylvania Ave, NW
Washington, DC 20530

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SAM L. CLEMMONS        ) CIVIL ACTION NO:

     Plaintiff           )
                       ) **1:06CV00305 (RCL)**

vs.                    )
                    )
                    )
                    )
DEPARTMENT OF JUSTICE (DEA),  )
et al.,                 )
                    )
     Defendants

## ORDER

Upon consideration of the Plaintiff's Motion requests and the Plaintiff's Discovery entry before the court. The Court finds it is now in the best interest of the Court and the Plaintiff to bring this case to a close according to the Court's standard of summary judgment in favor of the Plaintiff.

The Plaintiff has demonstrated good cause shown and has demonstrated damaged done to the Plaintiff's short, immediate and long term life and career that are caused by the Defendant's action which brought forth the Plaintiff's complaint.

The Defendant(s) have had well over enough time to come before the Court with substantiated evidence to contradict the Plaintiff's claims or discovery.

IT IS HEREBY ORDERED that on this date of signing this document the case is now closed by means of Summary Judgment or Summary Judgment by Default without Prejudice.

SO ORDERED this _____ day of_____ 200_

_____
Honorable Royce C. Lamberth
United States District Court Judge

**Copies to:**

Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601

Darrell C. Valdez
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, Civil Division
Washington, DC 20530

U.S. ATTORNEY GENERAL
950 Pennsylvania Ave, NW
Washington, DC 20530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of February 2007, a true copy of the PLAINTIFF'S MOTION REQUEST TO COMPEL DEFENDANT TO PRODUCE ALL EVIDENCE TO DEFEND SUCH LAWSUIT OR CLOSE CASE AND MOVE FORTH FOR SUMMARY JUDGMENT IN ACCORDANCE WITH THE PLAINTIFF'S DISCOVERY ENTRY AND IN ACCORDANCE WITH RULE 26 (D),

PLAINTIFF'S ORDER REQUESTS AND  PLAINTIFF'S MOTION REQUEST FOLLOWING ORDERS SUBMITTED TO COURT REQUESTING CASE TO BE CLOSED FOR SUMMARY JUDGMENT BY DEFAULT DUE TO FRAUD REVEAL, FOUND AND LOCATED BY THE PLAINTIFF AGAINST THE DEFENDANTS were served by regular mail concerning case # 1:06CV00305 (RCL) to the following:


To:  Defendant's Counsel

Darrell C. Valdez
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, Civil Division
Washington, DC 20530 / Certified Mail # 7006 0810 0004 2646 7175 /
7006 0100 0001 6544 1832

U.S. ATTORNEY GENERAL
950 Pennsylvania Ave, NW
Washington, DC 20530 / Certified Mail # 7006 0810 0004 2646 7168 /
7006 0100 0004 7928 3517

And

United States District Court for the District of Columbia
**Attn: Office of the Clerk &**
**Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001/ Delivery Confirmation # 0305 0830 0004 5848 5126


Sam L. Clemmons, *Pro Se*
548 Saint Charles Place
Brookhaven, MS 39601

# AFFIDAVIT OF SERVICE
# /
# PROOF OF
# CERTIFICATION OF
# SERVICE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS

    Plaintiff

                                CIVIL ACTION NO: 1:06CV00305 (RCL)

    V

DEPARTMENT OF JUSTICE (DEA), et al

    Defendants

## AFFIDAVIT OF SERVICE

I, SAM L. CLEMMONS, hereby declare that on the 11TH Date of January 2007, the Defendant received by certified mail with return receipt the Plaintiff's First Request for Admission, Set of Interrogatories, and Request for Production of Documents and Things Propounded to Defendants to set stage for Jury trial if necessary if the Defendant wish not to accept such Default entry and wishes to defend such case before a jury trial. This submission was served upon: Darrell C. Valdez, Special Assistant U.S. Attorney, Civil Division, 555 Fourth Street, NW, Washington, DC 20530. Giving the Defendant 30 days to cooperate in the discovery process according to Fed. Civ. R. 26. before going forth for a jury trial.  The Defendants deadline date for delivering documents is February 12, 2007. The Defendants are now in default for jury trial status. The Plaintiff still demand for a jury trial according to initial complaint and Fed. Civ. R. 37-40 and 54.

        Attached hereto is the green card acknowledging service. 7006 0810 0004 2646 7175



SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DARRELL C. VALDEZ
ASSISTANT U.S. ATTORNEY
JUDICIARY CENTER BLDG.
55 4TH STREET, N.W.
CIVIL DIVISION
WASHINGTON, DC 20530

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
JAN 16 '07   1-16-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)   7006 0810 0004 2646 7175

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS

    Plaintiff

                               CIVIL ACTION NO: 1:06CV00305 (RCL)

    V

DEPARTMENT OF JUSTICE (DEA), et al

    Defendants

## AFFIDAVIT OF SERVICE

I, <u>SAM L. CLEMMONS</u>, hereby declare that on the <u>11TH Date of January 2007</u>, the Defendant received by certified mail with return receipt the Plaintiff's First Request for Admission, Set of Interrogatories, and Request for Production of Documents and Things Propounded to Defendants to set stage for Jury trial if necessary if the Defendant wish not to accept such Default entry and wishes to defend such case before a jury trial. This submission was served upon: <u>U.S. Attorney General, 950 Pennsylvania Ave, NW, Washington, DC 20530</u>. Giving the Defendant <u>30 days</u> to cooperate in the discovery process according to Fed. Civ. R. 26. before going forth for a jury trial. The Defendants deadline date for delivering documents is February 12, 2007. The Defendants are now in default for jury trial status. The Plaintiff still demand for a jury trial according to initial complaint and Fed. Civ. R.37.40 and 54.

              Attached hereto is the green card acknowledging service. <u>7006 0810 0004 2646 7168</u>

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X        □ Agent<br>           □ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| Article Addressed to:<br>U.S. ATTORNEY GENERAL<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20530 | D. Is delivery address different from item 1? □ Yes<br>If YES, enter delivery address below: □ No |
| | 3. Service Type<br>☑ Certified Mail   □ Express Mail<br>□ Registered   □ Return Receipt for Merchandise<br>□ Insured Mail   □ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   □ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0810 0004 2646 7168 |
| PS Form 3811, February 2004 | Domestic Return Receipt      102595-02-M-1540 |

NS

ES PL

MISSISSIPPI 39601

758