*Sam L. Clemmons*
*548 Saint Charles Place*
*Brookhaven, MS 39601*

February 26, 2007

United States District Court
For The District of Columbia
**Attn: Office of the Clerk**
333 Constitution Ave., N.W.,
Room 1225
Washington, DC 20001

       Re: Available for 1st Phase of Settlement Negotiation in
       Regarding Case # <u>1:06CV00305 (RCL)</u>

Dear Office of the Clerk:

This notice is to inform the Clerk of the Court and the Defendants that the Plaintiff will make himself available for all possibilities to discuss settlement in this case prior to court honoring the Plaintiff's demands requesting a jury trial according to Federal Rule of Civil. Procedures, Rule 16 (b), (26 (a) (1) (E) (f) and 38 prior to April 1st, 2007.

The Plaintiff will be available on March 14, 2007 @ 1:00 p.m. to listen as to what the Defendant is willing to propose in an attempt to settle.

Sincerely,

Sam L. Clemmons
Plaintiff *Pro Se*

CC: **DEPARTMENT OF JUSTICE (DEA), et al.,**
   **U.S. ATTORNEY GENERAL**
   **RECORDS**

**RECEIVED**
FEB 2 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT