## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM CLEMMONS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   Civil Action No. 06cv305 (RCL) |
| | ) |
| U.S. DEPARTMENT OF JUSTICE, et al., | ) |
| | ) |
|     Defendants. | ) |

## **ORDER**

This matter comes before the Court on Plaintiff's Motion to Compel. Having considered the Motion, the Federal Defendants' Opposition thereto, the fact that Federal Defendants have previously filed a Motion to Quash Subpoena and for a Protective Order Staying All Discovery and the reasons set forth therein, and the Court having considered the entire record herein, it is this _____ day of _____, 2007, hereby

ORDERED that Plaintiff's Motion to Compel is denied.

 

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE