# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

SAM L. CLEMMONS )
)
   Plaintiff, )
)
   v. )          Civil Action No. 06-00305 (RCL)
)
U.S. DEPARTMENT OF JUSTICE, et. al. )
)
   Defendants. )
_____)

## ORDER

In accord with the Memorandum Opinion issued this date, it is hereby

ORDERED that the defendants' motion [16] to dismiss is GRANTED; it is further

ORDERED that the plaintiff's motion [15] for entry of default against the defendants is DENIED; it is further

ORDERED that the plaintiff's motion [12] request for summary judgment is DENIED; it is further

ORDERED that the defendants' motion [14] to substitute the United States as the proper defendant is DENIED as moot; and it is further

ORDERED that this case shall stand DISMISSED WITH PREJUDICE.


SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, March 30, 2007.

-1-