UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-00305 (RCL) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, et. al. ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On March 15, 2007, defendants filed a motion [35] for imposition of filing restrictions against plaintiff and a memorandum in support thereof. It is hereby

ORDERED that the defendants' motion [35] to impose filing restrictions against plaintiff is DENIED as moot since the Court, by separate order this date, has dismissed this case.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, March 30, 2007.