UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS
_____
Plaintiff

**DEFAULT / FAILURE TO COOPERATE**

vs.      Civil Action No. 1:06CV00305 (RCL)

DEPARTMENT OF JUSTICE (DEA) ET AL
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this 14TH day of MAY, 20 07, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 14TH day of MAY, 20 07

in favor of DEFENDANT (DEPARTMENT OF JUSTICE (DEA))

against said PLAINTIFF (SAM L. CLEMMONS)

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**      Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

DARRELL C. VALDEZ
ASST. U.S. ATTORNEY
JUDICIARY CENTER BLDG.
555 4TH STREET, N.W.
CIVIL DIVISION
WASHINGTON, DC 20530

**RECEIVED**
MAY 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT